UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re: Ayyaz Ahmed
Aysha Khan

Debtors.

Case No.: 23-21777

Judge: Stacey L. Meisel

Chapter: 13

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 12, 2024

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by Andre L. Kydala on behalf of Deluxe Services Group, by an *Application for Order Shortening Time* (Docket No. 15) seeking an Order from the Court shortening period for notice and scheduling a hearing on Motion to Vacate Automatic Stay (the "**Motion**") (Docket No. 14); it is hereby

**ORDERED** as follows:

1. The aforesaid application for an Order Shortening Time is denied because there is no pending motion to dismiss the case and the confirmation hearing is scheduled for 2/28/2024 at 10:00 a.m.

2. Hearing shall be conducted on the Motion on January 24, 2024 at 10:00 a.m.

The movant party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.