UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on January 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:   Ayyaz Ahmed<br>Aysha Khan<br><br>Debtors. | Case No.:   23-21777<br><br>Judge:   Stacey L. Meisel<br><br>Chapter:   13 |

## ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by Andre L. Kydala on behalf of Deluxe Services Group, by an *Application for Order Shortening Time* (<u>Docket No. 15</u>) seeking an Order from the Court shortening period for notice and scheduling a hearing on Motion to Vacate Automatic Stay (the "**Motion**") (<u>Docket No. 14</u>); it is hereby

**ORDERED** as follows:

1.     The aforesaid application for an Order Shortening Time is denied because there is no pending motion to dismiss the case and the confirmation hearing is scheduled for 2/28/2024 at 10:00 a.m.

2.     Hearing shall be conducted on the Motion on January 24, 2024 at 10:00 a.m.

The movant party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-21777-SLM

Ayyaz Ahmed                                                                       Chapter 13

Aysha Khan

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                  Page 1 of 2

Date Rcvd: Jan 12, 2024                         Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID**                    **Recipient Name and Address**
db/jdb                    + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 12, 2024                       Form ID: pdf903                                 Total Noticed: 1

Marie-Ann Greenberg
                          magecf@magtrustee.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7