**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Telephone: (973) 992-4800
Fax: (973) 992-9125
Michael R. Herz
mherz@foxrothschild.com
*Attorney for Value Drug Company*

| | |
|---|---|
| In Re: | Chapter 13 |
| AYYAZ AHMED and AYSHA KHAN, | Case No. 23-21777-SLM |
| Debtors | Judge: Hon Stacey L. Meisel |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, attorneys for Value Drug Company, hereby demands that all notices and all papers served or required to be served pertaining to the Debtor's chapter 13 be served upon the following:

> Michael R. Herz, Esq.
> Fox Rothschild LLP
> 49 Market Street
> Morristown, NJ  07960
> Telephone:  973-548-3330
> Fax:  973-992-9125
> E-mail:  mherz@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation,

153858846.1

any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the above, and any other documents filed or served in the above-captioned chapter 13 case.

        FOX ROTHSCHILD, LLP
        Attorneys for Value Drug Company

        By: /s/ *Michael R. Herz*
            Michael R. Herz

Dated: January 16, 2024