## UNITED STATES BANKRUPTCY COURT
## NEW JERSEY DISTRICT OF NEW JERSEY
## NEWARK DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  23-21777-SLM |
| AYYAZ AHMED AND AYSHA | ) | CHAPTER 13 |
| KHAN | ) | |
| DEBTORS | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  34 TROPHY RIDGE, SAN ANTONIO, TX 78258 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******2479**

NOW COMES Truist Bank, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
NJBKR@brockandscott.com

Truist Bank, successor by merger to SunTrust Bank
1001 Semmes Avenue
Richmond, Virginia 23224

Please take notice that the undersigned hereby appears as counsel for Truist Bank pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to

23-10105 BKOBJ02




any and all matters, proceedings, or actions that may be taken in the instant case or any associated

case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,


/s/ Matthew K. Fissel
Matthew Fissel, NJ Bar No. 038152012
Andrew Spivack, NJ Bar No. 018141999
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com