UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 24, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ayyaz Ahmed

Aysha Khan

| | |
|---|---|
| Case Number: | 23-21777-SLM |
| Hearing Date: | 01/24/2024 |
| Judge: | Stacey L. Meisel |
| Chapter: | Chapter 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER EXTENDING AUTOMATIC STAY TO DEBTOR AYSHA KHAN AND CONFIRMING NO STAY FOR DEBTOR AYYAZ AHMED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2024**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Aniello D. Cerreto on behalf of Ayyaz Ahmed and Aysha Khan and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is extended as to all creditors properly served with the cross-motion as of the date of this order, except the stay shall not extend to Deluxe Services Group and those previously granted stay relief.

IT IS FURTHER ORDERED that this order shall serve as confirmation that the automatic stay is not in effect as to Ayyaz Ahmed.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*