| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LAW FIRM OF ANDRE L. KYDALA**<br>54 Old Highway 22<br>P.O. Box 5537<br>Clinton, New Jersey 08809<br>Phone: (908) 735-2616<br><br>**Counsel to Deluxe Services Group LLC** | Order Filed on January 25, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Ayyaz Ahmed and Aysha Khan**<br>                Debtors. | Case No.: 23-21777<br><br>Hearing Date: 1/24/24 10:00 a.m.<br><br>Judge: Meisel |

# ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED.**

**DATED: January 25, 2024**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 23-21777-SLM    Doc 23    Filed 01/25/24    Entered 01/25/24 12:07:44    Desc Main
Document      Page 2 of 2

(Page 2)

Debtor: Khan/Ahmed

Case No,: 23-21777

Caption of Order: Order ~~Resolving~~ Granting Motion for Relief from the Automatic Stay

---

This matter being brought before the Court by Andre Kydala, Esq. on behalf of Deluxe Services Group LLC by Motion for Relief from the Automatic Stay (the "Motion"), and pursuant to the Debtors representations to the US Bankruptcy Court and Counsel to Deluxe Service Group LLC that they no longer have any interest legal or equitable in property known as 19 Amira Lane Kinnelon NJ, and furthermore that the Debtor's no longer wish to purchase 19 Amira Lane Kinnelon NJ, ~~and furthermore the Debtors have represented to the Court and Counsel to Deluxe Services Group LLC that they are withdrawing as litigants in the matter entitled Aysha Khan, et al. v. Deluxe Services Group, LLC filed in the Superior Court of the State of New Jersey, County of Morris which bears docket number MRS-C-8-24 (which had a previous docket number of MRS-L-1876-23) and will dismiss the MRS-C-8-24 matter with prejudice.~~ Additionally, Debtors acknowledge they have no tenancy interest in the 19 Amira Lane Kinnelon, NJ property and, therefore, are not necessary parties in the eviction action pending in the Superior Court of New Jersey entitled Deluxe Services Group v. Imtiaz Khan, et al. which bears docket number MRS-LT-843-23 and furthermore it appearing that this current filing constitutes a third filing by Ayyaz Ahmed which did not impose the automatic stay because it was a third filing and for good cause shown, it is :

ORDERED as follows:

1) The Automatic stay which was imposed by the current chapter 13 filing was only imposed on behalf of Aysha Khan and is vacated as to both matters referenced above (MRS-C-8-24 and MRS-LT-843-23). No stay was imposed for Ayyaz Ahmed because it was a third bankruptcy filing by Ayyaz Ahmed and therefore not entitled to an automatic stay.