Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−21777−SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ayyaz Ahmed                                                Aysha Khan
   116 Boonton Ave.                                           116 Boonton Ave.
   Butler, NJ 07405                                           Butler, NJ 07405

Social Security No.:
   xxx−xx−1878                                                xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/19/24 at 11:00 AM

to consider and act upon the following:

*1* − Chapter 13 Voluntary Petition Filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed, Aysha Khan. (Cerreto, Aniello)

Dated: 1/25/24

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court