UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Herbert K. Ryder LLC
Herbert K. Ryder, Esq.
531 US Highway 22 East, Suite 182
Whitehouse Station, NJ  08889-3695
(908) 838-0543
Fax:  (908) 838-0544
hryder@hkryderlaw.com

Counsel to Greenwich Capital Management LP

In Re:

AYYAZ AHMED and AYSHA KHAN,

Debtors.

Case No.: 23-21777-slm

Chapter: 11

Judge: Stacey L. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Greenwich Capital Management Limited Partnership.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Law Offices of Herbert K. Ryder LLC
Herbert K. Ryder, Esq.
531 US Highway 22 East, Suite 182
Whitehouse Station, NJ  08889-3695

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: January 26, 2024

/s/ Herbert K. Ryder
Signature

new.8/1/15