Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
xxx−xx−1878                                                      xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/19/24 at 11:00 AM

to consider and act upon the following:

*1 −* Chapter 13 Voluntary Petition Filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed, Aysha Khan. (Cerreto, Aniello)

Dated: 1/25/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 11 |
| Aysha Khan | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2024 | Form ID: ntchrgbk | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 21:07:56 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jan 25 2024 20:59:00 | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| cr | + | Email/Text: mhall@foxrothschild.com | Jan 25 2024 20:58:00 | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andre L. Kydala | |

| | |
|---|---|
| District/off: 0312-2 | User: admin |
| Date Rcvd: Jan 25, 2024 | Form ID: ntchrgbk |

Page 2 of 2
Total Noticed: 4

on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael R. Herz
    on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9