| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LAW FIRM OF ANDRE L. KYDALA**<br>54 Old Highway 22<br>P.O. Box 5537<br>Clinton, New Jersey 08809<br>Phone: (908) 735-2616<br><br>**Counsel to Deluxe Services Group LLC** | Order Filed on January 25, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Ayyaz Ahmed and Aysha Khan**<br>　　　　　　　　　　　Debtors. | Case No.: 23-21777<br><br>Hearing Date: 1/24/24 10:00 a.m.<br><br>Judge: Meisel |

# ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED.**

**DATED: January 25, 2024**

　　　　　　　　　　　　　　　　　　　　／s／ Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

(Page 2)

Debtor: Khan/Ahmed

Case No,: 23-21777

Caption of Order:  Order ~~Resolving~~ Granting Motion for Relief from the Automatic Stay

---

This matter being brought before the Court by Andre Kydala, Esq. on behalf of Deluxe Services Group LLC by Motion for Relief from the Automatic Stay (the "Motion"), and pursuant to the Debtors representations to the US Bankruptcy Court and Counsel to Deluxe Service Group LLC that they no longer have any interest legal or equitable in property known as 19 Amira Lane Kinnelon NJ, and furthermore that the Debtor's no longer wish to purchase 19 Amira Lane Kinnelon NJ, ~~and furthermore the Debtors have represented to the Court and Counsel to Deluxe Services Group LLC that they are withdrawing as litigants in the matter entitled Aysha Khan, et al. v. Deluxe Services Group, LLC filed in the Superior Court of the State of New Jersey, County of Morris which bears docket number MRS-C-8-24 (which had a previous docket number of MRS-L-1876-23) and will dismiss the MRS-C-8-24 matter with prejudice.~~ Additionally, Debtors acknowledge they have no tenancy interest in the 19 Amira Lane Kinnelon, NJ property and, therefore, are not necessary parties in the eviction action pending in the Superior Court of New Jersey entitled Deluxe Services Group v. Imtiaz Khan, et al. which bears docket number MRS-LT-843-23 and furthermore it appearing that this current filing constitutes a third filing by Ayyaz Ahmed which did not impose the automatic stay because it was a third filing and for good cause shown, it is :

ORDERED as follows:

1) The Automatic stay which was imposed by the current chapter 13 filing was only imposed on behalf of Aysha Khan and is vacated as to both matters referenced above (MRS-C-8-24 and MRS-LT-843-23). No stay was imposed for Ayyaz Ahmed because it was a third bankruptcy filing by Ayyaz Ahmed and therefore not entitled to an automatic stay.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 13 |
| Aysha Khan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
   magecf@magtrustee.com

Matthew K. Fissel
   on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com

Michael R. Herz
   on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9