**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>    AYYAZ AHMED<br>    AYSHA KHAN<br>        Debtor(s) | Case No. 23-21777 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/21/2023.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/25/2024.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $2,500.00

### Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| ANIELLO D. CERRETO | Attorney Fee | $2,500.00 | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMEX | Unsecured | 36,376.00 | NA | NA | 0.00 | 0.00 |
| ANDA INC. | Unsecured | 124,000.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC HEALTH SYSTEM | Unsecured | 1,452.35 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL ERVICES | Unsecured | 94,252.00 | NA | NA | 0.00 | 0.00 |
| BOROUGH OF BUTLER | Unsecured | 3,133.79 | NA | NA | 0.00 | 0.00 |
| CAPITAL BANK, OPENSKY CBNK | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 421.00 | 140.30 | 140.30 | 0.00 | 0.00 |
| CHAMPION ESTATES RES. OWNERS A | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COASTAL/PROSP | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| DE LAGE LANDEN FINANCIAL SERVI | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| GCM CAPITAL | Unsecured | 297,000.00 | NA | NA | 0.00 | 0.00 |
| JPMCB AUTO | Unsecured | 77,223.00 | NA | NA | 0.00 | 0.00 |
| LEONITE CAPITAL LLC PASHMAN ST | Unsecured | 1,500,000.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Unsecured | 1,752.97 | NA | NA | 0.00 | 0.00 |
| MARINE MIDLAND MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARINE MIDLAND MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| NYC DEPT. OF FINANCE | Unsecured | 669.98 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| PSE&G | Unsecured | 1,387.08 | NA | NA | 0.00 | 0.00 |
| SMITH DRUG COMPANY A DIVISION | Unsecured | 1,537,740.47 | 380,909.19 | 380,909.19 | 0.00 | 0.00 |
| SMITH DRUG COMPANY A DIVISION | Secured | NA | 866,000.00 | 866,000.00 | 0.00 | 0.00 |
| STONE OAKS PROPERTY OWNERS AS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUIST BANK | Secured | 0.00 | 205,700.14 | 205,700.14 | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING AND | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| USCB CORP | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| VALUE DRUG COMPANY | Unsecured | 3,500,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $205,700.14 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $866,000.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,071,700.14** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$381,049.49** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/29/2024                    By: /s/ Marie-Ann Greenberg
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.