UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Law Offices of Herbert K. Ryder LLC**
Herbert K. Ryder, Esq.
531 US Highway 22 East, Suite 182
Whitehouse Station, NJ  08889-3695
(908) 838-0543
Fax:  (908) 838-0544
hryder@hkryderlaw.com

**The Kantrow Law Group, PLLC**
Fred S. Kantrow, Esq.
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
(516) 703-3672
fkantrow@thekantrowlawgroup.com

Counsel to Greenwich Capital Management Limited Partnership

| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                Debtors. | Case No: 23-21777<br><br>Chapter 11<br><br>Honorable Stacey L. Meisel |
|---|---|

**CERTIFICATE OF SERVICE**

I, HERBERT K. RYDER, certify as follows:

    1.    I am the counsel for Greenwich Capital Management Limited Partnership, a creditor in the bankruptcy case captioned above.

    2.    On January 26, 2024, per D.N.J. LBR 9010-1(b)(1), I sent copies of the application for admission of Fred S. Kantrow, *pro hac vice* to the parties listed in the chart below.

-2-

3. I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 29, 2024

/s/ Herbert K. Ryder
Herbert K. Ryder

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael A. Artis, Esq.<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | Attorney for the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Aniello D. Cerreto, Esq.<br>Law Office of Aniello D. Cerreto, Esq.<br>Gordons Corner Professional Plaza<br>215 Gordons Corner Rd., Ste.1<br>Manalapan, NJ 07726 | Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bruce S. Goodman, Esq.<br>Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>New York, New York 10017 | Counsel for Smith Drug Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Attn: BMW Financial Services NA, LLC Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 1910 | Counsel for MidFirst Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

-4-

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Counsel for Value Drug Co. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brock and Scott, PLLC<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103 | Counsel for Truist Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X** Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

91610578.2

-4-