UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on January 29, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ayyaz Ahmed
Aysha Khan

| | |
|---|---|
| Case No.: | 23-21777 |
| Hearing Date: | 1/24/2024 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

## ORDER CONVERTING CASE TO CHAPTER 11
## NUNC PRO TUNC TO JANUARY 25, 2024

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

**DATED: January 29, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the cross- motion of ___Aniello D. Cerreto on behalf of Ayyaz Ahmed.___ and

for good cause shown, it is

ORDERED that this case is converted from chapter ___13___ to chapter 11, and it is

further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments

to previously filed schedules and statements as necessary, and it is further

☒     ORDERED that if the movant is the debtor, and the filing fee for the underlying

motion to convert has not been paid, the fee in the amount of _____$932.00_____

is due immediately. If the fee is not paid within 14 days of the date of this order

the case will be dismissed without further notice, and it is further

❏     ORDERED that if the case is converting from chapter 7, and the filing fee under

that chapter was waived via prior order of this court, the Order is hereby revoked

and the debtor must pay the chapter 11 filing fee in the amount of

_____ in full or if the debtor is an individual, file an Application to Pay

in Installments within 14 days of the date of this order or the case will be

dismissed without further notice, and it is further

ORDERED that:

❏     the United State Trustee shall immediately appoint a chapter 11 trustee in this

case, and it is further

ORDERED that the chapter ___13___ trustee shall:

•     immediately turnover to the debtor, or the chapter 11 trustee if one has been

appointed, all records and property of the estate in his/her custody or control,

2

☒      within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

☒      within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

☒      the conversion is conditioned upon payment by the debtor(s) of all allowed chapter __13__ administrative expenses within __14__ days, and it is further

ORDERED that:

☒      the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

•      if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),

•      a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d), and it is further

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-21777-SLM

Ayyaz Ahmed                                                                    Chapter 11

Aysha Khan

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

**Recip ID**        **Recipient Name and Address**
db/jdb            + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Andre L. Kydala
        on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
        on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
        on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Bruce Seth Goodman
        on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Denise E. Carlon
        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-2                                     User: admin                                          Page 2 of 2
Date Rcvd: Jan 29, 2024                            Form ID: pdf903                                   Total Noticed: 1

Herbert K. Ryder
                            on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
                            g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Matthew K. Fissel
                            on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael A. Artis
                            on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
                            on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10