UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

The Law Office of
Aniello D. Cerreto, Esq.

Gordon's Corner Professional Plaza
215 Gordon's Corner Road – Suite 1i
Manalapan, NJ 07726

Phone: 732-664-4739
Fax: 732-391-6682

Email: Adclawoffice@gmail.com
Website: www.adcesq.com

In Re:

*Ayyaz Ahmed and*
*Aysha Khan*

| | |
|---|---|
| Case No.: | *23-21777* |
| Chapter: | *[11]* |
| Hearing Date: | *3/26/2024* |
| Judge: | *SLM* |

**NOTICE OF MOTION TO**

Convert this case from Chapter 11 to Chapter 7

Aniello D. Cerreto, Esq., representing the debtors, has filed papers with the court to Convert this case from Chapter 11 to Chapter 7.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: *[3/26/2024]*

Hearing Time: *[11 am]*

Hearing Location: [50 Walnut Street, 3rd Floor
Newark, N J. 07102
Courtroom 3A]

Courtroom Number: *[Courtroom 3A]*



Document Ref: 7CW2V-NDH8C-W6W4J-JQHWP

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

Andre L. Kydala, Esq.
54 Old Highway 22
Clinton, NJ 08809

Amex
Po Box 981540
El Paso, TX 79998-1540

Anda Inc.
2915 Weston Rd
Weston, FL 33331-3627

Atlantic Health System
Po Box 21385
New York, NY 10087-1385

BMW Financial Services
Po Box 3608
Dublin, OH 43016-0306

Borough of Butler
1 Ace Rd
Butler, NJ 07405-1348

Capital Bank, Opensky Cbnk
2275 Research Blvd Ste 600
Rockville, MD 20850-6238

Capital One
Po Box 30285
Salt Lake Cty, UT 84130-0285

Champion Estates Res. Owners Assoc, Inc.
Allen, Stein & Durbin, P.C. 6243 W Ih 10 Ste 700
San Antonio, TX 78201-2092

Coastal/prosp
221 Main St Ste 400
San Francisco, CA 94105-1913



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

Credit One Bank Na
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

De Lage Landen Financial Services Inc.
1111 Old Eagle School Rd Ste 1
Wayne, PA 19087-1453

Fleischer, Fleischer & Suglia
Four Greentree Centre 601 Route 73 N Ste 305
Marlton, NJ 08053-3475

Fox Rothschild LLP
49 Market St
Morristown, NJ 07960-5122

GCM Capital
360 Hamilton Ave Ste 615
White Plains, NY 10601-1845

JPMCB Auto
Po Box 901076
Fort Worth, TX 76101-2076

KML Law Group P.C.
JEK, Esq.
RPA, Esq.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

Leonite Capital LLC Pashman Stein Walder Hayden
21 Main St 200
Hackensack, NJ 07601-7054

Mackie Wolf Zientz & Mann, PC
14160 Dallas Pkwy Ste 900
Dallas, TX 75254-4314

Macys
Po Box 71359
Philadelphia, PA 19176-1359

Marine Midland Mortgage
Po Box 26648
Oklahoma City, OK 73126-0648

Morris County Sheriffs Office
56 Washington St
Morristown, NJ 07960-6812

NYC Dept. of Finance
Po Box 3615
New York, NY 10008-3615



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

PORTFOLIO RECOV ASSOC
120 Corporate Blvd
Norfolk, VA 23502-4952

PSE&G
Po Box 709
Newark, NJ 07101-0709

Smith Drug Co., a div of J M Smith Corp
9098 Fairforest Rd
Spartanburg, SC 29301-1134

Stone Oaks Property Owners Assoc. Inc.
19210 Huebner Rd Ste 100
San Antonio, TX 78258-3103

Tenaglia and Hunt Pa Your client Citibank N.A.
Attn: Jason Sikoryak Esq.
395 W Passaic St Ste 205
Rochelle Park, NJ 07662-3016

The Law Office of Aniello D. Cerreto, Esq.
215 Gordons Corner Road Suite 1i
Englishtown, NJ 07726

Thurman & Phillips P.C
4093 De Zavala Rd
Shavano Park, TX 78249-2066

Truist Mortgage
Po Box 849
Wilson, NC 27894-0849

USCB Corp
Po Box 75
Archbald, PA 18403-0075

Value Drug Company
195 Theater Dr
Duncansville, PA 16635-7144

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036-8701

Michael A. Artis
United States Department of Justice
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may an enter order granting that requested relief.

*/s/ Aniello D. Cerreto, Esq.*
Aniello D. Cerreto, Esq.



