Form 169 − ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 23−21777−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed<br>116 Boonton Ave.<br>Butler, NJ 07405 | Aysha Khan<br>116 Boonton Ave.<br>Butler, NJ 07405 |

Social Security No.:

| | |
|---|---|
| xxx−xx−1878 | xxx−xx−1152 |

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**
**ON APPLICATION/MOTION TO CONVERT CASE**

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Stacey L. Meisel on:

Date: March 26, 2024
Time: 11:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: February 26, 2024
JAN:

Jeanne Naughton
Clerk