|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>The Law Office of<br>Aniello D. Cerreto, Esq.<br><br>Gordon's Corner Professional Plaza<br>215 Gordon's Corner Road – Suite 1i<br>Manalapan, NJ 07726<br><br>Phone:   732-664-4739<br>Fax:     732-391-6682<br><br>Email:   Adclawoffice@gmail.com<br>Website: www.adcesq.com | Case No.:   [23-21777]<br><br>Chapter:   [11]<br><br>Hearing Date:   [3-26-2024]<br><br>Judge:   [SLM] |
| In Re:<br>*Ayyaz Ahmed and*<br>*Aysha Khan* | |

## CERTIFICATION OF SERVICE

1.  I, Aniello D. Cerreto, Esq.   :

    X  represent Debtors in this matter.

    ___ am the secretary/paralegal for _____, who represents _____ in this matter.

    ___ am the _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* __2/23/24__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    X  Notice of Motion

    X  Certification in Support of Motion

11

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

X  Statement as to Why No Brief is Necessary

X  Proposed Order Granting Motion *[Enter title of motion]*

_____

_____

Other *[Enter title of document]*

3.I certify under penalty of perjury that the above documents were sent **using *regular mail and* ~~*certified mail* *hand*~~" electronic service.**

12

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

*/s/ Aniello D. Cerreto, Esq.*

13

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

Name and Address of Party Served  Relationship of Party to the Case    Mode of Service - *all have been served by regular and electronic service* ~~and certified mail~~

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

Andre L. Kydala, Esq.
54 Old Highway 22
Clinton, NJ 08809

Amex
Po Box 981540
El Paso, TX 79998-1540

Anda Inc.
2915 Weston Rd
Weston, FL 33331-3627

Atlantic Health System
Po Box 21385
New York, NY 10087-1385

BMW Financial Services
Po Box 3608
Dublin, OH 43016-0306

Borough of Butler
1 Ace Rd
Butler, NJ 07405-1348

Capital Bank, Opensky Cbnk
2275 Research Blvd Ste 600

14

Rockville, MD 20850-6238

Capital One
Po Box 30285
Salt Lake Cty, UT 84130-0285

Champion Estates Res. Owners Assoc, Inc.
Allen, Stein & Durbin, P.C. 6243 W Ih 10 Ste 700
San Antonio, TX 78201-2092

Coastal/prosp
221 Main St Ste 400
San Francisco, CA 94105-1913

Credit One Bank Na
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

De Lage Landen Financial Services Inc.
1111 Old Eagle School Rd Ste 1
Wayne, PA 19087-1453

Fleischer, Fleischer & Suglia
Four Greentree Centre 601 Route 73 N Ste 305
Marlton, NJ 08053-3475

Fox Rothschild LLP
49 Market St
Morristown, NJ 07960-5122

GCM Capital
360 Hamilton Ave Ste 615
White Plains, NY 10601-1845

JPMCB Auto
Po Box 901076
Fort Worth, TX 76101-2076

KML Law Group P.C.
JEK, Esq.
RPA, Esq.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

Leonite Capital LLC Pashman Stein Walder Hayden
21 Main St 200
Hackensack, NJ 07601-7054

Mackie Wolf Zientz & Mann, PC
14160 Dallas Pkwy Ste 900
Dallas, TX 75254-4314

Macys
Po Box 71359
Philadelphia, PA 19176-1359

Marine Midland Mortgage
Po Box 26648
Oklahoma City, OK 73126-0648

Morris County Sheriffs Office
56 Washington St
Morristown, NJ 07960-6812

NYC Dept. of Finance
Po Box 3615
New York, NY 10008-3615

PORTFOLIO RECOV ASSOC
120 Corporate Blvd
Norfolk, VA 23502-4952

PSE&G
Po Box 709
Newark, NJ 07101-0709

Smith Drug Co., a div of J M Smith Corp
9098 Fairforest Rd
Spartanburg, SC 29301-1134

Stone Oaks Property Owners Assoc. Inc.
19210 Huebner Rd Ste 100
San Antonio, TX 78258-3103

Tenaglia and Hunt Pa Your client Citibank N.A.
Attn: Jason Sikoryak Esq.
395 W Passaic St Ste 205

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP

Rochelle Park, NJ 07662-3016

The Law Office of Aniello D. Cerreto, Esq.
215 Gordons Corner Road Suite 1i
Englishtown, NJ 07726

Thurman & Phillips P.C
4093 De Zavala Rd
Shavano Park, TX 78249-2066

Truist Mortgage
Po Box 849
Wilson, NC 27894-0849

USCB Corp
Po Box 75
Archbald, PA 18403-0075

Value Drug Company
195 Theater Dr
Duncansville, PA 16635-7144

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036-8701

Michael A. Artis
United States Department of Justice
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Document Ref: 7CWZV-NDH8C-W6W4J-JQHWP