Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ayyaz Ahmed
116 Boonton Ave.
Butler, NJ 07405

Aysha Khan
116 Boonton Ave.
Butler, NJ 07405

Social Security No.:
xxx−xx−1878

xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Stacey L. Meisel on:

Date:              March 26, 2024
Time:              11:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102


Dated: February 26, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ayyaz Ahmed  
Aysha Khan  
    Debtors

Case No. 23-21777-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 169 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

`+`     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

`^`     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| 520117889 | | Atlantic Health System, Po Box 21385, New York, NY 10087-1385 |
| 520117890 | | BMW Financial ervices, Po Box 3608, Dublin, OH 43016-0306 |
| 520117891 | | Borough of Butler, 1 Ace Rd, Butler, NJ 07405-1348 |
| 520117892 | | Capital Bank, Opensky Cbnk, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 520117894 | + | Champion Estates Res. Owners Assoc, Inc., Allen, Stein & Durbin, P.C. 6243 W Ih 10, San Antonio, TX 78201-2086 |
| 520117898 | | Fleischer, Fleischer & Suglia, Four Greentree Centre 601 Route 73 N Ste, Marlton, NJ 08053-3475 |
| 520117903 | | Leonite Capital LLC Pashman Stein Walder Hayden 21, Hackensack, NJ 07601-7054 |
| 520117906 | | Marine Midland Mortgage, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520117907 | | Morris County Sheriffs Office, 56 Washington St, Morristown, NJ 07960-6812 |
| 520117908 | | NYC Dept. of Finance, Po Box 3615, New York, NY 10008-3615 |
| 520117910 | | PSE&G, Po Box 709, Newark, NJ 07101-0709 |
| 520117911 | | Smith Drug Co., a div of J M Smith Corp, 9098 Fairforest Rd, Spartanburg, SC 29301-1134 |
| 520128533 | + | Smith Drug Company, A division of JM Smith Corp., c/o Zeichner Ellman & Krause LLP, Attn. Bruce S. Goodman, Esq., 730 Third Avenue, New York, New York 10017-3206 |
| 520117915 | | Thurman & Phillips P.C, 4093 De Zavala Rd, Shavano Park, TX 78249-2066 |
| 520139786 | + | Truist Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 520139787 | + | Truist Bank, successor by, merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 520117916 | | Truist Mortgage, Po Box 849, Wilson, NC 27894-0849 |
| 520117918 | | Value Drug Company, 195 Theater Dr, Duncansville, PA 16635-7144 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2024 20:57:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2024 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2024 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2024 21:16:12 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Feb 26 2024 20:54:10 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Feb 26 2024 20:57:00 | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |

Case 23-21777-SLM    Doc 53    Filed 02/28/24    Entered 02/29/24 00:15:51    Desc Imaged
                          Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 169 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mhall@foxrothschild.com | Feb 26 2024 20:56:00 | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 520117887 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2024 21:16:06 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 520117888 | | Email/Text: bankruptcies@andanet.com | Feb 26 2024 20:57:00 | Anda Inc., 2915 Weston Rd, Weston, FL 33331-3627 |
| 520121755 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2024 21:05:31 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520117893 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2024 21:04:42 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 520126993 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2024 21:04:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520117895 | ^ | MEBN | Feb 26 2024 20:53:13 | Coastal/prosp, 221 Main St Ste 400, San Francisco, CA 94105-1913 |
| 520117896 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2024 21:05:15 | Credit One Bank Na, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164350 | ^ | MEBN | Feb 26 2024 20:54:09 | De Lage Landen Financial Services, Inc., c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520171617 | | Email/Text: BNCnotices@dcmservices.com | Feb 26 2024 20:57:00 | Emergency Physician Associates of North Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520117899 | | Email/Text: mhall@foxrothschild.com | Feb 26 2024 20:56:00 | Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960-5122 |
| 520117901 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2024 21:16:08 | JPMCB Auto, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520117902 | ^ | MEBN | Feb 26 2024 20:51:51 | KML Law Group P.C., JEK, Esq., RPA, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520117904 | ^ | MEBN | Feb 26 2024 20:53:47 | Mackie Wolf Zientz & Mann, PC, 14160 Dallas Pkwy Ste 900, Dallas, TX 75254-4314 |
| 520117905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2024 21:16:12 | Macys, Po Box 71359, Philadelphia, PA 19176-1359 |
| 520153475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 26 2024 21:04:42 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520117909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2024 21:05:29 | PORTFOLIO RECOV ASSOC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520139555 | + | Email/Text: bankruptcy@bbandt.com | Feb 26 2024 20:57:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 520120625 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 26 2024 21:16:08 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520117917 | | Email/Text: bankruptcy@uscbcorporation.com | Feb 26 2024 20:56:00 | USCB Corp, Po Box 75, Archbald, PA 18403-0075 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117897 | | De Lage Landen Financial Services Inc., 1111 Old Eagle School Rd Ste 1 Wayne, PA |
| 520117900 | | GCM Capital, 360 Hamilton Ave Ste 615 White Plains, N |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 169 | Total Noticed: 46 |

| | |
|---|---|
| 520117912 | Stone Oaks Property Owners Assoc. Inc., 19210 Huebner Rd Ste 100 San Antonio, TX |
| 520117913 | Tenaglia and Hunt Pa Your client Citibank N.A. Att, 395 W Passaic St Ste 205 Rochelle Park, |
| 520117914 | The Law Office of Aniello D. Cerreto, Esq., 215 Gordons Corner Road Suite 1i English |
| 520117919 | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas New York, NY |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024                              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

**Name**    **Email Address**

Andre L. Kydala
on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com

Aniello D. Cerreto
on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Bruce Seth Goodman
on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Herbert K. Ryder
on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Matthew K. Fissel
on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com

Nicola G. Suglia
on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11