| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2** |
| KLEHR HARRISON HARVEY BRANZBURG, LLP<br>(A Pennsylvania Limited Liability Partnership)<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08053<br>Telephone:  (856) 486-7900<br>Facsimile:   (856) 486-4875<br>Christopher J. Leavell, Esquire<br>*Counsel for the ASD Specialty Healthcare, LLC d/b/a Besse Medical* |

| | |
|---|---|
| In re:<br><br>AYYAZ AHMED AND AYSHA KHAN<br><br>Debtor. | Chapter 11<br><br>Case No. 23-21777-SLM |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ASD Specialty Healthcare, LLC d/b/a Besse Medical.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Christopher J. Leavell, Esquire
                             Klehr Harrison Harvey Branzburg, LLP
                             10000 Lincoln Drive East, Suite 201
                             Marlton, NJ  08053

    DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                                                               KLEHR HARRISON HARVEY
                                                                                BRANZBURG, LLP

Dated:  March 8, 2024                                        By: <u>*/s/ Christopher J. Leavell*</u>

PHIL1 6018051v.1