UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Ayyaz Ahmed and Aysha Khan, | : | |
| | : | |
| | : | CASE NO.: 23-21777(SLM) |
| Debtors. | : | |
| _____ | : | |

Charles M. Forman, Esq.
Forman Holt
365 West Passaic Street, Ste. 400
Rochelle Park, NJ 07662

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee appoints Charles M. Forman, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 and 9


    By:   */s/ Martha R. Hildebrandt*
           Martha R. Hildebrandt
           Assistant United States Trustee


Dated: March 28, 2024