| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CW: 23-10105 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
| In Re:<br><br>Ayyaz Ahmed<br>Aysha Khan | Case No.: 23-21777<br>Adv. Pro. No.: <br>Chapter: 7<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 4/30/2024<br>Judge: Stacey L. Meisel |

## ADJOURNMENT REQUEST

1. I, __Matthew Fissel__,

   ☒ am the attorney for: __Truist Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief from Stay re: 34 Trophy Ridge, San Antonio, TX 78258

   Current hearing date and time: 4/30/2024 at 10:00AM

   New date requested: 5/21/2024 at 10:00AM

   Reason for adjournment request: The Chapter 7 Trustee has requested additional time to investigate potential equity in the Property.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 4/17/2024                                                          /s/ Matthew Fissel
                                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☑ Granted                          New hearing date: 5/21/2024 at 10:00AM         ☐ Peremptory

☐ Granted over objection(s)        New hearing date: _____               ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2