| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Proposed Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Jordan B. DeFlora<br>jdeflora@formanlaw.com | Order Filed on April 25, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>               Debtor. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

**ORDER AUTHORIZING RETENTION
OF FORMAN HOLT AS ATTORNEYS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 25, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0215833 - 1

Page 2
Debtor:     Ayyaz Ahmed and Aysha Khan
Case No.    23-21777 (SLM)
Caption:    Order Authorizing Retention of Forman Holt as Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted. The professional's address is:  365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the application was filed with the Court.

F0215833 - 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Aysha Khan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor JPMorgan Chase Bank N.A. ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | |

cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
  on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Herbert K. Ryder
  on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
  g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
  on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com

Matthew K. Fissel
  on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com

Michael A. Artis
  on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
  on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com

Nicola G. Suglia
  on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
  fleischercases@fleischerlaw.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15