| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Proposed Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Jordan B. DeFlora<br>jdeflora@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel<br><br>Hearing Date: May 21, 2024<br>Hearing Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, Kathryn Anema,

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Forman Holt who represents Charles M. Forman, the

    chapter 7 Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 14, 2024, I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below:

    o Certification of Charles M. Forman in Opposition to Truist Bank's Motion for
    Relief from Automatic Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the

    mode of service indicated.

Dated: May 14, 2024　　　　　　　　　　　　*/s/ Kathryn Anema*
　　　　　　　　　　　　　　　　　　　　　　Kathryn Anema

F0217793 - 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Artis, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ayyaz Ahmed<br>116 Boonton Ave<br>Butler, NJ 07405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aysha Khan<br>116 Boonton Ave<br>Butler, NJ 07405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aniello Cerrerto, Esq.<br>The Law Office of Aniello D. Cerreto,<br>215 Gordons Corner Road, Suite 1<br>Englishtown, NJ 07726 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew K. Fisssel, Esq.<br>Brock & Scott PLLC<br>3825 Forrestgate Drive<br>Winston Salem, NC 27103 | Attorneys for Truist Bank – Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒Other: Notice of Electronic Filing (NEF)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

F0217793 - 1