<table>
<tr><td colspan="2">
UNITED STATES BANKRUPTCY COURT<br>
DISTRICT OF NEW JERSEY
</td></tr>
</table>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone:  (201) 845-1000
Attorneys for Charles M. Forman
Chapter 7 Trustee
Jordan B. DeFlora
jdeflora@formanlaw.com

| In Re: | Chapter 7 |
|---|---|
| AYYAZ AHMED and AYSHA KHAN, | Case No. 23-21777 (SLM) |
| Debtor. | Judge:  Hon. Stacey L. Meisel |
| | Hearing Date:  May 21, 2024<br>Hearing time 10:00 a.m. |

## ADJOURNMENT REQUEST

1.      I, Jordan B. DeFlora, Esq.

     ☒     am the attorney for: Charles M. Forman, Chapter 7 Trustee/Plaintiff          ,

     ☐     am self represented,

     and request an adjournment of the following hearing for the reason set forth below.

     Matter:  Motion for Relief from Stay [Doc. No. 60]

     Current hearing date and time: May 21, 2024  at 10:00 a.m.

     New date requested:  June 18, 2024 at 10:00 a.m.

     Reason for adjournment request: The parties are discussing a settlement of this matter.

2.      Consent to adjournment:

     ☒  I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

     I certify under penalty of perjury that the foregoing is true.

Date: May 20, 2024                           */s/ Jordan B. DeFlora*
                                                 Signature

F0218228 - 1

**COURT USE ONLY:**

The request for adjournment is:

☒      Granted               New hearing date: _6/18/2024 at 10:00 AM_   ☐ Peremptory

☐      Granted over objection(s)     New hearing date: _____   ☐ Peremptory

☐      Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

F0218228 - 1                            2