UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ayyaz Ahmed
Aysha Khan, Debtor(s)

Case No.: __23-21777 SLM__

Chapter: _____7_____

Hearing Date: 06/04/24 at 10:00 AM

Judge: __Stacey L. Meisel__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief from Stay filed on or about May 06, 2024 as doc no. 69.

_____

Date: May 29, 2024                     /s/ Denise Carlon
                                       Signature

*rev.8/1/15*