| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Attorneys for Secured Creditor<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Aleisha C Jennings (049302015) | |
| In Re:<br><br>**Ayyaz Ahmed,**<br><br>**and**<br><br>**Aysha Khan,**<br><br>     Debtors. | Case No.: 23-21777<br><br>Chapter: 7<br><br>Hearing Date:<br><br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Aleisha C. Jennings, represent JPMorgan Chase Bank, N.A. in this matter.

2. On May 30, 2024, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion for Relief from Automatic Stay, Certification of Creditor Regarding Post Petition Payment History in Support of the Motion for Relief from Automatic Stay**,** Supporting Documentation, Proposed Order, and this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: May 30, 2024

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

By: /s/ *Aleisha C. Jennings*
Aleisha C. Jennings, Esq.
Bar ID: 049302015
Email: ajennings@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ayyaz Ahmed<br>Aysha Khan<br>116 Boonton Ave.<br>Butler, NJ 07405 | Debtors | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Aniello D. Cerreto<br>Law Office of Aniello D. Cerreto, Esq.<br>Gordons Corner Professional Plaza<br>215 Gordons Corner Rd., Ste.1<br>Manalapan, NJ 07726 | Debtors' Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address | Relationship | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Charles M. Forman<br>Forman Holt<br>365 West Passaic St.<br>Suite 400<br>Rochelle Park, NJ 07662<br>201-845-1000 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| ASD Specialty Healthcare, LLC d/b/a Besse Medical<br>Christopher John Leavell<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East<br>Ste 201<br>Marlton, NJ 08053 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| BMW Financial Services<br>AIS Portfolio Services LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| De Lage Landen Financial Services, Inc. c/o Nicola Suglia<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North<br>Suite 305<br>Marlton, NJ 08053 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Deluxe Services Group<br>c/o Andre Kydala, Esq.<br>12 Lower Center Street<br>PO Box 5537<br>Clinton, NJ 08809 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Charles M. Forman | Courtesy Copy | ☐ Hand-delivered |

| | | |
|---|---|---|
| c/o Jordan B. DeFlora<br>Forman Holt<br>365 West Passaic St.<br>Suite 400<br>Rochelle Park, NJ 07662 | | [x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Forman Holt<br>365 West Passaic Street Suite 400<br>Rochelle Park, NJ 07662 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Greenwich Capital Management Limited Partnership<br>Herbert K. Ryder<br>Law Offices of Herbert K. Ryder LLC<br>531 US Highway 22 East<br>Suite 182<br>Whitehouse Station, NJ 08889-3695 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Fred Kantrow<br>32 Smithtown Bypass, Suite 101<br>Smithtown, NY 11787 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| MIDFIRST BANK<br>Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Smith Drug Company, a division of J M Smith Corporation<br>Bruce Seth Goodman<br>Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>Ste 40th Floor<br>New York, NY 10017 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Truist Bank<br>1001 Semmes Avenue<br>Richmond, VA 23224 | Courtesy Copy | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| | | [x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Matthew K. Fissel<br>Brock & Scott PLLC<br>302 Fellowship Road<br>Suite 130<br>Mt Laurel Township, NJ 08054 | Courtesy Copy | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Value Drug Company<br>c/o Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Courtesy Copy | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |