Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–21777–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ayyaz Ahmed
116 Boonton Ave.
Butler, NJ 07405

Aysha Khan
116 Boonton Ave.
Butler, NJ 07405

Social Security No.:
xxx–xx–1878
xxx–xx–1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date: June 11, 2024
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*63* − Motion for Relief from Stay re: 2018 Land Rover Range Rover. Fee Amount $ 199. Filed by Aleisha Candace Jennings on behalf of JPMorgan Chase Bank, N.A.. Hearing scheduled for 5/7/2024 at 10:00 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit) (Jennings, Aleisha)

and transact such other business as may properly come before the meeting.

Dated: May 31, 2024
JAN: omf

Jeanne Naughton
Clerk