Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−21777−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ayyaz Ahmed
116 Boonton Ave.
Butler, NJ 07405

Aysha Khan
116 Boonton Ave.
Butler, NJ 07405

Social Security No.:
   xxx−xx−1878                                    xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Stacey L. Meisel on

Date:             June 11, 2024
Time:             10:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

to consider and act upon the following:

*63* − Motion for Relief from Stay re: 2018 Land Rover Range Rover. Fee Amount $ 199. Filed by Aleisha Candace Jennings on behalf of JPMorgan Chase Bank, N.A.. Hearing scheduled for 5/7/2024 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit) (Jennings, Aleisha)

and transact such other business as may properly come before the meeting.

Dated: May 31, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Aysha Khan | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2024 | Form ID: 173 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 20:43:50 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | May 31 2024 20:31:47 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| cr | + | Email/Text: mhall@foxrothschild.com | May 31 2024 20:32:00 | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor JPMorgan Chase Bank N.A. ajennings@raslg.com |
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com |
| Matthew K. Fissel | on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15