Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ayyaz Ahmed                                Aysha Khan
  116 Boonton Ave.                         116 Boonton Ave.
  Butler, NJ 07405                          Butler, NJ 07405

Social Security No.:
  xxx−xx−1878                                xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/16/24 at 10:00 AM

to consider and act upon the following:

*78* − Motion To Reinstate Stay Filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Certificate of Service) (Cerreto, Aniello)

Dated: 6/12/24

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court