Order Filed on June 11, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

In Re:

   Ayyaz Ahmed and Aysha Khan

                  Debtors.

Case No.:  23-21777

Chapter:  7

Hearing Date:  June 11, 2024

Judge:  Stacey L. Meisel

## ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: June 11, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| Case No.: | 23-21777 |
| Caption of Order: | ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a *Motion for Relief from Automatic Stay* by JPMorgan Chase Bank, N.A. (the "**Creditor**"); this Court finds:

**WHEREAS** the *Motion for Relief from Automatic Stay* is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Failure to timely file an amended certification of service that would allow parties an opportunity to timely object prior to the scheduled hearing date. Since 11 U.S.C. § 362(e)(2) only permits the Court a certain period of time to decide this motion without a consensual adjournment from the movant, the Court must deny the motion. Creditor delayed in serving the motion for a week after being notified by the Court that service was deficient.

It is hereby

**ORDERED** that the *Motion for Relief from Automatic Stay* is denied, without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21777-SLM
Ayyaz Ahmed  Chapter 7
Aysha Khan
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@raslg.com

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 11, 2024 | Form ID: pdf903 | Total Noticed: 1

cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
    on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Herbert K. Ryder
    on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
    g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
    on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
    on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com

Nicola G. Suglia
    on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
    fleischercases@fleischerlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15