| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                                Debtor. | Chapter:   7<br><br>Case No.:  23-21777 (SLM)<br><br>Hearing Date:  June 18, 2024<br>Hearing Time: 10:00 a.m. |

## ADJOURNMENT REQUEST

1. I, Kimberly J. Salomon,

    ☒ am the attorney for:       Charles M. Forman, chapter 7 trustee

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  Motion for Relief from Automatic Stay [Doc. No. 60]

    Current hearing date and time:  June 18, 2024 at 10:00 a.m..

    New date requested:  August 6, 2024 at 10:00 a.m.

    Reason for adjournment request: The parties are discussing a settlement of this matter.

2. Consent to adjournment:

    ☒ I have the consent of all parties.         ☐ I do not have the consent of all parties.

    I certify under penalty of perjury that the foregoing is true.

Date:  June 17, 2024                             /s/ Kimberly Salomon
                                                 Kimberly Salomon

{F0219979 - 1}

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 08/06/2024 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**