| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                      Debtor. | Chapter: 7<br><br>Case No.: 23-21777 (SLM) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Forman Holt, attorneys for Charles M. Forman, Chapter 7 Trustee for the estate of Ayyaz Ahmed and Aysha Khan, hereby enters its appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and demands that all notices and all papers served or required to be served in the above-captioned matter be served upon the following:

> Kimberly J. Salomon, Esq.
> Forman Holt
> 365 West Passaic Street, Suite 400
> Rochelle Park, NJ 07662
> Telephone: (201) 845-1000
> Fax: (201) 655-6650
> E-mail: ksalomon@formanlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, notices of all orders, pleadings, motions, applications, demands, hearings, complaints,

{F0219991 - 1}

answers or reply papers, memoranda and briefs in support of any of the above, and all other documents filed or served in the above-captioned matter.

        FORMAN HOLT
        Attorneys for Charles M. Forman
        Chapter 7 Trustee

        By: */s/ Kimberly J. Salomon*
            Kimberly J. Salomon

Dated: June 17, 2024

{F0219991 - 1}