**FORMAN HOLT**
ATTORNEYS AT LAW

Kimberly J. Salomon
Of Counsel
ksalomon@formanlaw.com
201.857.7101

July 9, 2024

<u>Via ECF</u>
Hon. Stacey L. Meisel, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:    Ayyaz Ahmed and Aysha Khan**
       **Case No. 23-21777 (SLM)**

Dear Judge Meisel:

This firm represents Charles M. Forman, chapter 7 trustee (the "Trustee") for Ayyaz Ahmed and Aysha Khan (the "Debtors"). On July 1, 2024, the Trustee filed an application to retain Joyce Klein Realtors as his real estate agent to market and sell the Debtor's real property in San Antonio, Texas. [Doc. No. 85]. The deadline to object to the retention was July 8, 2024 and no objections were filed.

Yesterday the Trustee was informed by the Debtors that they may have a buyer that is interested in purchasing the San Antonio property. The Trustee respectfully requests that the Court delay entering the order to retain Joyce Klein Realtors for one week, to July 16, 2024, to allow the Trustee additional time to evaluate the potential sale to the buyer procured by the Debtors.

Respectfully,

Kimberly Salomon

cc:    Charles M. Forman, Trustee
       Aniello Cerreto, Esq.

FORMANLAW LLC    365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662    T 201.845.1000
www.formanlaw.com    620 Fifth Avenue, Second Floor, New York, NY 10020    T 212.707.8500

{F0222562 - 1}