|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Attorneys for Charles M. Forman<br>Chapter 7 Trustee<br>Kimberly J. Salomon. Esq.<br>ksalomon@formanlaw.com |

| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Tania Marienthal,

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Forman Holt who represents Kimberly J. Salomon, the chapter 7 Trustee in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 15, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Trustee's Limited Response to Debtor's Motion to Reinstate Automatic Stay and to Related Opposition Filed by Value Drug Company

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 15, 2024                      */s/ Tania Marienthal*
                                                       Tania Marienthal

{F0222969 - 1}

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael Artis, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Office of the United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aniello Cerreto, Esq.<br>The Law Office of Aniello D. Cerreto,<br>215 Gordons Corner Road, Suite 1<br>Englishtown, NJ 07726 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael R. Herz, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Attorneys for Value Drug Company – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

{F0222969 - 1}