| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:   (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |

**Order Filed on July 25, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

## <u>CONSENT ORDER FOR LIMITED AUTOMATIC STAY</u>

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: July 25, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0223450 - 1}

Page 2
Debtors:        Ayyaz Ahmed and Aysha Khan
Case No.:       23-21777 (SLM)
Caption:        Consent Order for Limited Automatic Stay

**THIS MATTER,** having been brought before the court upon the motion (the "Motion") of Ayyaz Ahmed and Aysha Khan (the "Debtors"), for the entry of an order to reinstate the automatic stay as to Ayyaz Ahmed [Doc. No. 78]; and opposition to the Motion having been filed by Value Drug Company ("Value Drug") [Doc. No. 86]; and a limited response to the Motion and opposition having been filed by Charles M. Forman, the chapter 7 trustee for the Debtors (the "Trustee") [Doc. No. 88]; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the automatic stay as to Ayyaz Ahmed shall be reinstated solely for the limited purpose of staying any act by any creditor to enforce, execute, levy or collect a judgment against the Debtors' property or property of the Debtors' chapter 7 estate; and it is further

**ORDERED** that for all other purposes, including the prosecution of any litigation against Ayyaz Ahmed to its conclusion, the automatic stay shall not be in effect as to Ayyaz Ahmed; and it is further

**ORDERED** that any modifications to this limited automatic stay may be made upon application to the Court with notice to the Debtors, the Trustee, and all parties in interest.

{F0223450 - 1}

Page 3
Debtors:       Ayyaz Ahmed and Aysha Khan
Case No.:      23-21777 (SLM)
Caption:       Consent Order for Limited Automatic Stay

The undersigned consent to the
form and entry of this Order.

LAW OFFICE OF ANIELLO D. CERRETO
Attorneys for Debtors

By:  _/s/ Aniello D. Cerreto_____
        Aniello D. Cerreto, Esq.                         Dated: July 25, 2024

FOX ROTHSCHILD
Attorneys for Value Drug Company

By: _/s/ Michael R. Herz_____
        Michael R. Herz, Esq.                            Dated: July 25, 2024

FORMAN HOLT
Attorneys for Charles M. Forman, Trustee

By: _/s/ Kimberly J. Salomon_____
        Kimberly J. Salomon, Esq.                        Dated:  July 25, 2024