| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | **Order Filed on July 24, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                        Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

**CONSENT ORDER FURTHER EXTENDING THE TIME TO
<u>OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727</u>**

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 24, 2024**

                                                                    _/s/ Stacey L. Meisel_
                                                             Honorable Stacey L. Meisel
                                                             United States Bankruptcy Judge

{F0222950 - 1}

Page 2
Debtors:   Ayyaz Ahmed and Aysha Khan
Case No.:  23-21777 (SLM)
Caption:   Consent Order Extending the Time to Object to Debtors' Discharge Under 11 U.S.C. §727

**THIS MATTER,** having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed and Aysha Khan (the "Debtors") in lieu of a motion pursuant to D.N.J. LBR 9021-1(b), through his attorneys, Forman Holt, for the entry of a consent order extending the time to object to the Debtors' discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to Debtors' discharge under 11 U.S.C. §§523 and 727 shall be and hereby is extended to and including November 18, 2024 without prejudice to seek further extensions of time as warranted.

The undersigned consent to the
form and entry of this Order.

| LAW OFFICE OF ANIELLO D. CERRETO | FORMAN HOLT |
| Attorneys for Debtors | Attorneys for Trustee |
| By: */s/ Aniello D. Cerreto* | By: */s/ Kimberly J Salomon* |
|     Aniello D. Cerreto, Esq. |     Kimberly J. Salomon, Esq. |
| Dated: July 16, 2024 | Dated: July 16, 2024 |

{F0222950 - 1}

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 23-21777-SLM
Ayyaz Ahmed                                                                                  Chapter 7
Aysha Khan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Jul 24, 2024　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024　　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

Aleisha Candace Jennings
　　　　　　on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com

Andre L. Kydala
　　　　　　on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
　　　　　　on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
　　　　　　on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
　　　　　　on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman

| | |
|---|---|
| | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | |
| | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | |
| | on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Denise E. Carlon | |
| | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert K. Ryder | |
| | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jordan B. DeFlora | |
| | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |
| Kimberly J. Salomon | |
| | on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | |
| | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Matthew K. Fissel | |
| | on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Michael A. Artis | |
| | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | |
| | on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Nicola G. Suglia | |
| | on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18