UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman, Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

Order Filed on July 25, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

AYYAZ AHMED and AYSHA KHAN,

                              Debtors.

Chapter 7

Case No. 23-21777 (SLM)

Judge:  Hon. Stacey L. Meisel

## CONSENT ORDER FOR LIMITED AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: July 25, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0223450 - 1}

Page 2
Debtors:        Ayyaz Ahmed and Aysha Khan
Case No.:       23-21777 (SLM)
Caption:        Consent Order for Limited Automatic Stay

**THIS MATTER,** having been brought before the court upon the motion (the "Motion") of Ayyaz Ahmed and Aysha Khan (the "Debtors"), for the entry of an order to reinstate the automatic stay as to Ayyaz Ahmed [Doc. No. 78]; and opposition to the Motion having been filed by Value Drug Company ("Value Drug") [Doc. No. 86]; and a limited response to the Motion and opposition having been filed by Charles M. Forman, the chapter 7 trustee for the Debtors (the "Trustee") [Doc. No. 88]; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the automatic stay as to Ayyaz Ahmed shall be reinstated solely for the limited purpose of staying any act by any creditor to enforce, execute, levy or collect a judgment against the Debtors' property or property of the Debtors' chapter 7 estate; and it is further

**ORDERED** that for all other purposes, including the prosecution of any litigation against Ayyaz Ahmed to its conclusion, the automatic stay shall not be in effect as to Ayyaz Ahmed; and it is further

**ORDERED** that any modifications to this limited automatic stay may be made upon application to the Court with notice to the Debtors, the Trustee, and all parties in interest.

{F0223450 - 1}

Page 3
Debtors:       Ayyaz Ahmed and Aysha Khan
Case No.:      23-21777 (SLM)
Caption:       Consent Order for Limited Automatic Stay

The undersigned consent to the
form and entry of this Order.

LAW OFFICE OF ANIELLO D. CERRETO
Attorneys for Debtors

By:   */s/ Aniello D. Cerreto*
     Aniello D. Cerreto, Esq.                    Dated: July 25, 2024

FOX ROTHSCHILD
Attorneys for Value Drug Company

By: */s/ Michael R. Herz*
     Michael R. Herz, Esq.                       Dated: July 25, 2024

FORMAN HOLT
Attorneys for Charles M. Forman, Trustee

By: */s/ Kimberly J. Salomon*
     Kimberly J. Salomon, Esq.                   Dated:  July 25, 2024

{F0223450 - 1}

United States Bankruptcy Court

District of New Jersey

In re:                                                            Case No. 23-21777-SLM

Ayyaz Ahmed                                                       Chapter 7

Aysha Khan

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com |
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | |

cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman

on behalf of Trustee Charles M. Forman cforman@formanlaw.com
lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell

on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder

on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora

on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly J. Salomon

on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon

on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Matthew K. Fissel

on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz

on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia

on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
fleischercases@fleischerlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18