UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CW: 23-10105 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Truist Bank

In Re:

Ayyaz Ahmed and Aysha Khan

Case No.: 23-21777

Adv. Pro. No.: _____

Chapter: 7

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 08/06/2024

Judge: Stacey L. Meisel

## ADJOURNMENT REQUEST

1. I, __Matthew Fissel__,

   ☒ am the attorney for: __Truist Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief and Cross-Motion for Violation of Automatic Stay

   Current hearing date and time: August 6, 2024 at 10:00AM

   New date requested: August 13, 2024 at 10:00AM

   Reason for adjournment request: The Parties are discussing a possible resolution.

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: August 2, 2024 /s/ Matthew Fissel
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 08/13/2024 at 10:00 a.m.    ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____    ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2