| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CW: 23-10105 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
| In Re:<br><br>Ayyaz Ahmed and Aysha Khan | Case No.: 23-21777<br>Adv. Pro. No.: _____<br>Chapter: 7<br>Subchapter V:  ❏ Yes  ☒ No<br>Hearing Date: 08/13/2024<br>Judge: Stacey L. Meisel |

## ADJOURNMENT REQUEST

1. I, __Matthew Fissel__,

   ☒ am the attorney for: __Truist Bank__,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief and Cross-Motion for Violation of the Automatic Stay

   Current hearing date and time: August 13, 2024 at 10:00AM

   New date requested: August 27, 2024 at 10:00AM

   Reason for adjournment request: The Parties are discussing a possible resolution.
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ❏ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: August 9, 2024

/s/ Matthew Fissel
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 08/27/2024 at 10:00 a.m.    ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____    ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2