| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Aysha**            **Khan** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | **Ayyaz**            **Ahmed** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **District of New Jersey** | |
| Case number (if known) | | |

☑ Check if this is an amended filing

## Official Form 106Dec

### Declaration About an Individual Debtor's Schedules      12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X */s/ Aysha Khan*
Aysha Khan, Debtor 1

Date **08/07/2024**
      MM/ DD/ YYYY

X */s/ Ayyaz Ahmed*
Ayyaz Ahmed, Debtor 2

Date **08/07/2024**
      MM/ DD/ YYYY

# Signature Certificate

Reference number: VRSVR-BW8YM-4XGNA-QOMMM

| Signer | Timestamp | Signature |
|---|---|---|
| **/s/ Aysha Khan**<br>Email: akhan1153@gmail.com | | |
| Sent:<br>Viewed:<br>Signed: | 07 Aug 2024 14:11:37 UTC<br>12 Aug 2024 17:32:48 UTC<br>12 Aug 2024 17:33:14 UTC | /s/ Aysha Khan |
| **Recipient Verification:**<br>✔ Email verified | 12 Aug 2024 17:32:48 UTC | IP address: 172.59.212.114<br>Location: Newark, United States |
| **/s/ Ayyaz Ahmed**<br>Email: ayyazahmed730@gmail.com | | |
| Sent:<br>Viewed:<br>Signed: | 07 Aug 2024 14:11:37 UTC<br>12 Aug 2024 17:33:45 UTC<br>12 Aug 2024 17:33:51 UTC | /s/ Ayyaz Ahmed |
| **Recipient Verification:**<br>✔ Email verified | 12 Aug 2024 17:33:45 UTC | IP address: 172.59.212.114<br>Location: Newark, United States |

**Document completed by all parties on:**
12 Aug 2024 17:33:51 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

