UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Ayyaz Ahmed
       Aysha Khan

Case No.: 23-21777 (SLM)

Chapter: 7

Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 17, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Debtors' interest in 2018 Land Rover Range Rover Utility 4D, VIN# SALGV2RE1JA515765, having a retail value of $59,725.

Liens on property:

JP Morgan Chase Bank
$78,388.34

Amount of equity claimed as exempt: None claimed.

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: (201) 845-1000
Email: cforman@formanlaw.com

F0038623 - 1