UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ayyaz Ahmed
Aysha Khan

Case No.: 23-21777 (SLM)

Chapter: 7

Judge: Stacey L. Meisel

**NOTICE OF PROPOSED ABANDONMENT**

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 17, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Debtors' interest in 2018 Land Rover Range Rover Utility 4D, VIN# SALGV2RE1JA515765, having a retail value of $59,725.

> Liens on property:
>
> JP Morgan Chase Bank
> $78,388.34

> Amount of equity claimed as exempt: None claimed.

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: (201) 845-1000
Email: cforman@formanlaw.com

F0038623 - 1

United States Bankruptcy Court

District of New Jersey

In re:  
Ayyaz Ahmed  
Aysha Khan  
    Debtors

Case No. 23-21777-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 20, 2024 | Form ID: pdf905 | Total Noticed: 60 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | + | Forman Holt, Formnlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| r | + | Joyce Klein Realtors, 4416 Ramsgate, Suite 102, San Antonio, TX 78230-1670 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 520117890 | | BMW Financial ervices, Po Box 3608, Dublin, OH 43016-0306 |
| 520117891 | | Borough of Butler, 1 Ace Rd, Butler, NJ 07405-1348 |
| 520117892 | | Capital Bank, Opensky Cbnk, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 520117894 | + | Champion Estates Res. Owners Assoc, Inc., Allen, Stein & Durbin, P.C. 6243 W Ih 10, San Antonio, TX 78201-2086 |
| 520117898 | | Fleischer, Fleischer & Suglia, Four Greentree Centre 601 Route 73 N Ste, Marlton, NJ 08053-3475 |
| 520235440 | + | GCM CAPITAL LLC, The Kantrow Law Group PLLC, 732 Smithtown Bypass Ste 101, Smithtown, NY 11787-5020 |
| 520117903 | | Leonite Capital LLC Pashman Stein Walder Hayden 21, Hackensack, NJ 07601-7054 |
| 520117906 | | Marine Midland Mortgage, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520117907 | | Morris County Sheriffs Office, 56 Washington St, Morristown, NJ 07960-6812 |
| 520117908 | | NYC Dept. of Finance, Po Box 3615, New York, NY 10008-3615 |
| 520117911 | | Smith Drug Co., a div of J M Smith Corp, 9098 Fairforest Rd, Spartanburg, SC 29301-1134 |
| 520128533 | + | Smith Drug Company, A division of JM Smith Corp., c/o Zeichner Ellman & Krause LLP, Attn. Bruce S. Goodman, Esq., 730 Third Avenue, New York, New York 10017-3206 |
| 520117915 | | Thurman & Phillips P.C, 4093 De Zavala Rd, Shavano Park, TX 78249-2066 |
| 520139786 | + | Truist Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 520139787 | + | Truist Bank, successor by, merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 520214192 | + | Value Drug Company, c/o Michael R. Herz, Esq., 49 Market Street, Morristown, NJ 07960-5122 |
| 520117918 | | Value Drug Company, 195 Theater Dr, Duncansville, PA 16635-7144 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2024 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2024 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 20:36:51 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Aug 20 2024 20:21:33 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| cr | + | Email/Text: mhall@foxrothschild.com | Aug 20 2024 20:27:00 | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |

Case 23-21777-SLM    Doc 114    Filed 08/22/24    Entered 08/23/24 07:26:45    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: pdf905 | Total Noticed: 60 |

