| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-10105 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
| In Re:<br><br>AYYAZ AHMED AND AYSHA KHAN | Case No: 23-21777-SLM<br><br>Hearing Date: August 27, 2024<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 7 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: 4/8/2024 - Motion for Relief from Stay – [60]    Order to be submitted

Date: August 25, 2024          */s/Matthew Fissel*
                               Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-10105 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Truist Bank

In Re:

AYYAZ AHMED AND AYSHA KHAN

Case No: 23-21777-SLM

Hearing Date: August 27, 2024

Judge: STACEY L. MEISEL

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Truist Bank in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Status Change Form

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August 25, 2024              /s/ *Elizabeth Oliver*
                                         Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AYYAZ AHMED<br>116 BOONTON AVE. | Debtor | ☐ Hand-delivered<br>☒ Regular mail |

Case 23-21777-SLM    Doc 115    Filed 08/25/24    Entered 08/25/24 12:57:13    Desc Main
Document      Page 3 of 4

| | | |
|---|---|---|
| BUTLER, NJ 07405 | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| AYSHA KHAN<br>116 BOONTON AVE<br>Butler, NJ 07405 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| ANIELLO D. CERRETO<br>GORDONS CORNER PROFESSIONAL PLAZA<br>215 GORDONS CORNER RD., STE.1<br>MANALAPAN, NJ 07726 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Charles M. Forman<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail |

*rev.8/1/15*

| Newark, NJ 07102 | | ☐ Certified mail/RR |
| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐ Other_____ (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*