| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 23-10105 BKMFR01 <br> BROCK & SCOTT, PLLC <br> 302 Fellowship Rd, Suite 130 <br> Mount Laurel, NJ 08054 <br> (844) 856-6646 <br> Attorneys for Truist Bank | |
| In Re: <br><br> AYYAZ AHMED AND AYSHA KHAN | Case No: 23-21777-SLM <br><br> Hearing Date: August 27, 2024 <br><br> Judge: STACEY L. MEISEL <br><br> Chapter: 7 |

# CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Matthew Fissel, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Motion for Relief from Stay {60} and filed on April 8, 2024 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Charles M. Forman | ☒ Trustee |
| Aniello D. Cerreto | ☒ Debtor Attorney |
| AYYAZ AHMED | ☒ Debtor |
| AYSHA KHAN | ☒ Debtor |
| | |

I certify under penalty of perjury that the foregoing is true.

*New.8/1/18*

1

2

Date: <u>August 26, 2024</u>         <u>*/s/ Matthew Fissel*</u>
                                                                                 Signature