UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-10105 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Truist Bank

**Order Filed on August 27, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Aysha Khan | Case No: 23-21777-SLM<br><br>Hearing Date: August 27, 2024<br><br>Judge: Stacey L. Meisel<br><br>Chapter: 7 |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY
AND CROSS-MOTION FOR VIOLATION OF AUTOMATIC STAY**

The consent order set forth on the following pages, numbered two (2) through three (3) is
hereby **ORDERED**

**DATED: August 27, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-10105 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Truist Bank

| In Re:<br><br>Ayyaz Ahmed and Aysha Khan | Case No:  23-21777-SLM<br><br>Hearing Date: August 27, 2024<br><br>Judge:  Stacey L. Meisel<br><br>Chapter:  7 |
|---|---|

  The Consent Order pertains to the property located at 34 Trophy Ridge, San Antonio, TX 78258 ("Property"), mortgage account ending with "2479";

  This Matter having been brought before the Court by Truist Bank (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Motion for Relief from Stay [DE 60] and the Chapter 7 Trustee, Charles M. Forman (hereinafter the "Trustee") by and through his attorneys, Forman Holt, having filed an Objection to the Motion for Relief from Stay [DE 70] and a Cross-Motion for Violation of the Automatic Stay [DE 101] and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

  1. The automatic stay as to the Property is terminated effective immediately upon the entry of this Order.

  2. The Trustee hereby withdraws the Cross-Motion for Violation of the Automatic Stay.

  3. Creditor may proceed with its rights and remedies under the terms of the subject mortgage and pursue all appropriate remedies in State Court including, but not limited to, taking the Property to Sheriff's sale.

4.    Creditor waives all claims against the Debtors' Chapter 7 estate, including filed Proof of Claim No. 4 and any potential deficiency claims in connection with the Property.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 Truist Bank
 By Its Attorney,

*/s/ Matthew Fissel*
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone:  844-856-6646
Facsimile:  704-369-0760
E-Mail:  NJBKR@brockandscott.com

Dated:  08/26/2024

FORMAN HOLT
Attorneys for Charles M. Forman, Chapter 7
Trustee

/s/
Kimberly J. Salomon, Esquire
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Phone Number: 201-845-1000
Email: ksalomon@formanlaw.com

Dated: 8/26/24