UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: AYYAZ AHMED and AYSHA KHAN,   Case No.:   23-21777 (SLM)

Debtors.   Chapter   7

Judge:   Hon. Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
P.O. Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Hon. Stacey L. Meisel on October 1, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3A, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
The Trustee proposes to abandon the estate's interest in the Debtors' real property located at 34 Trophy Ridge, San Antonio, Texas, believed to have a fair market value of $1,499,000 on the basis that it is of inconsequential value and burdensome to the estate.

Liens on property:
Truist Bank (1st Mortgage): $1,118,434.78
Champions Estates (Lien): $2,858.80
Stone Oak Property Owners Assoc'n (Lien): $1,125.88
Aetna, Inc. and Aetna Life Insurance Co. (Judgment Lien): $434,394.23
Leonite Capital, LLC (Judgment Lien): $2,064,532
Total Liens: $3,621,345.69

Amount of equity claimed as exempt:
None.

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:cforman@formanlaw.com

{F0225293 - 1}