| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) 23-10105 BKMFR01 BROCK & SCOTT, PLLC 302 Fellowship Rd, Suite 130 Mount Laurel, NJ 08054 (844) 856-6646 Attorneys for Truist Bank | Order Filed on August 27, 2024 by Clerk, U.S. Bankruptcy Court District of New Jersey |
| In Re: Ayyaz Ahmed and Aysha Khan | Case No: 23-21777-SLM Hearing Date: August 27, 2024 Judge: Stacey L. Meisel Chapter: 7 |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CROSS-MOTION FOR VIOLATION OF AUTOMATIC STAY

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: August 27, 2024**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-10105 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Truist Bank | |
| In Re:<br><br>Ayyaz Ahmed and Aysha Khan | Case No: 23-21777-SLM<br><br>Hearing Date: August 27, 2024<br><br>Judge: Stacey L. Meisel<br><br>Chapter: 7 |

The Consent Order pertains to the property located at 34 Trophy Ridge, San Antonio, TX 78258 ("Property"), mortgage account ending with "2479";

This Matter having been brought before the Court by Truist Bank (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Motion for Relief from Stay [DE 60] and the Chapter 7 Trustee, Charles M. Forman (hereinafter the "Trustee") by and through his attorneys, Forman Holt, having filed an Objection to the Motion for Relief from Stay [DE 70] and a Cross-Motion for Violation of the Automatic Stay [DE 101] and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The automatic stay as to the Property is terminated effective immediately upon the entry of this Order.

2. The Trustee hereby withdraws the Cross-Motion for Violation of the Automatic Stay.

3. Creditor may proceed with its rights and remedies under the terms of the subject mortgage and pursue all appropriate remedies in State Court including, but not limited to, taking the Property to Sheriff's sale.

    4.    Creditor waives all claims against the Debtors' Chapter 7 estate, including filed Proof of Claim No. 4 and any potential deficiency claims in connection with the Property.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
 Truist Bank
 By Its Attorney,

*/s/ Matthew Fissel*
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: 08/26/2024

FORMAN HOLT
Attorneys for Charles M. Forman, Chapter 7 Trustee

/s/
Kimberly J. Salomon, Esquire
Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Phone Number: 201-845-1000
Email: ksalomon@formanlaw.com

Dated: 8/26/24

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21777-SLM
Ayyaz Ahmed  Chapter 7
Aysha Khan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 27, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

Recip ID  Recipient Name and Address
db/jdb  + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

**Name  Email Address**

Aleisha Candace Jennings
    on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Aug 27, 2024  Form ID: pdf903  Total Noticed: 1

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
    on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder
    on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
    g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
    on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly A. Wilson
    on behalf of Creditor JPMorgan Chase Bank  N.A. kimwilson@raslg.com

Kimberly J. Salomon
    on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
    on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia
    on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
    fleischercases@fleischerlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19