| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br> Attorneys for Secured Creditor<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Kimberly A Wilson, Esq. (031441997) | Order Filed on September 4, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Ayyaz Ahmed,**<br><br>**and**<br><br>**Aysha Khan,**<br><br>      Debtors. | Case No.: 23-21777<br><br>Chapter:  7<br><br>Hearing Date:  August 27, 2024<br><br>Judge: Stacey L. Meisel |

Recommended Local Form:      ☒ Followed      ☐ Modified

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 4, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page **2**
Debtors:       **Ayyaz Ahmed and Aysha Khan**
Case No.:      **23-21777**
Caption of Order:   **Order Granting Motion For Relief From Stay**

---

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Personal property more fully described as:

2018 Land Rover Range Rover, VIN: SALGV2RE1JA515765

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate

with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.