Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
   xxx−xx−1878                                                  xxx−xx−1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtors interest in 2018 Land Rover Range Rover Utility 4D, VIN# SALGV2RE1JA515765, having a retail value of $59,725.

Dated: September 11, 2024
JAN:

Jeanne Naughton
Clerk