| | |
|---|---|
| KUNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>*Attorneys for Value Drug Company* | Order Filed on November 6, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-21777-SLM<br><br>Judge: Hon. Stacey L. Meisel |

### CONSENT ORDER FURTHER EXTENDING THE TIME FOR VALUE DRUG COMPANY FILE A COMPLAINT OBJECTING TO DISCHARGE OR DETERMINING THE DISCHARGEABILITY OF DEBT

      The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: November 6, 2024**

                                                                                        /s/ Stacey L. Meisel<br>
                                                                            Honorable Stacey L. Meisel<br>
                                                                             United States Bankruptcy Judge

160631012.2

**THIS MATTER** having been brought before the Court upon the application of Value Drug Company ("Value Drug"), a creditor in the above-captioned chapter 7 case of Ayyaz Ahmed and Aysha Khan (the "Debtors"), by and through its attorneys, Fox Rothschild LLP, seeking the entry of the within consent order agreed to between Value Drug and the Debtors further extending the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the non-dischargeability of debt pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007; and the Court having considered the papers; and the parties having consented to the relief set forth herein as evidenced by the signatures of their respective undersigned counsel; and for good cause shown, it is hereby

**ORDERED** that the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the dischargeability of debt pursuant to pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007 is hereby extended through and including December 16, 2024; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to the implementation, interpretation, and enforcement of this Consent Order.

*[Signature page follows]*

The parties, through their undersigned counsel hereto, hereby consent to the form, substance, and entry of the foregoing order.

FOX ROTHSCHILD LLP
*Attorneys for Value Drug Company*

By: */s/ Michael R. Herz*
      Michael R. Herz Esq.

Dated: October ___, 2024

LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
*Attorneys for Debtors*

By: */s/ Aniello D. Cerreto*
      Aniello D. Cerreto, Esq.

Dated: October ___, 2024

160631012.2