| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                                    Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |
| CHARLES M. FORMAN, Chapter 7 Trustee for Ayyaz Ahmed and Aysha Khan,<br><br>                                    Plaintiff,<br>v.<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX and SREEPATHI PHARMACY INC. d/b/a METRO DRUGS,<br><br>                                    Defendants. | Adv. Pro. No. 24-01633 (SLM) |

**CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE**

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed the Complaint in the above-captioned matter without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

{F0233552 - 1}

4. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Charles M. Forman*       Charles M. Forman
Trustee (Signature)      Typed Name of Trustee

Dated: December 2, 2024