# DOCUMENT FILED UNDER SEAL

{F0233579 - 1}