| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** Caption in Compliance with D.N.J. LBR 9004-1(b) **FOX ROTHSCHILD LLP** 49 Market Street Morristown, NJ 07960 Telephone: (973) 992-4800 Fax: (973) 992-9125 Michael R. Herz, Esq. mherz@foxrothschild.com *Attorneys for Value Drug Company* | Order Filed on December 2, 2024 by Clerk, U.S. Bankruptcy Court District of New Jersey |
| In Re: AYYAZ AHMED and AYSHA KHAN,                       Debtors. | Chapter 7 Case No. 23-21777-SLM Judge: Hon. Stacey L. Meisel |

**CONSENT ORDER FURTHER EXTENDING THE TIME FOR VALUE DRUG COMPANY FILE A COMPLAINT OBJECTING TO DISCHARGE OR DETERMINING THE DISCHARGEABILITY OF DEBT**

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: December 2, 2024**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

160631012.3

**THIS MATTER** having been brought before the Court upon the application of Value Drug Company ("Value Drug"), a creditor in the above-captioned chapter 7 case of Ayyaz Ahmed and Aysha Khan (the "Debtors"), by and through its attorneys, Fox Rothschild LLP, seeking the entry of the within consent order agreed to between Value Drug and the Debtors further extending the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the non-dischargeability of debt pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007; and the Court having considered the papers; and the parties having consented to the relief set forth herein as evidenced by the signatures of their respective undersigned counsel; and for good cause shown, it is hereby

**ORDERED** that the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the dischargeability of debt pursuant to pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007 is hereby extended through and including January 16, 2025; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to the implementation, interpretation, and enforcement of this Consent Order.

*[Signature page follows]*

2

160631012.3

The parties, through their undersigned counsel hereto, hereby consent to the form, substance, and entry of the foregoing order.

FOX ROTHSCHILD LLP
*Attorneys for Value Drug Company*


By: */s/ Michael R. Herz*
      Michael R. Herz Esq.

Dated:  November 19, 2024



LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
*Attorneys for Debtors*


By: */s/ Aniello D. Cerreto*
      Aniello D. Cerreto, Esq.

Dated:  November 19, 2024

3

160631012.3

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 23-21777-SLM
Ayyaz Ahmed                                                                                      Chapter 7
Aysha Khan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                    Page 1 of 2
Date Rcvd: Dec 02, 2024                  Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Dec 02, 2024     Form ID: pdf903     Total Noticed: 1

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
on behalf of Trustee Charles M. Forman cforman@formanlaw.com
lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder
on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly A. Wilson
on behalf of Creditor JPMorgan Chase Bank  N.A. kimwilson@raslg.com

Kimberly J. Salomon
on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Matthew K. Fissel
on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia
on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
fleischercases@fleischerlaw.com

Robert J. Schneider
on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21