

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | **Order Filed on December 17, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                                            Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM) |
| CHARLES M. FORMAN, Chapter 7 Trustee for Ayyaz Ahmed and Aysha Khan,<br><br>                                            Plaintiff,<br><br>v.<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., and DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX,<br><br>                                            Defendants. | Adv. Pro. No. 24-01633 (SLM) |

## CONSENT JUDGMENT EXTENDING PROCEEDINGS
## <u>AND FOR RELATED RELIEF</u>

The relief set forth on the following pages, numbered two (2) through six (6), be and hereby is **ORDERED**.

**DATED: December 17, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0235286 - 1

Page (2)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

**THIS MATTER** having been brought before the Court upon the Verified Complaint of Charles M. Forman, the chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed and Aysha Khan (the "Debtors") to extend the proceedings to Prestige Infusions, LLC, Lush Floral and Events, LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. a/k/a Oak Hills Pharmacy, Inc. and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health Rx (together with the Debtors, the "Defendants") and for related relief; and the Court having entered an Order to Show Cause as to Why the Chapter 7 Case Should Not Be Extended to the Business Entities and Granting Related Relief ("Order to Show Cause") [Doc. No. 5]; and the parties having appeared at the hearing on the Order to Show Cause on December 5, 2024 at 2:00 p.m.; and the Court having considered the pleadings filed and the arguments of counsel; and for good cause shown; it is hereby

**ORDERED AND ADJUDGED THAT:**

1. The Debtors' chapter 7 case be and hereby is extended to Prestige Infusions, LLC, Lush Floral and Events, LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. a/k/a Oak Hills Pharmacy, Inc. and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health Rx (the "Business Entities") pursuant to 11 U.S.C. §105(a).

2. The assets and liabilities of the Business Entities be and hereby are substantively consolidated with those of the Debtors.

3. The assets of the Business Entities, including but not limited to all accounts receivable and an any potential claims of the Business Entities against any party, are property of the estate pursuant to 11 U.S.C. §541(a).

F0235286 - 1

Page (3)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

4. The Defendants shall account for and turn over to the Trustee all assets of the Business Entities in their possession, including but not limited to accounts receivable, bank accounts, cash, equipment and machinery, books and records, and computers with all login/passwords for all records within ten (10) days of the entry of this Order.

5. Immediately upon entry of this Order, Bank of America shall close the bank account in the name of Lush Floral and Events LLC at Bank of America (-5725) and turn over all proceeds in that account to the Trustee.

6. The Defendants shall immediately cease all business operations of the Business Entities.

7. The Defendants shall provide the Trustee with an accounting of all income or receivables received by the Business Entities from the Petition Date through the present date within ten (10) days of the entry of this Order.

8. The Defendants shall reasonably cooperate with the Trustee in connection with his administration of the substantively consolidated cases.

9. The Defendants shall notify the Trustee, account for, and turn over to the Trustee any future accounts receivable, assets or property of the Business Entities that may come into their possession in the future, immediately upon their receipt of same.

10. The Defendants shall immediately notify the Trustee of any newly discovered information pertaining to the Business Entities' assets, claims, liabilities, or other relevant information impacting the administration of this case.

F0235286 - 1

Page (4)
Debtors:         Ayyaz Ahmed and Aysha Khan
CaseNo.:         23-21777 (SLM)
Adv. Pro:        Forman v. Ayyaz Ahmed, et al.
Adv. Pro. No.:   24-01633 (SLM)
Caption:         Consent Judgment Extending Proceedings and for Related Relief

11. The Debtors shall, within ten (10) days of the entry of this Order, file with the Court a schedule of all assets and liabilities of the Business Entities, including a complete list of creditors of the Business Entities, in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules.

12. After the Debtors have filed a complete list of creditors of the Business Entities pursuant to paragraph 11, the Trustee shall file a Notice of Assets with the Court.

13. The Debtors shall turn over to the Trustee all books and records of the Business Entities, including but not limited to bank statements, tax returns, accounts receivable and payable journals, Quickbooks or other similar records, correspondence, and all documents within ten (10) days of the entry of this Order.

14. The substantively consolidated cases shall be captioned as follows:

| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., and DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX,<br><br>                    Debtors. | Chapter 7<br>Case No.: 23-21777 (SLM)<br>(Substantively Consolidated) |
|---|---|

F0235286 - 1

Page (5)
Debtors:       Ayyaz Ahmed and Aysha Khan
CaseNo.:       23-21777 (SLM)
Adv. Pro:      Forman v. Ayyaz Ahmed, et al.
Adv. Pro. No.: 24-01633 (SLM)
Caption:       Consent Judgment Extending Proceedings and for Related Relief

---

The undersigned hereby consent to the form and entry of this Consent Judgment.

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Charles M. Forman
　　　　　　　　　　　　　　　　　　　　CHARLES M. FORMAN,
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee for Ayyaz Ahmed & Aysha Khan
　　　　　　　　　　　　　　　　　　　　*Plaintiff*

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Ayyaz Ahmed
　　　　　　　　　　　　　　　　　　　　AYYAZ AHMED, *Defendant*

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Aysha Khan
　　　　　　　　　　　　　　　　　　　　AYSHA KHAN, *Defendant*

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Aysha Khan
　　　　　　　　　　　　　　　　　　　　PRESTIGE INFUSIONS, LLC, *Defendant*
　　　　　　　　　　　　　　　　　　　　By: Aysha Khan
　　　　　　　　　　　　　　　　　　　　Title:

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Aysha Khan
　　　　　　　　　　　　　　　　　　　　LUSH FLORAL AND EVENTS, LLC, *Defendant*
　　　　　　　　　　　　　　　　　　　　By: Aysha Khan
　　　　　　　　　　　　　　　　　　　　Title:

Dated: December 17, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Aysha Khan
　　　　　　　　　　　　　　　　　　　　GOLDEN HEALTHCARE, LLC D/B/A GOLDEN HEALTHCARE PHARMACY, *Defendant*
　　　　　　　　　　　　　　　　　　　　By: Aysha Khan
　　　　　　　　　　　　　　　　　　　　Title:

F0235286 - 1

Page (6)
Debtors:        Ayyaz Ahmed and Aysha Khan
CaseNo.:        23-21777 (SLM)
Adv. Pro:       Forman v. Ayyaz Ahmed, et al.
Adv. Pro. No.:  24-01633 (SLM)
Caption:        Consent Judgment Extending Proceedings and for Related Relief

---

Dated: December 17, 2024         /s/ Aysha Khan
                                 OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., *Defendant*
                                 By: Aysha Khan
                                 Title:

Dated: December 17, 2024         /s/ Aysha Khan
                                 DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX, *Defendant*
                                 By: Aysha Khan
                                 Title:

F0235286 - 1