| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on December 17, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM) |
| CHARLES M. FORMAN, Chapter 7 Trustee for Ayyaz Ahmed and Aysha Khan,<br><br>      Plaintiff,<br><br>v.<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., and DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX,<br><br>      Defendants. | Adv. Pro. No. 24-01633 (SLM) |

**CONSENT JUDGMENT EXTENDING PROCEEDINGS
AND FOR RELATED RELIEF**

  The relief set forth on the following pages, numbered two (2) through six (6), be and hereby is **ORDERED**.

**DATED: December 17, 2024**

                       /s/ Stacey L. Meisel
                       Honorable Stacey L. Meisel
                       United States Bankruptcy Judge

F0235286 - 1

Page (2)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

**THIS MATTER** having been brought before the Court upon the Verified Complaint of Charles M. Forman, the chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed and Aysha Khan (the "Debtors") to extend the proceedings to Prestige Infusions, LLC, Lush Floral and Events, LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. a/k/a Oak Hills Pharmacy, Inc. and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health Rx (together with the Debtors, the "Defendants") and for related relief; and the Court having entered an Order to Show Cause as to Why the Chapter 7 Case Should Not Be Extended to the Business Entities and Granting Related Relief ("Order to Show Cause") [Doc. No. 5]; and the parties having appeared at the hearing on the Order to Show Cause on December 5, 2024 at 2:00 p.m.; and the Court having considered the pleadings filed and the arguments of counsel; and for good cause shown; it is hereby

**ORDERED AND ADJUDGED THAT:**

1. The Debtors' chapter 7 case be and hereby is extended to Prestige Infusions, LLC, Lush Floral and Events, LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. a/k/a Oak Hills Pharmacy, Inc. and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health Rx (the "Business Entities") pursuant to 11 U.S.C. §105(a).

2. The assets and liabilities of the Business Entities be and hereby are substantively consolidated with those of the Debtors.

3. The assets of the Business Entities, including but not limited to all accounts receivable and an any potential claims of the Business Entities against any party, are property of the estate pursuant to 11 U.S.C. §541(a).

F0235286 - 1

Page (3)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

4. The Defendants shall account for and turn over to the Trustee all assets of the Business Entities in their possession, including but not limited to accounts receivable, bank accounts, cash, equipment and machinery, books and records, and computers with all login/passwords for all records within ten (10) days of the entry of this Order.

5. Immediately upon entry of this Order, Bank of America shall close the bank account in the name of Lush Floral and Events LLC at Bank of America (-5725) and turn over all proceeds in that account to the Trustee.

6. The Defendants shall immediately cease all business operations of the Business Entities.

7. The Defendants shall provide the Trustee with an accounting of all income or receivables received by the Business Entities from the Petition Date through the present date within ten (10) days of the entry of this Order.

8. The Defendants shall reasonably cooperate with the Trustee in connection with his administration of the substantively consolidated cases.

9. The Defendants shall notify the Trustee, account for, and turn over to the Trustee any future accounts receivable, assets or property of the Business Entities that may come into their possession in the future, immediately upon their receipt of same.

10. The Defendants shall immediately notify the Trustee of any newly discovered information pertaining to the Business Entities' assets, claims, liabilities, or other relevant information impacting the administration of this case.

F0235286 - 1

Page (4)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

11. The Debtors shall, within ten (10) days of the entry of this Order, file with the Court a schedule of all assets and liabilities of the Business Entities, including a complete list of creditors of the Business Entities, in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules.

12. After the Debtors have filed a complete list of creditors of the Business Entities pursuant to paragraph 11, the Trustee shall file a Notice of Assets with the Court.

13. The Debtors shall turn over to the Trustee all books and records of the Business Entities, including but not limited to bank statements, tax returns, accounts receivable and payable journals, Quickbooks or other similar records, correspondence, and all documents within ten (10) days of the entry of this Order.

14. The substantively consolidated cases shall be captioned as follows:

In Re:

AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., and DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX,

Debtors.

