UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | CASE NO.: 23-21777 (SLM) |
| AYYAZ AHMED and AYSHA KHAN, | : | (Substantively Consolidated) |
| PRESTIGE INFUSIONS, LLC, LUSH | : | |
| FLORAL AND EVENTS, LLC, | : | |
| GOLDEN HEALTHCARE LLC d/b/a | : | |
| GOLDEN HEALTHCARE | : | |
| PHARMACY, OAK HILLS | : | |
| MEDICAL BUILDING | : | |
| PHARMACY, INC. a/k/a OAK | : | |
| HILLS PHARMACY, INC., and | : | |
| DELTONA MEDICAL ARTS | : | |
| PHARMACY, INC. d/b/a APEX | : | |
| HEALTH RX, | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |

Charles M. Forman, Esq.
Forman Holt
365 West Passaic Street, Ste. 400
Rochelle Park, NJ 07662

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee appoints Charles M. Forman, Esq., to serve as the chapter 7 trustee of the above-captioned, substantively consolidated bankruptcy estate, pursuant to the Consent Judgment Extending Proceedings and for Related Relief entered at Dkt. 142.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9


By:    _/s/ Martha R. Hildebrandt_
Martha R. Hildebrandt
Assistant United States Trustee


Dated: December 17, 2024