| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on December 27, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                        Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

**CONSENT ORDER FURTHER EXTENDING THE TIME TO
OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. §§ 523 and 727**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 27, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0237069 - 1}

Page 2
Debtors:   Ayyaz Ahmed and Aysha Khan
Case No.:  23-21777 (SLM)
Caption:   Consent Order Further Extending the Time to Object to Debtors' Discharge Under 11 U.S.C. §§ 523 and 727

**THIS MATTER,** having been brought before the court upon the application of Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed and Aysha Khan (the "Debtors") in lieu of a motion pursuant to D.N.J. LBR 9021-1(b), through his attorneys, Forman Holt, for the entry of a consent order further extending the time to object to the Debtors' discharge pursuant to 11 U.S.C. §§ 523 and 727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to Debtors' discharge under 11 U.S.C. §§523 and 727 shall be and hereby is extended to and including March 18, 2025 without prejudice to seek further extensions of time as warranted.

The undersigned consent to the
form and entry of this Order.

| LAW OFFICE OF ANIELLO D. CERRETO | FORMAN HOLT |
|---|---|
| Attorneys for Debtors | Attorneys for Trustee |
| By: /s/ Aniello D. Cerreto, Esq.<br>Aniello D. Cerreto, Esq. | By: */s/ Kimberly J. Salomon*<br>Kimberly J. Salomon, Esq. |
| Dated: December 18, 2024 | Dated: December 19, 2024 |

{F0237069 - 1}