UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman, Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

Order Filed on December 27, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

AYYAZ AHMED and AYSHA KHAN,

                                    Debtors.

Chapter 7

Case No. 23-21777 (SLM)

Judge:  Hon. Stacey L. Meisel

**CONSENT ORDER FURTHER EXTENDING THE TIME TO
OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. §§ 523 and 727**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 27, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0237069 - 1}

Page 2
Debtors:       Ayyaz Ahmed and Aysha Khan
Case No.:      23-21777 (SLM)
Caption:       Consent Order Further Extending the Time to Object to Debtors' Discharge
               Under 11 U.S.C. §§ 523 and 727

     **THIS MATTER,** having been brought before the court upon the application of Charles

M. Forman, chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed and Aysha Khan (the

"Debtors") in lieu of a motion pursuant to D.N.J. LBR 9021-1(b), through his attorneys, Forman

Holt, for the entry of a consent order further extending the time to object to the Debtors' discharge

pursuant to 11 U.S.C. §§ 523 and 727; and the parties having consented to the form and entry of this

Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on

behalf of their respective clients; and for good cause shown, it is hereby

     **ORDERED** that the deadline for the Trustee and the Office of the United States Trustee to

file a complaint objecting to Debtors' discharge under 11 U.S.C. §§523 and 727 shall be and hereby

is extended to and including March 18, 2025 without prejudice to seek further extensions of time as

warranted.


The undersigned consent to the
form and entry of this Order.

LAW OFFICE OF ANIELLO D. CERRETO            FORMAN HOLT
Attorneys for Debtors                       Attorneys for Trustee

     /s/ Aniello D. Cerreto, Esq.

By: _____                By:  */s/ Kimberly J. Salomon*
   Aniello D. Cerreto, Esq.                    Kimberly J. Salomon, Esq.

Dated:  December 18, 2024                    Dated: December 19, 2024


{F0237069 - 1}

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 23-21777-SLM |
|---|---|---|
| Ayyaz Ahmed | | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf903 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | + | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | + | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3415 |
| db | + | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3415 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

District/off: 0312-2                          User: admin                          Page 2 of 2
Date Rcvd: Dec 27, 2024                       Form ID: pdf903                       Total Noticed: 7

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor JPMorgan Chase Bank  N.A. ajennings@hillwallack.com |
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |
| Kimberly A. Wilson | on behalf of Creditor JPMorgan Chase Bank  N.A. kimwilson@raslg.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Matthew K. Fissel | on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22