UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Ayyaz Ahmed and Aysha Khan, | Case No.: 23-21777 (SLM) |
| Debtors. | Chapter: 7 |
| | Judge: Stacey L. Meisel |

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Hon. Stacey L. Meisel on February 25, 2025, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3A, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 116 Boonton Avenue, Kinnelon, NJ, having a fair market value between $680,000 and $700,000.

> Liens on property:
>
> MidFirst Bank
> $503,918.92
> Secretary of Housing & Urban Development
> $115,372.13
> Department of Treasury (Federal Tax Lien)
> $90,341.98

> Amount of equity claimed as exempt: $55,800.00

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:cforman@formanlaw.com

F0239853 - 1