Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx−xx−1878                                          xxx−xx−1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real property located at 116 Boonton Avenue, Kinnelon, NJ, having a fair market value between $680,000 and $700,000.

Dated: February 19, 2025
JAN:

                                                                                    Jeanne Naughton
                                                                                    Clerk