| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on February 28, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, et al.,<br><br>Debtors. | Chapter:    7<br><br>Case No.:  23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |

## ORDER COMPELLING AYYAZ AHMED TO
## APPEAR FOR EXAMINATION PURSUANT TO D.N.J. LBR 2004

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 28, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0227474 - 1}

Page (2)
Debtors:    Ayyaz Ahmed, Aysha Khan, et al.
Case No.:   23-21777 (SLM)
Caption:    Order Compelling Ayyaz Ahmed to Appear for Examination Pursuant to D.N.J. LBR 2004

---

**THIS MATTER**, having been brought before the Court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for Ayyaz Ahmed and Aysha Khan (the "Debtors"), through his attorneys, Forman Holt, for the entry of an order pursuant to Fed. R. Bankr. P. 2004 and D.N.J. LBR 2004-1(e) compelling Ayyaz Ahmed to appear for examination; and the Court finding that notice of this motion having been given to all appropriate parties; and the Court having reviewed the pleadings filed, the arguments presented and the objections, if any; and for good cause shown, it is hereby

**ORDERED** that Ayyaz Ahmed is directed to appear for examination at the Trustee's office at a date and time to be mutually agreed between the Debtors, Trustee, Office of the United States Trustee and interested creditors, but in no event later than March ~~11~~ 14, 2025.

{F0227474 - 1}