| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Jeffrey M. Rosenthal<br>Vincent J. Roldan<br>Ann S. Lee<br>jrosenthal@mblawfirm.com<br>vroldan@mblawfirm.com<br>alee@mblawfirm.com<br><br>*Attorneys for McKesson Specialty Care Distribution LLC* | Case No. 23-21777<br><br>Chapter 7 |
| In re<br><br>AYYAZ AHMED and AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHAR-MACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC. AND DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX<br><br>                     Debtors. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorney set forth below hereby appear on behalf of McKesson Specialty Care Distribution LLC ("**Claimant**") and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "**Bankruptcy**

1

**Code**"), that all notices and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

> MANDELBAUM BARRETT PC
> 3 Becker Farm Road
> Roseland NJ 07068
> Jeffrey M. Rosenthal
> Vincent J. Roldan
> Ann S. Lee
> jrosenthal@mblawfirm.com
> vroldan@mblawfirm.com
> alee@mblawfirm.com
> (973) 736-4600

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Claimant to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Claimant's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Claimant's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Claimant's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled to under any agreement,

4920-5837-2906, v. 1

in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Claimant expressly reserves.

Dated: Roseland, New Jersey
March 17, 2025

                    MANDELBAUM BARRETT PC

                    By: */s/ Jeffrey M. Rosenthal*
                        Jeffrey M. Rosenthal
                        Vincent J. Roldan
                        Ann S. Lee
                        3 Becker Farm Road
                        Roseland, NJ 07068
                        jrosenthal@mblawfirm.com
                        vroldan@mblawfirm.com
                        alee@mblawfirm.com
                        (973) 736-4600

                        *Attorneys for McKesson Specialty Care Distribution LLC*

4920-5837-2906, v. 1