| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on March 25, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC., and DELTONA MEDICAL RTS PHARMACY, INC. d/b/a APEX HEALTH RX,<br><br>                         Debtors. | Case No.: 23-21777 (SLM)<br><br>Chapter:    7<br><br>Judge:  Hon. Stacey L. Meisel |

**ORDER AUTHORIZING TRUSTEE TO ABANDON AND DISPOSE OF DEBTORS' PRESCRIPTION AND OVER THE COUNTER DRUGS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 25, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0242193 - 1

Page 2
Debtors:    Ayyaz Ahmed and Aysha Khan, et al.
Case No.   23-21777 (SLM)
Caption:   Order Authorizing the Trustee to Abandon and Dispose of Debtors' Prescription and Over the Counter Drugs

**UPON** the motion ("Motion") of Charles M. Forman, the chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed, Aysha Khan, Prestige Infusions, LLC, Lush Floral and Events, LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. a/k/a Oak Hills Pharmacy, Inc. and Deltona Medical Arts Pharmacy, Inc., d/b/a Apex Health, Rx (the "Debtors"), for the entry of an order pursuant to Fed. R. Bankr. P. 6007(b) authorizing the Trustee to abandon and dispose of a large bulk box of opened, partially used, expired, prescription and over the counter drugs consisting of, among other things, dozens of liquid, pill, and cream antibiotics, Dexcom and other blood sugar testing equipment, over the counter allergy medications, and vitamin supplements (collectively, the "Drugs"); and all parties in interest having been served with notice of the Motion; and the Court having considered the opposition, if any; and for good cause shown, it is hereby

**ORDERED** that the Trustee is authorized to abandon the Drugs in his possession, effective immediately upon entry of this Order; and it is further

**ORDERED** that the Trustee is authorized to dispose of the Drugs in his possession by delivering them to a Safe Medication Disposal Kiosk at a local Walgreens pharmacy or a similar safe medication disposal drop box.

F0242193 - 1