# A. ATKINS APPRAISAL CORP.
## 122 Clinton Road
## Fairfield, New Jersey 07004

ALAN ATKINS
e-mail: atkinsappraisal@aol.com

Tel. 973) 227-1900
Fax 973) 227-5502

April 4, 2025

Hon. Stacey L. Meisel
U.S. Bankruptcy Court
P.O. Box 1352
50 Walnut Street
Newark, NJ  07102

Re: <u>Ayyaz Ahmed, Aysha Khan, et al.,</u>
    Case No.  23-21777-SLM

Dear Judge Meisel:

Enclosed herewith is an original of the Order to Pay and Petition for Allowance to Appraiser and a copy of the signed Order Approving the Employment of Appraiser in the above matter.

Very truly yours,
A. ATKINS APPRAISAL CORPORATION

ALAN ATKINS
For the Firm

AA:sg
encs.
cc: Kimberly J. Salomon, Esq.
    Charles M. Forman, Esq.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, et al.,<br><br>                              Debtors. |

Order Filed on February 13, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter:   7

Case No.:  23-21777 (SLM)

Hon. Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF
## A. ATKINS APPRAISAL CORPORATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 13, 2025**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0240848 - 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey  07004
(973) 227-1900

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 APR -7 P 3:09
JEANNE A. NAUGHTON
BY:
DEPUTY CLERK

In Re:

Ayyaz Ahmed, Aysha Khan, et al.,

Debtor.

Case No.: 23-21777

Judge: Hon. Stacey L. Meisel

Chapter: 7

## PETITION FOR ALLOWANCE TO APPRAISER

The petition of A. Atkins Appraisal Corporation respectfully represents:

1. That your petitioner was the person employed by Order of the Court dated February 13, 2025, to appraise the assets belonging to the above debtor.

2. That the following is a breakdown of services rendered:

| | | |
|---|---|---|
| 2/18/2025 | Met with Trustee, Photograph and Inventory Equipment and Inventory Located at 365 West Passaic Street, Suite 400 Rochelle Park, New Jersey. | |
| | • Alan Atkins .5 hr. @ $ 300.00/hr.………………………………$ | 150.00 |
| | • Travel 1.00 hr. @ $ 150.00/hr.……………………………….... | 150.00 |
| 2/26/2025 | Appraisal for Prescription and Over The Counter Medications Inspected on 2/18/2025 | |
| | • Alan Atkins …………………………………………………….. | No Charge |
| 2/28/2025 | Met with Debtor at 116 Boonton Avenue, Kinnelon, New Jersey, Which is the Debtor's Home/Business. Photograph and Inventory Equipment and Inventory Located On the Premises. | |
| | • Alan Atkins 1.0 hr. @ $ 300.00/hr.…………………………..…. | 300.00 |
| | • Travel 1.0 hr. @ $150.00/hr.……………………………………. | 150.00 |

Cont….

03/03/2025  <u>Finalize Research & Review/Pricing. Finalize Report</u>
- Alan Atkins 1.0 hr. @ $ 300.00/hr............................$ <u>300.00</u>

Your petitioner **has not filed** a written appraisal with the Clerk of the Bankruptcy Court or the United States Trustee.

**WHEREFORE**, your petitioner requests as compensation for services rendered a fee in the amount of..................................................................$ **1,050.00**

ALAN ATKINS, For the Firm

Sworn and subscribed to:
before me this ____4th____ day:
of ____April 2025____ :

Soonwon Gwon
A Notary Public of New Jersey
My Commission Expires April 18, 2027

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey  07004
(973) 227-1900

In Re:

Ayyaz Ahmed, Aysha Khan, et al.,

Debtor.

Case No.: 23-21777

Judge: Hon. Stacey L. Meisel

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

(Page 2)

Debtor:             Ayyaz Ahmed, Aysha Khan, et al.,

Case No.:           23-21777/SLM

Caption of Order:   Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 1,050.00 | |