| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on April 10, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, et al.,<br><br>                      Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Judge:  Hon. Stacey L. Meisel |

**ORDER FURTHER EXTENDING THE TIME FOR
CHAPTER 7 TRUSTEE TO OBJECT TO DEBTORS' DISCHARGE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 10, 2025**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0243794 - 1}

Page 2
Debtors:   Ayyaz Ahmed, Aysha Khan, et al.
Case No.:  23-21777 (SLM)
Caption:   Order Further Extending the Time for Chapter 7 Trustee to Object to Debtors' Discharge

---

**THIS MATTER** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Truste") for Ayyaz Ahmed and Aysha Khan (the "Debtors"), through his attorneys, Forman Holt, for the entry of an order further extending the time to for the Trustee object to the Debtors' discharge; and notice of this motion having been given to all appropriate parties; and the court having reviewed the papers filed and the arguments presented; and for good cause shown; it is hereby

**ORDERED** that the deadline for the Trustee to file a complaint objecting to Debtors' discharge under 11 U.S.C. §727 shall be and hereby is extended to and including September 18, 2025.

{F0243794 - 1}