| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on May 22, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |

**ORDER (1) FINDING THE DEBTORS IN CONTEMPT AND AWARDING SANCTIONS; (2) COMPELLING THE DEBTORS TO ACCOUNT FOR AND TURN OVER INFORMATION PERTAINING TO PREFERENTIAL TRANSFERS; AND (3) COMPELLING THE DEBTORS TO ACCOUNT FOR AND TURN OVER <u>PROPERTY OF THE ESTATE</u>**

The relief set forth herein, on the following pages, numbered two (2) through (3), be and hereby is **ORDERED**.

**DATED:** May 22, 2025

                                            */s/ Stacey L. Meisel*
                                            Honorable Stacey L. Meisel
                                            United States Bankruptcy Judge

F0248138 - 1

Page (2)
Debtor:    Ayyaz Ahmed and Aysha Khan, et al.
Case No.:   23-21777 (SLM)
Caption:   Order (1) Finding the Debtors in Contempt and Awarding Sanctions; (2) Compelling the Debtors to Account for and Turn Over Information Pertaining to Preferential Transfers; and (3) Compelling the Debtors to Account For and Turn Over Property of the Estate

**THIS MATTER**, having been brought before the Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee (the "Trustee") for Ayyaz Ahmed and Aysha Khan, et al. (the "Debtors"), through his attorneys, Forman Holt, for the entry of an order (1) finding the Debtors in contempt and awarding sanctions; (2) compelling the Debtors to account for and turn over information pertaining to preferential transfers; and (3) compelling the Debtors to account for and turn over property of the estate; and the Court finding that notice of this motion having been given to all appropriate parties; and the Court having reviewed the pleadings filed, the arguments presented and all objections, if any; and for good cause shown, it is hereby

**ORDERED** that the Debtors be and hereby are found to be in civil contempt of the *Consent Judgment Extending Proceedings and for Related Relief* (the "Consent Judgment") entered on December 17, 2024 [Doc. No. 142; Adv. Pro. No. 24-1633, Doc. No. 15]; and it is further

**ORDERED** that the Debtors shall be sanctioned with a fine of $ 100.00 per day for every day between the date of the entry of this Order and the date that the amended schedules required by paragraph 11 of the Consent Judgment are filed with the Court; and it is further

**ORDERED** that the sanctions shall be paid to "Charles M. Forman, Chapter 7 Trustee for Ayyaz Ahmed, et al." and sent to Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, New Jersey 07662; and it is further

**ORDERED** that in the event the sanctions are not paid as set forth herein, the Trustee shall have a valid post-petition judgment in the amount of the sanction award that is not dischargeable; and it is further

F0248138 - 1

Page (3)

| | |
|---|---|
| Debtor: | Ayyaz Ahmed and Aysha Khan, et al. |
| Case No.: | 23-21777 (SLM) |
| Caption: | Order (1) Finding the Debtors in Contempt and Awarding Sanctions; (2) Compelling the Debtors to Account for and Turn Over Information Pertaining to Preferential Transfers; and (3) Compelling the Debtors to Account For and Turn Over Property of the Estate |

**ORDRED** that the Debtors are compelled to account for and turn over all information pertaining to the transfer made by Ayyaz Ahmed to his unidentified friend between August 31, 2024 and the Petition Date, including but not limited to providing the Trustee with (1) the name and address of the transferee, (2) the amount(s) of the transfer, and (3) the date(s) of the transfer; and it is further

**ORDRED** that the Debtors be and hereby are directed to account for all property and cash transferred to Rashid Ali and the disposition of all such transfers; and it is further

**ORDERED** that the Debtors be and hereby are directed to turn over to the Trustee not less than $87,882 constituting non-exempt property of the estate; and it is further

**ORDERED** that the Debtors be and hereby are directed to account for and turn over to the Trustee all other non-exempt assets, property and cash available for their use and within their direction and control, whether in the United States, Pakistan, or any other location in the world, as of the Petition Date.

F0248138 - 1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 3
Date Rcvd: May 22, 2025        Form ID: pdf903       Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 22, 2025 | Form ID: pdf903 | Total Noticed: 7

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Andrew L. Spivack | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Ann S Lee | on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: May 22, 2025 Form ID: pdf903 Total Noticed: 7
TOTAL: 25