| | |
|---|---|
| KUNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>*Attorneys for Value Drug Company* | Order Filed on June 13, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN,<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-21777-SLM<br><br>Judge: Hon. Stacey L. Meisel |

**CONSENT ORDER FURTHER EXTENDING THE TIME FOR VALUE DRUG COMPANY FILE A COMPLAINT OBJECTING TO DISCHARGE OR DETERMINING THE DISCHARGEABILITY OF DEBT**

    The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: June 13, 2025**

                                      */s/ Stacey L. Meisel*
                                    Honorable Stacey L. Meisel
                                    United States Bankruptcy Judge

160631012.6

**THIS MATTER** having been brought before the Court upon the application of Value Drug Company ("Value Drug"), a creditor in the above-captioned chapter 7 case of Ayyaz Ahmed and Aysha Khan (the "Debtors"), by and through its attorneys, Fox Rothschild LLP, seeking the entry of the within consent order agreed to between Value Drug and the Debtors further extending the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the non-dischargeability of debt pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007; and the Court having considered the papers; and the parties having consented to the relief set forth herein as evidenced by the signatures of their respective undersigned counsel; and for good cause shown, it is hereby

**ORDERED** that the time for Value Drug to file a complaint objecting to the Debtors' discharges or determining the dischargeability of debt pursuant to pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007 is hereby extended through and including September 16, 2025; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to the implementation, interpretation, and enforcement of this Consent Order.

*[Signature page follows]*

160631012.6

The parties, through their undersigned counsel hereto, hereby consent to the form, substance, and entry of the foregoing order.

FOX ROTHSCHILD LLP
*Attorneys for Value Drug Company*

By: */s/ Michael R. Herz*
       Michael R. Herz Esq.

Dated:  June 4, 2025

LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
*Attorneys for Debtors*

By: */s/ Aniello D. Cerreto*
       Aniello D. Cerreto, Esq.

Dated:  June 4, 2025

3

160631012.6

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf903 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 15, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf903 | Total Noticed: 7 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Andrew L. Spivack | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Ann S Lee | on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jun 13, 2025 Form ID: pdf903 Total Noticed: 7
TOTAL: 25