Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
   xxx−xx−1878                                           xxx−xx−1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

The Trustee proposes to abandon the estates interest in a 2020 Mercedes−Benz Sprinter Van, if any, registered to Prestige Infusions, LLC, License Plate No XJYD58 (NJ) VIN# W1Z4EGHY4LT023314 on the basis that it is of inconsequential value and burdensome to the estate.

Dated: June 25, 2025
JAN:

                                                            Jeanne Naughton
                                                            Clerk