Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ayyaz Ahmed                                   Aysha Khan
   116 Boonton Ave.                         116 Boonton Ave.
   Butler, NJ 07405                        Butler, NJ 07405

Social Security No.:
   xxx−xx−1878                                 xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      8/5/25
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Forman Holt

COMMISSION OR FEES
$221,000.00

EXPENSES
$9,175.25

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 25, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 25, 2025 | Form ID: 137 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | + | Forman Holt, Formnlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | + | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| r | + | Joyce Klein Realtors, 4416 Ramsgate, Suite 102, San Antonio, TX 78230-1670 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| cr | + | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 520117890 | | BMW Financial ervices, Po Box 3608, Dublin, OH 43016-0306 |
| 520117891 | | Borough of Butler, 1 Ace Rd, Butler, NJ 07405-1348 |
| 520117892 | | Capital Bank, Opensky Cbnk, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 520117894 | + | Champion Estates Res. Owners Assoc, Inc., Allen, Stein & Durbin, P.C. 6243 W Ih 10, San Antonio, TX 78201-2086 |
| 520117898 | | Fleischer, Fleischer & Suglia, Four Greentree Centre 601 Route 73 N Ste, Marlton, NJ 08053-3475 |
| 520117899 | | Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960-5122 |
| 520235440 | + | GCM CAPITAL LLC, The Kantrow Law Group PLLC, 732 Smithtown Bypass Ste 101, Smithtown, NY 11787-5020 |
| 520454691 | + | Leonite Capital LLC, Hinman, Howard & Kattell, LLP, 80 Exchange St PO Box 5250, Binghamton, NY 13902-5250 |
| 520117903 | | Leonite Capital LLC Pashman Stein Walder Hayden 21, Hackensack, NJ 07601-7054 |
| 520117906 | | Marine Midland Mortgage, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520117907 | | Morris County Sheriffs Office, 56 Washington St, Morristown, NJ 07960-6812 |
| 520117911 | | Smith Drug Co., a div of J M Smith Corp, 9098 Fairforest Rd, Spartanburg, SC 29301-1134 |
| 520128533 | + | Smith Drug Company, A division of JM Smith Corp., c/o Zeichner Ellman & Krause LLP, Attn. Bruce S. Goodman, Esq., 730 Third Avenue, New York, New York 10017-3206 |
| 520117915 | | Thurman & Phillips P.C, 4093 De Zavala Rd, Shavano Park, TX 78249-2066 |
| 520139786 | + | Truist Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 520139787 | + | Truist Bank, successor by, merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 520214192 | + | Value Drug Company, c/o Michael R. Herz, Esq., 49 Market Street, Morristown, NJ 07960-5122 |
| 520117918 | | Value Drug Company, 195 Theater Dr, Duncansville, PA 16635-7144 |
| 520404160 | + | the United States Trustee, ATTN: Robert J. Schneider, Jr., Esq., Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jun 25 2025 21:04:12 | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | ^ MEBN | | |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 137 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 25 2025 21:04:12 | Forman Holt, Formnlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jun 25 2025 21:13:00 | A. Atkins Appraisal Corporation, 122 Clinton Road, Suite 2 A, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2025 21:30:33 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jun 25 2025 21:04:08 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520195288 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 21:31:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520117887 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 21:42:44 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 520117888 | | Email/Text: bankruptcies@andanet.com | Jun 25 2025 21:13:00 | Anda Inc., 2915 Weston Rd, Weston, FL 33331-3627 |
| 520172998 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117889 | | Email/Text: customer.service@atlantichealth.org | Jun 25 2025 21:13:00 | Atlantic Health System, Po Box 21385, New York, NY 10087-1385 |
| 520121755 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2025 21:43:02 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520176092 | + | Email/Text: bankruptcy@certified-solutions.com | Jun 25 2025 21:13:00 | CHILTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117893 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 21:31:05 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 520126993 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2025 21:30:35 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520184278 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jun 25 2025 21:13:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520184280 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jun 25 2025 21:13:00 | Cardinal Health 110, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520117895 | ^ | MEBN | Jun 25 2025 21:02:41 | Coastal/prosp, 221 Main St Ste 400, San Francisco, CA 94105-1913 |
