UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kimberly J. Salomon, Esq.
ksalomon@formanlaw.com

| | |
|---|---|
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY INC. and DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX,<br><br><div align="center">Debtors.</div> | Case No.:  23-21777 (SLM)<br>(Substantively Consolidated)<br><br>Chapter:    7<br><br>Judge:  Hon. Stacey L. Meisel |
| CHARLES M. FORMAN, Chapter 7 Trustee for Ayyaz Ahmed, et al.,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br><div align="center">Defendant.</div> | Adv. Pro. No. 25-01288 (SLM) |

## CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1.      I am the duly qualified and acting trustee.

2.      I filed the Complaint in the above-captioned matter without paying the required fee.

3.      I agree, in my capacity as trustee, to pay the required filing fee.

{F0233684 - 1}

4.      I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Charles M. Forman*                                   Charles M. Forman
Trustee (Signature)                                            Typed Name of Trustee

Dated:  July 9, 2025