Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  23−21777−SLM
                Chapter:  7
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Ayyaz Ahmed                                     Aysha Khan
  116 Boonton Ave.                         116 Boonton Ave.
  Butler, NJ 07405                         Butler, NJ 07405

Social Security No.:
  xxx−xx−1878                                   xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/26/25 at 10:00 AM

to consider and act upon the following:

*206* − Motion re: to withdraw this chapter 7 case Filed by Aniello D. Cerreto on behalf of Ayyaz Ahmed, Aysha Khan.. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Brief # 4 certificate of signature # 5 Proposed Order # 6 copy of envelope) (ntp)

Dated: 7/29/25

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court