| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on August 5, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel<br><br>Hearing Date: August 5, 2025<br>Hearing Time: 2:30 p.m. |

### ORDER GRANTING FIRST INTERIM APPLICATION OF FORMAN HOLT, ATTORNEYS TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

The relief set forth on the following page, numbered two (2), be and hereby is

**ORDERED.**

**DATED: August 5, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0255137 - 1

Page (2)
Debtor:     Ayyaz Ahmed, Aysha Khan, et al.,
Case No.:   23-21777 (SLM)
Caption:    Order Granting First Interim Application of Forman Holt, Attorneys to the Trustee, for Allowance of Compensation and Reimbursement of Expenses

**THIS MATTER**, having been opened to the Court upon the Application of Formanlaw LLC d/b/a Forman Holt ("Applicant"), attorneys for Charles M. Forman, the chapter 7 trustee (the "Trustee") for Ayyaz Ahmed and Aysha Khan, et al.[1] (the "Debtor"), for first interim compensation and reimbursement of expenses pursuant to 11 U.S.C. §330 and 331; and the Court having considered the Application and all objections thereto, if any; and notice and opportunity for a hearing having been given to all creditors and parties in interest pursuant to Fed. R. Bankr. P. 2002; and for good cause shown, it is hereby

**ORDERED** that Forman Holt be and hereby is awarded first interim compensation for services rendered in the amount of $221,000.00 and reimbursement of expenses in the amount of $9,175.25 for the period from April 17, 2024 through May 31, 2025.

---

[1] The Debtors include Prestige Infusions LLC, Lush Floral & Events LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy, Inc. d/b/a Oak Hills Pharmacy, Inc., and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health RX (collectively, the "Business Entities").

F0255137 - 1