UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 AND 9
Rachel Wolf, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (202) 834-3003
Fax: (973) 645-5993
Email: Rachel.Wolf@usdoj.gov

| | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Aysha Khan, et. al.,<br><br>Debtors. | Case No.: 23-21777 (SLM<br><br>Chapter 7<br><br>Judge: Honorable Stacy L. Meisel |
| Andrew R. Vara,<br>United States Trustee,<br><br>Plaintiff<br>v.<br><br>Ayyaz Ahmed and Aysha Khan, et. al.<br><br>Defendants. | Adv. Pro. No. 25-1120 |

**CERTIFICATION OF CONSENT REGARDING CONSENT ORDER WAIVING DISCHARGE**

I certify that with respect to the <u>Consent Order Waiving Discharge</u> submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐   (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒   (f) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____)

Date:   August 8, 2025                                                      */s/Rachel Wolf*
                                                                                            Signature of Attorney