UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.:    _____

                                          Chapter:     _____

                                          Judge:       _____

**NOTICE OF PROPOSED AUCTIONEER COMPENSATION**

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, _____, auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

| Request for compensation in the amount of: |
|---|
|   |

| Request for reimbursement of expenses in the amount of: |
|---|
|   |

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

| Address of the Clerk: |
|---|
|   |

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

Name:            _____

Address:         _____

Telephone No.:   _____

Signature:       _____

Date:            _____

*rev.8/1/15*