UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  AYYAZ AHMED and AYSHA KHAN, et al.,   Case No.:        23-21777 (SLM)

Debtors.          Chapter:              7

Judge:        Hon. Stacey L. Meisel

---

### NOTICE OF PROPOSED PUBLIC SALE

Charles M. Forman, the Chapter 7 Trustee in this case proposes to sell property of the estate as described below.  If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**  Jeanne A. Naughton, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 16, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A.

If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Location, date and time of sale:**   Online Auction at ajwillner.com
Closing September 18, 2025 at 11:00 a.m.

**Description of property to be sold:**   Cosmetic Surgery Equipment Consisting of: RenaSculpt FE60, CareStream America Pro-NOX & Winkonlaser HS1000C Cryolipolysis Machine

**Terms of Sale:**   Unless otherwise stated the public sale will be free and clear of all liens. Liens, if any claimed, will attach to the proceeds of the public sale and the validity and extent of such liens will be determined at a later time.

**REGISTRATION**
A valid credit card is required in order to confirm bidders identity and will remain on file.

**PAYMENT**
Cash, cashier's checks or credit cards (up to $3,000 & a 3% processing fee applies for any credit card payments.)  Final Payment must be paid within 24 hours of auction. No Items can be removed until entire invoice is paid in full. Auctioneer reserves the right to resell buyer's lots if full payment is not made by 3PM next day.

**BUYER PREMIUM**
15% Buyer Premium applies to any purchases made via the online bidding platform

**SALES TAX**
No Sales Tax.

**AS-IS, WHERE IS**

All items are sold "as is, where is" without warranty or guarantee. Please inspect all items carefully before bidding. There will be no re-bids or rebates after an item is sold.

**PICK UP DEADLINE**

All items must be picked up within the time allotted on the auctioneer's website.

**ALL SALES ARE FINAL**

All items are being sold, "As-Is, Where-Is".  Neither Seller nor Auctioneer make any representations or warranties about the condition of the property. Buyer assumes all risks with respect to the purchase of the property. No returns or adjustments will be made after the auction. Bidders who elect to pay their balance by credit card understand an additional 3% convenience fee applies and agree to relinquish any and all rights to charge backs.

Objections must be served on, and requests for additional information directed to:

NAME:                 Charles M. Forman, Trustee

ADDRESS:          Forman Holt, 365 W. Passaic Street, Suite 400

                          Rochelle Park, New Jersey 07662

TELEPHONE NO.:   (201) 845-1000

2

4917-3176-9694, v. 1