### THE LAW OFFICE OF
### ANIELLO D. CERRETO, ESQ.

**MAIN OFFICE – ALL CORRESPONDENCE**

**GORDON'S CORNER PROFESSIONAL PLAZA**
**215 GORDON'S CORNER ROAD – SUITE 1I**
**MANALAPAN, NJ 07726**

PHONE    732-446-2235
FAX         732-391-6682
EMAIL: ADCLAWOFFICE@GMAIL.COM
WEBSITE  WWW.ADCESQ.COM

**SATELLITE OFFICES – NO CORRESPONDENCE**

317 GEORGE ST. 3RD FLOOR, NEW BRUNSWICK, NJ 08901
197 STATE ROUTE 18 SOUTH - SUITE 3000 - EAST BRUNSWICK, NJ 08816
116 VILLAGE BOULEVARD – SUITE 200 – PRINCETON, NJ 08540
3600 ROUTE 66 – SUITE 150 – NEPTUNE, NJ 07753
33 WOOD AVE. SOUTH - SUITE 600 - ISELIN, NJ 08830
125 HALF MILE ROAD - SUITE 200 - RED BANK, NJ 07701

**ANIELLO D. CERRETO, ESQ.**

8-13-2025 – 7:00 am


Honorable Stacey L. Meisel, USBJ – pacer and email

And

Trustee and counsel – Pacer and email

Re: Khan  23-21777

Dear Honorable Judge Meisel,

    Per the courts request, I am removing the adjustment withdrawls of this morning and identical document filing hereby and our motion will be heard on the 26th. Thank you all for your patience.

    This is of course humbly and respectfully submitted.


    Respectfully submitted,
    THE LAW OFFICE OF ANIELLO D. CERRETO, ESQ.

    */s/ Aniello D. Cerreto, Esq.*
    ANIELLO D. CERRETO, ESQ.


Cc: