UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Rachel Wolf, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: Rachel.wolf@usdoj.gov

| | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Aysha Khan, et. al.,<br><br>Debtors. | Case No.: 23-21777 (SLM)<br><br>Chapter 7<br><br>Hearing Date: August 26, 2025, at 10:00 a.m.<br><br>Judge: The Honorable Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1.   I, Adela Alfaro:

   ☐ represent _____ in this matter.

   ☒ am the paralegal for Rachel Wolf, Trial Attorney, who represents the United States Trustee in this matter.

   ☐ am the _____ in this case and am representing myself.

2.   On <u>August 15, 2025</u>, I caused to be served, via BMC Group, Inc., an Approved Bankruptcy Notice Provider a copy of the following pleadings and/or documents to the parties listed in the chart below.
   UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO WITHDRAW CHAPTER 7 CASE

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   August 15, 2025              /s/ Adela Alfaro
                                      Adela Alfaro, Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ayyaz Ahmed<br>116 Boonton Ave.<br>Butler, NJ 07405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Aysha Khan<br>116 Boonton Ave.<br>Butler, NJ 07405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Aniello D. Cerreto<br>Law Office of Aniello D. Cerreto, Esq.<br>Gordons Corner Professional Plaza<br>215 Gordons Corner Rd., Ste.1<br>Manalapan, NJ 07726 | Debtors' Counsel | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Charles M. Forman<br>Forman Holt<br>365 West Passaic St.<br>Suite 400<br>Rochelle Park, NJ 07662 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Kimberly J. Salomon<br>Forman Holt<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662 | Counsel for Charles M. Forman | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| Attn: BMW Financial Services NA, LLC Department<br>AIS Portfolio Services, LLC<br>Account: XXXXXX5459<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
|---|---|---|
| Bruce Seth Goodman<br>Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>Ste 40th Floor<br>New York, NY 10017 | Counsel for Smith Drug Company, a division of J M Smith Corporation | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Midfirst Bank | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael R. Herz<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960 | Counsel for Value Drug Company | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Andrew L. Spivack<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054 | Counsel for Truist Bank | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |

| | | |
|---|---|---|
| Herbert K. Ryder<br>Law Offices of Herbert K. Ryder LLC<br>531 US Highway 22 East<br>Suite 182<br>Whitehouse Station, NJ 08889-3695 | Counsel for Greenwich Capital Management Limited Partnership | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Nicola G. Suglia<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North<br>Suite 305<br>Marlton, NJ 08053 | Counsel for De Lage Landen Financial Services, Inc. c/o Nicola Suglia | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Christopher John Leavell<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East<br>Ste 201<br>Marlton, NJ 08053 | Counsel for ASD Specialty Healthcare, LLC d/b/a Besse Medical | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Jeffrey Mark Rosenthal<br>Mandelbaum Barrett PC<br>3 Becker Farm Road<br>Roseland, NJ 07068 | Counsel for McKesson Specialty Care Distribution LLC | ☐ Hand-delivered<br>☒ Regular mail, *via BMC*<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the court or by rule. Cite the rule if applicable) |