UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: AYYAZ AHMED and AYSHA KHAN, et al., Debtors.

Case No.: 23-21777 (SLM)
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED AUCTIONEER COMPENSATION

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, A.J. Willner Auctions, LLC, auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

| | |
|---|---|
| Request for compensation in the amount of: | 10% Commission, plus 15% Buyer's Premium |

| | |
|---|---|
| Request for reimbursement of expenses in the amount of: | $325.00 for trucking and retrieval fees |

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

Name: Charles M. Forman, Chapter 7 Trustee

Address: Forman Holt, 365 W. Passaic Street, Ste 400, Rochelle Pk, NJ 07662

Telephone No.: (201) 845-1000

Signature: /s/ Charles M. Forman

Date: August 12, 2025

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf902 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| r | + | Joyce Klein Realtors, 4416 Ramsgate, Suite 102, San Antonio, TX 78230-1670 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| cr | + | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 520117890 | | BMW Financial ervices, Po Box 3608, Dublin, OH 43016-0306 |
| 520117891 | | Borough of Butler, 1 Ace Rd, Butler, NJ 07405-1348 |
| 520117892 | | Capital Bank, Opensky Cbnk, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 520117894 | + | Champion Estates Res. Owners Assoc, Inc., Allen, Stein & Durbin, P.C. 6243 W Ih 10, San Antonio, TX 78201-2086 |
| 520117898 | | Fleischer, Fleischer & Suglia, Four Greentree Centre 601 Route 73 N Ste, Marlton, NJ 08053-3475 |
| 520117899 | | Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960-5122 |
| 520235440 | + | GCM CAPITAL LLC, The Kantrow Law Group PLLC, 732 Smithtown Bypass Ste 101, Smithtown, NY 11787-5020 |
| 520454691 | + | Leonite Capital LLC, Hinman, Howard & Kattell, LLP, 80 Exchange St PO Box 5250, Binghamton, NY 13902-5250 |
| 520117903 | | Leonite Capital LLC Pashman Stein Walder Hayden 21, Hackensack, NJ 07601-7054 |
| 520117906 | | Marine Midland Mortgage, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520117907 | | Morris County Sheriffs Office, 56 Washington St, Morristown, NJ 07960-6812 |
| 520117911 | | Smith Drug Co., a div of J M Smith Corp, 9098 Fairforest Rd, Spartanburg, SC 29301-1134 |
| 520128533 | + | Smith Drug Company, A division of JM Smith Corp., c/o Zeichner Ellman & Krause LLP, Attn. Bruce S. Goodman, Esq., 730 Third Avenue, New York, New York 10017-3206 |
| 520117915 | | Thurman & Phillips P.C, 4093 De Zavala Rd, Shavano Park, TX 78249-2066 |
| 520139786 | + | Truist Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 520139787 | + | Truist Bank, successor by, merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 520214192 | + | Value Drug Company, c/o Michael R. Herz, Esq., 49 Market Street, Morristown, NJ 07960-5122 |
| 520117918 | | Value Drug Company, 195 Theater Dr, Duncansville, PA 16635-7144 |
| 520404160 | + | the United States Trustee, ATTN: Robert J. Schneider, Jr., Esq., Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | | |
| | | Aug 13 2025 21:07:42 | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | ^ MEBN | | |
| | | Aug 13 2025 21:07:42 | Forman Holt, Formnlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf902 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | NJ 07662-3005 |
| | | | Aug 13 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Aug 13 2025 21:18:00 | A. Atkins Appraisal Corporation, 122 Clinton Road, Suite 2 A, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 21:27:47 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Aug 13 2025 21:04:27 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520195288 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:27:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520117887 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:27:54 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 520117888 | | Email/Text: bankruptcies@andanet.com | Aug 13 2025 21:18:00 | Anda Inc., 2915 Weston Rd, Weston, FL 33331-3627 |
| 520172998 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117889 | | Email/Text: customer.service@atlantichealth.org | Aug 13 2025 21:18:00 | Atlantic Health System, Po Box 21385, New York, NY 10087-1385 |
| 520121755 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 21:38:21 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520176092 | + | Email/Text: bankruptcy@certified-solutions.com | Aug 13 2025 21:18:00 | CHILTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117893 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 21:26:48 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 520126993 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 21:26:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520184278 | + | Email/Text: erin.gapinski@cardinalhealth.com | Aug 13 2025 21:18:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520184280 | + | Email/Text: erin.gapinski@cardinalhealth.com | Aug 13 2025 21:18:00 | Cardinal Health 110, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520117895 | ^ | MEBN | Aug 13 2025 21:06:48 | Coastal/prosp, 221 Main St Ste 400, San Francisco, CA 94105-1913 |
| 520117896 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2025 21:26:53 | Credit One Bank Na, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520164350 | ^ | MEBN | Aug 13 2025 21:04:23 | De Lage Landen Financial Services, Inc., c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520171617 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 21:17:00 | Emergency Physician Associates of North Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520172188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 21:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520117901 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2025 21:28:01 | JPMCB Auto, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520117902 | ^ | MEBN | | |

