| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Tel: (201)845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>                  Debtors. |

Case No.: 23-21777 (SLM)

Chapter 7

Hon. Stacey L. Meisel

**AMENDED APPLICATION FOR RETENTION OF**
**A.J. WILLNER AUCTIONS, LLC AS AUCTIONEER**

1. The applicant, Charles M. Forman, is the

    ☒     Trustee:    ☒   Chap. 7    ☐   Chap. 11    ☐   Chap. 13

    ☐     Debtor:    ☐   Chap. 11    ☐   Chap. 13

    ☐     Official Committee of    _____

2. The applicant seeks to retain A.J. Willner Auctions, LLC to serve as:

    ☒     Other Professional:

           ☐   Realtor      ☐   Appraiser    ☐   Special Counsel

           ☒   Auctioneer    ☐   Other (specify) _____

3. The employment of A.J. Willner Auctions, LLC is necessary because the Trustee has recovered medical machinery and equipment of the Debtors that needs to be sold.

{F0206847 - 1}

4. A.J. Willner Auctions, LLC has been selected based on its experience in conducting auctions in bankruptcy cases.

5. The services to be rendered by A.J. Willner Auctions, LLC include retrieving, storing and liquidating at auction the Debtors' medical machinery and equipment.

6. The proposed arrangement for compensation is as follows: A.J. Willner Auctions, LLC shall charge a 10% commission and shall charge and retain a 15% buyers' premium for all successful bidders. In addition, A.J. Willner Auctions LLC shall seek reimbursement of expenses related to retrieval of equipment in the amount of $325.00.

7. Pursuant to D.N.J. LBR 2014-2(b), A.J. Willner seeks a waiver of the fee application requirements of D.N.J. LBR 2016-1.

8. To the best of the applicant's knowledge, A.J. Willner Auctions, LLC's connections with the Debtor, creditors, any other party in interest, their prospective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee, is as follows:

☐ None

☒ Describe connections: A.J. Willner Auctions, LLC has provided services for the Trustee and Forman Holt, the Debtor's attorneys, in matters unrelated to this chapter 7 case.

9. To the best of the applicant's knowledge, A.J. Willner Auctions, LLC (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

4922-4624-5985, v. 1

☒ does not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which he/she will be retained under 11.U.S.C. § 327(e).

10. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Medical machinery and equipment.

WHEREFORE, Applicant respectfully requests authorization to employ A.J. Willner Auctions, LLC to render services in accordance with this application.

FORMAN HOLT
Attorneys for Trustee

By:   */s/ Kimberly J. Salomon*                    */s/ Charles M. Forman*
      Kimberly J. Salomon                                Charles M. Forman, Trustee

Dated: August 21, 2025