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>The Law Office of<br>Aniello D. Cerreto, Esq.<br>Gordon's Corner Professional Plaza<br>215 Gordon's Corner Road – Suite 1i<br>Manalapan, NJ 07726<br>Phone: 732-664-4739<br>Fax: 732-391-6682<br>Email: Adclawoffice@gmail.com<br>Website: www.adcesq.com | | *23-21777*<br><br>*[11]*<br><br>*[3-26-2024]*<br><br>*[SLM]* |
| In Re:<br><br>*Ayyaz Ahmed and*<br>*Aysha Khan* | Case No.:<br>Chapter:<br>Hearing Date:<br>Judge: | ______________ |

**CERTIFICATION OF Debtors**

We, *Ayyaz Ahmed and Aysha Khan*, debtors in the above captioned case, submits this Certification in support of the Motion to convert this matter from chapter 11 to chapter 7.

1. Because of a) the amount of debt outstanding in our petition, and b) we do not know if or when debtor Aysha Khan will be able to return to her prior employment which business is presently legally frozen as a result of a pending will not be able to have an adequate plan of repayment confirmed in our opinion.

2. I/We were previously charged and remain in a pending criminal matter that required my main source of income at the time to be frozen and to cease operations. I then began a subsequent income operation as an event manager which is my present income provider while the pending criminal matter gets resolved and I do expect to be exonerated with time. But my



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

income level is currently lower than it was before because of the freezing.

3. I/We maintain to be innocent of the criminal charges, and the law presumes me to be innocent of the same.

4. However the business was, is, and remains frozen and I/we are not allowed for it to be presently conducted so it caused I/we to need bankruptcy protection as in this condition it appears we will not be able to work out a feasible plan of repayment and or reorganization hence this request to convert to chapter 7.

5. We anticipate that will have to file some administrative petition amendments thereafter as well.



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

I/We certify under penalty of perjury that the above is true.

______________________
*Ayyaz Ahmed*

/s/ Aysha Khan
______________________
*Aysha Khan*



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

I/We certify under penalty of perjury that the above is true.

/s/ Ayyaz Ahmed

*Ayyaz Ahmed*

*Aysha Khan*



Document Ref: VAGXS-DHODC-PP2UR-AJ69G

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

The Law Office of
Aniello D. Cerreto, Esq.
Gordon's Corner Professional Plaza
215 Gordon's Corner Road – Suite 1i
Manalapan, NJ 07726
Phone: 732-664-4739
Fax: 732-391-6682
Email: Adclawoffice@gmail.com
Website: www.adcesq.com

In Re:

*Ayyaz Ahmed and*
*Aysha Khan*

Case No.: *[23-21777]*

Chapter: *[11]*

Hearing Date: *[3-26-2024]*

Judge: *[SLM]*

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

______________________
*Ayyaz Ahmed*



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

/s/ Aysha Khan

*Aysha Khan*



Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>The Law Office of<br>Aniello D. Cerreto, Esq.<br>Gordon's Corner Professional Plaza<br>215 Gordon's Corner Road – Suite 1i<br>Manalapan, NJ 07726<br>Phone: 732-664-4739<br>Fax: 732-391-6682<br>Email: Adclawoffice@gmail.com<br>Website: www.adcesq com | | [23-21777]<br><br>[11]<br><br>[3-26-2024]<br><br>[SLM] |
| In Re:<br><br>*Ayyaz Ahmed and*<br>*Aysha Khan* | Case No.:<br>Chapter:<br>Hearing Date:<br>Judge: | |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

/s/ Ayyaz Ahmed
*Ayyaz Ahmed*



Document Ref: VAGXS-DHODC-PP2UR-AJ69G

# Signature Certificate

Reference number: 7CWZV-NDH8C-W6W4J-JQHWP

| Signer | Timestamp | Signature |
|---|---|---|
| **/s/ Aysha Khan**<br>Email akhan1153@gmail com | | /s/ Aysha Khan |
| Sent. | 22 Feb 2024 21 50 21 UTC | |
| Viewed | 22 Feb 2024 21 53 29 UTC | |
| Signed | 22 Feb 2024 21 54 16 UTC | |
| **Recipient Verification:** | | IP address 172 59 213 150 |
| ✓Email verified | 22 Feb 2024 21 53 29 UTC | Location: Passaic, United States |

Document completed by all parties on:
**22 Feb 2024 21:54:16 UTC**

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

# Signature Certificate

Reference number: VAGXS-DHODC-PP2UR-AJ69G

| Signer | Timestamp | Signature |
|---|---|---|
| **/s/ Ayyaz Ahmed**<br>Email prestigectnj@gmail.com | | /s/ Ayyaz Ahmed |
| Sent | 22 Feb 2024 21 58 50 UTC | |
| Viewed | 23 Feb 2024 20 24 47 UTC | |
| Signed | 23 Feb 2024 20 33 22 UTC | |
| **Recipient Verification:** | | IP address 172 59 215 102 |
| ✔Email verified | 23 Feb 2024 20 24 47 UTC | Location North Bergen, United States |

Document completed by all parties on
23 Feb 2024 20:33:22 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.