| Recipient | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 520195288 | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 20:36:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520117887 | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 20:36:43 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 520117888 | Email/Text: bankruptcies@andanet.com | Aug 20 2024 20:28:00 | Anda Inc., 2915 Weston Rd, Weston, FL 33331-3627 |
| 520172998 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 20:24:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117889 | Email/Text: customer.service@atlantichealth.org | Aug 20 2024 20:28:00 | Atlantic Health System, Po Box 21385, New York, NY 10087-1385 |
| 520121755 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 20:23:46 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520176092 | + Email/Text: bankruptcy@certified-solutions.com | Aug 20 2024 20:28:00 | CHILTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117893 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 20:36:51 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 520126993 | + Email/PDF: ebn_ais@aisinfo.com | Aug 20 2024 20:25:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520184278 | + Email/Text: erin.gapinski@cardinalhealth.com | Aug 20 2024 20:28:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520184280 | + Email/Text: erin.gapinski@cardinalhealth.com | Aug 20 2024 20:28:00 | Cardinal Health 110, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520117895 | ^ MEBN | Aug 20 2024 20:21:27 | Coastal/prosp, 221 Main St Ste 400, San Francisco, CA 94105-1913 |
| 520117896 | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2024 20:26:03 | Credit One Bank Na, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164350 | ^ MEBN | Aug 20 2024 20:21:33 | De Lage Landen Financial Services, Inc., c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520171617 | Email/Text: BNCnotices@dcmservices.com | Aug 20 2024 20:28:00 | Emergency Physician Associates of North Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520117899 | Email/Text: mhall@foxrothschild.com | Aug 20 2024 20:27:00 | Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960-5122 |
| 520172188 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520117901 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2024 20:37:00 | JPMCB Auto, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520117902 | ^ MEBN | Aug 20 2024 20:21:08 | KML Law Group P.C., JEK, Esq., RPA, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520192714 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 20:26:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117904 | Email/Text: wdtn_mwzm@mwzmlaw.com | Aug 20 2024 20:28:00 | Mackie Wolf Zientz & Mann, PC, 14160 Dallas Pkwy Ste 900, Dallas, TX 75254-4314 |
| 520176093 | + Email/Text: bankruptcy@certified-solutions.com | Aug 20 2024 20:28:00 | MONTCLAIR RADIOLOGY, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117905 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2024 20:36:54 | Macys, Po Box 71359, Philadelphia, PA 19176-1359 |
| 520153475 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 20 2024 20:36:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: pdf905 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-6051 |
| 520117909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 20:36:59 | PORTFOLIO RECOV ASSOC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520212244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 20:36:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520117910 | ^ | MEBN | Aug 20 2024 20:22:25 | PSE&G, Po Box 709, Newark, NJ 07101-0709 |
| 520139555 | + | Email/Text: bankruptcy@bbandt.com | Aug 20 2024 20:28:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 520117916 | | Email/Text: bankruptcy@bbandt.com | Aug 20 2024 20:28:00 | Truist Mortgage, Po Box 849, Wilson, NC 27894-0849 |
| 520120625 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 20 2024 20:24:54 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520117917 | | Email/Text: bankruptcy@uscbcorporation.com | Aug 20 2024 20:27:00 | USCB Corp, Po Box 75, Archbald, PA 18403-0075 |
| 520290247 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2024 20:29:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117897 | | De Lage Landen Financial Services Inc., 1111 Old Eagle School Rd Ste 1 Wayne, PA |
| 520117900 | | GCM Capital, 360 Hamilton Ave Ste 615 White Plains, N |
| 520117912 | | Stone Oaks Property Owners Assoc. Inc., 19210 Huebner Rd Ste 100 San Antonio, TX |
| 520117913 | | Tenaglia and Hunt Pa Your client Citibank N.A. Att, 395 W Passaic St Ste 205 Rochelle Park, |
| 520117914 | | The Law Office of Aniello D. Cerreto, Esq., 215 Gordons Corner Road Suite 1i English |
| 520117919 | | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas New York, NY |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

**Name**                         **Email Address**

Aleisha Candace Jennings
                                 on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 20, 2024 | Form ID: pdf905 | Total Noticed: 60 |

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
    on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder
    on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
    on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly A. Wilson
    on behalf of Creditor JPMorgan Chase Bank  N.A. kimwilson@raslg.com

Kimberly J. Salomon
    on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
    on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia
    on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19