Chapter 7
Case No.: 23-21777 (SLM)
(Substantively Consolidated)

F0235286 - 1

Page (5)
Debtors:        Ayyaz Ahmed and Aysha Khan
CaseNo.:        23-21777 (SLM)
Adv. Pro:       Forman v. Ayyaz Ahmed, et al.
Adv. Pro. No.:  24-01633 (SLM)
Caption:        Consent Judgment Extending Proceedings and for Related Relief

The undersigned hereby consent to the form and entry of this Consent Judgment.

Dated: December 17, 2024

   /s/ Charles M. Forman
CHARLES M. FORMAN,
Chapter 7 Trustee for Ayyaz Ahmed & Aysha Khan
*Plaintiff*

Dated: December 17, 2024

   /s/ Ayyaz Ahmed
AYYAZ AHMED, *Defendant*

Dated: December 17, 2024

   /s/ Aysha Khan
AYSHA KHAN, *Defendant*

Dated: December 17, 2024

   /s/ Aysha Khan
PRESTIGE INFUSIONS, LLC, *Defendant*
By: Aysha Khan
Title:

Dated: December 17, 2024

   /s/ Aysha Khan
LUSH FLORAL AND EVENTS, LLC, *Defendant*
By: Aysha Khan
Title:

Dated: December 17, 2024

   /s/ Aysha Khan
GOLDEN HEALTHCARE, LLC D/B/A GOLDEN HEALTHCARE PHARMACY, *Defendant*
By: Aysha Khan
Title:

F0235286 - 1

Page (6)

| | |
|---|---|
| Debtors: | Ayyaz Ahmed and Aysha Khan |
| CaseNo.: | 23-21777 (SLM) |
| Adv. Pro: | Forman v. Ayyaz Ahmed, et al. |
| Adv. Pro. No.: | 24-01633 (SLM) |
| Caption: | Consent Judgment Extending Proceedings and for Related Relief |

Dated: December 17, 2024         /s/ Aysha Khan
                                 OAK   HILLS   MEDICAL   BUILDING
                                 PHARMACY, INC. a/k/a OAK HILLS
                                 PHARMACY, INC., *Defendant*
                                 By: Aysha Khan
                                 Title:


Dated: December 17, 2024         /s/ Aysha Khan
                                 DELTONA MEDICAL ARTS
                                 PHARMACY, INC. d/b/a APEX HEALTH
                                 RX, *Defendant*
                                 By: Aysha Khan
                                 Title:


F0235286 - 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21777-SLM
Ayyaz Ahmed  Chapter 7
Aysha Khan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Dec 17, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

**Name**    **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com

Andre L. Kydala
    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Aniello D. Cerreto
    on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
    on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Case 23-21777-SLM    Doc 146    Filed 12/19/24    Entered 12/20/24 00:14:09    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Charles M. Forman
  cforman@formanlaw.com   lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
  on behalf of Trustee Charles M. Forman cforman@formanlaw.com
  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
  on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Denise E. Carlon
  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Herbert K. Ryder
  on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com
  g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jordan B. DeFlora
  on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com   kanema@formanlaw.com

Kimberly A. Wilson
  on behalf of Creditor JPMorgan Chase Bank  N.A. kimwilson@raslg.com

Kimberly J. Salomon
  on behalf of Attorney Forman Holt ksalomon@formanlaw.com   jkisla@formanlaw.com

Kimberly J. Salomon
  on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com   jkisla@formanlaw.com

Kimberly J. Salomon
  on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Kimberly J. Salomon
  on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com   jkisla@formanlaw.com

Matthew K. Fissel
  on behalf of Creditor Truist Bank wbecf@brockandscott.com   matthew.fissel@brockandscott.com

Michael A. Artis
  on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
  on behalf of Creditor Value Drug Company mherz@foxrothschild.com   cbrown@foxrothschild.com

Nicola G. Suglia
  on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com,
  fleischercases@fleischerlaw.com

Robert J. Schneider
  on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 22