| 520117896 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 21:19:06 | Credit One Bank Na, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164350 | ^ | MEBN | Jun 25 2025 21:04:07 | De Lage Landen Financial Services, Inc., c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520171617 | | Email/Text: BNCnotices@dcmservices.com | Jun 25 2025 21:13:00 | Emergency Physician Associates of North Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520172188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2025 21:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520117901 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2025 21:30:22 | JPMCB Auto, Po Box 901076, Fort Worth, TX |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 137 | Total Noticed: 72 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76101-2076 |
| 520117902 | | ^ MEBN | Jun 25 2025 21:01:56 | KML Law Group P.C., JEK, Esq., RPA, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520192714 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117904 | | Email/Text: wdtn_mwzm@mwzmlaw.com | Jun 25 2025 21:13:00 | Mackie Wolf Zientz & Mann, PC, 14160 Dallas Pkwy Ste 900, Dallas, TX 75254-4314 |
| 520684785 | | Email/Text: BkNotice@McKesson.com | Jun 25 2025 21:13:00 | McKesson Specialty Care Distribution LLC, 401 Mason Road, La Vergne, TN 37086 |
| 520176093 | + | Email/Text: bankruptcy@certified-solutions.com | Jun 25 2025 21:13:00 | MONTCLAIR RADIOLOGY, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2025 21:19:42 | Macys, Po Box 71359, Philadelphia, PA 19176-1359 |
| 520153475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 25 2025 21:19:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520552533 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jun 25 2025 21:13:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE, BLDG 12 RM 256, ALBANY, NY 12226-1799 |
| 520117908 | | ^ MEBN | Jun 25 2025 21:04:26 | NYC Dept. of Finance, Po Box 3615, New York, NY 10008-3615 |
| 520557122 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 25 2025 21:14:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520117909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2025 21:30:24 | PORTFOLIO RECOV ASSOC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520212244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2025 21:42:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520117910 | | ^ MEBN | Jun 25 2025 21:01:55 | PSE&G, Po Box 709, Newark, NJ 07101-0709 |
| 520139555 | + | Email/Text: bankruptcy@bbandt.com | Jun 25 2025 21:13:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 520117916 | | Email/Text: bankruptcy@bbandt.com | Jun 25 2025 21:13:00 | Truist Mortgage, Po Box 849, Wilson, NC 27894-0849 |
| 520120625 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 25 2025 21:19:52 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520117917 | | Email/Text: bankruptcy@uscbcorporation.com | Jun 25 2025 21:11:00 | USCB Corp, Po Box 75, Archbald, PA 18403-0075 |
| 520290247 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2025 21:14:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117897 | | De Lage Landen Financial Services Inc., 1111 Old Eagle School Rd Ste 1 Wayne, PA |
| 520117900 | | GCM Capital, 360 Hamilton Ave Ste 615 White Plains, N |
| 520117912 | | Stone Oaks Property Owners Assoc. Inc., 19210 Huebner Rd Ste 100 San Antonio, TX |
| 520117913 | | Tenaglia and Hunt Pa Your client Citibank N.A. Att, 395 W Passaic St Ste 205 Rochelle Park, |
| 520117914 | | The Law Office of Aniello D. Cerreto, Esq., 215 Gordons Corner Road Suite 1i English |
| 520117919 | | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas New York, NY |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 137 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 | |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 | |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 | |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 | |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 | |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com |
| Andrew L. Spivack | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Ann S Lee | on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 137 | Total Noticed: 72 |

Kimberly J. Salomon
    on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
    on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
    on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia
    on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com,
    fleischercases@fleischerlaw.com

Rachel Wolf
    on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov

Robert J. Schneider
    on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Sherri R. Dicks
    on behalf of Creditor JPMorgan Chase Bank  N.A. sdicks@raslg.com, shrdlaw@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 25