Case 23-21777-SLM    Doc 223    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf902 | Total Noticed: 72 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 13 2025 21:06:27 | KML Law Group P.C., JEK, Esq., RPA, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520192714 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:27:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117904 | | Email/Text: wdtn_mwzm@mwzmlaw.com | Aug 13 2025 21:18:00 | Mackie Wolf Zientz & Mann, PC, 14160 Dallas Pkwy Ste 900, Dallas, TX 75254-4314 |
| 520684785 | | Email/Text: BkNotice@McKesson.com | Aug 13 2025 21:18:00 | McKesson Specialty Care Distribution LLC, 401 Mason Road, La Vergne, TN 37086 |
| 520176093 | + | Email/Text: bankruptcy@certified-solutions.com | Aug 13 2025 21:18:00 | MONTCLAIR RADIOLOGY, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 21:27:45 | Macys, Po Box 71359, Philadelphia, PA 19176-1359 |
| 520153475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 13 2025 21:27:45 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520552533 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 13 2025 21:18:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE, BLDG 12 RM 256, ALBANY, NY 12226-1799 |
| 520117908 | ^ | MEBN | Aug 13 2025 21:07:44 | NYC Dept. of Finance, Po Box 3615, New York, NY 10008-3615 |
| 520557122 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 13 2025 21:19:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520117909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 21:27:49 | PORTFOLIO RECOV ASSOC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520212244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 21:26:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520117910 | ^ | MEBN | Aug 13 2025 21:06:07 | PSE&G, Po Box 709, Newark, NJ 07101-0709 |
| 520139555 | + | Email/Text: bankruptcy@bbandt.com | Aug 13 2025 21:17:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 520117916 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2025 21:17:00 | Truist Mortgage, Po Box 849, Wilson, NC 27894-0849 |
| 520120625 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 13 2025 21:26:44 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520117917 | | Email/Text: bankruptcy@uscbcorporation.com | Aug 13 2025 21:16:00 | USCB Corp, Po Box 75, Archbald, PA 18403-0075 |
| 520290247 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2025 21:18:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117897 | | De Lage Landen Financial Services Inc., 1111 Old Eagle School Rd Ste 1 Wayne, PA |
| 520117900 | | GCM Capital, 360 Hamilton Ave Ste 615 White Plains, N |
| 520117912 | | Stone Oaks Property Owners Assoc. Inc., 19210 Huebner Rd Ste 100 San Antonio, TX |
| 520117913 | | Tenaglia and Hunt Pa Your client Citibank N.A. Att, 395 W Passaic St Ste 205 Rochelle Park, |
| 520117914 | | The Law Office of Aniello D. Cerreto, Esq., 215 Gordons Corner Road Suite 1i English |
| 520117919 | | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas New York, NY |
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |

| | | |
|---|---|---|
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Andre L. Kydala
on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Andrew L. Spivack
on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Aniello D. Cerreto
on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Ann S Lee
on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com

Bruce Seth Goodman
on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Cory Francis Woerner
on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder
on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jeffrey Mark Rosenthal
on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com

Jordan B. DeFlora
on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly J. Salomon

| | |
|---|---|
| | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 26