| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 AND 9<br>Rachel Wolf, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (202) 834-3003<br>Fax: (973) 645-5993<br>Email: Rachel.Wolf@usdoj.gov | Order Filed on August 20, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ayyaz Ahmed and<br>Aysha Khan, et. al.,<br><br>    Debtors. | Case No.: 23-21777 (SLM)<br><br>Chapter 7<br><br>The Honorable Stacy L. Meisel |
| Andrew R. Vara,<br>United States Trustee,<br><br>    Plaintiff,<br>v.<br><br>Ayyaz Ahmed and<br>Aysha Khan, et. al.,<br><br>    Defendants. | Adv. Pro. No. 25-1120 |

**CONSENT ORDER WAIVING DISCHARGE**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: August 20, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors: Ayyaz Ahmed and Aysha Khan
Chapter 7 Case No. 23-21777 (SLM)
Adv. Pro. No. 25-1120

**Consent Order Waiving Discharge**

THIS MATTER having been consensually opened to the Court and agreed upon by and between the United States Department of Justice, Office of the United States Trustee, Andrew R. Vara, the United States Trustee (the "U.S. Trustee"), by and through his counsel, Rachel Wolf, Esq., and debtors and defendants in this Adversary Proceeding, Ayyaz Ahmed and Aysha Khan (the "Debtors"), appearing *pro se*, who assert and aver that they have reached an accord resolving and settling the Adversary Complaint filed by the U.S. Trustee; and

WHEREAS, the U.S. Trustee and the Debtors respectfully request that the Court accept, approve, and enter this Consent Order waiving Debtors' chapter 7 discharge pursuant to 11 U.S.C. § 727(a)(10), for all debts incurred up to and including December 21, 2023, the date the instant case was filed; and

WHEREAS, the U.S. Trustee and the Debtors present to the Court this Consent Order in an effort to promote judicial economy and to avoid the costs and risks of litigation; and

WHEREAS, the following memorializes what has been consensually agreed upon by and between the parties, and for good cause shown:

## ACKNOWLEDGMENTS

1. Debtors acknowledge that they caused a bankruptcy petition under Chapter 13 to be filed on their behalf in the United States Bankruptcy Court for the District of New Jersey, under bankruptcy case number 23-21777 (SLM) on December 21, 2023 [Pet., ECF No. 1], which converted to Chapter 11 on January 25, 2024 [ECF No. 4] and to Chapter 7 on March 28, 2024 [ECF No. 24]; and

2. Debtors acknowledge that on March 18, 2025, the U.S. Trustee filed a *Complaint Objecting to Discharge* ("Complaint"), thereby initiating Adversary Proceeding No. 25-1120; and

3. The Debtors acknowledge that on June 24, 2025, the U.S. Trustee filed a Request for the Entry of Default [ECF No. 16]; and

4. The Debtors acknowledge that on July 1, 2025, they filed a Response to the Request for the Entry of Default [ECF No. 17]; and

Debtors: Ayyaz Ahmed and Aysha Khan
Chapter 7 Case No. 23-21777 (SLM)
Adv. Pro. No. 25-1120

**Consent Order Waiving Discharge**

5. The Debtors acknowledge their desire to resolve this matter without further answering to the Complaint, without the need for further litigation, and without making any admissions, and that they chose to consent to the relief requested by the U.S. Trustee by waiving their chapter 7 discharge for any and all debts they incurred as of and prior to December 21, 2023; and

6. The Debtors acknowledge that they are not represented by counsel and will waive any discharge in this case.

### **TERMS**

For good cause shown, it is ORDERED that:

a. Debtors, Ayyaz Ahmed and Aysha Khan, hereby waive their chapter 7 discharge, pursuant to 11 U.S.C. § 727, for all claims and liabilities against Debtors up to and including the December 21, 2023 filing date, including all claims listed on Schedule E/F of the Debtor's bankruptcy petition, and all subsequent amendments.

b. Debtors further waive all rights to appeal the entry of this Consent Order, and the waiver of their chapter 7 discharge.

c. Should the Debtors or the Court reject this Consent Order for any reason, the parties shall be free to litigate the merits of the case as they see fit.

d. The parties acknowledge and agree that this Consent Order contains the entire agreement between the parties.

e. The parties further acknowledge and agree that the U.S. Trustee has not made, and/or given any other representations, promises, inducements, or rewards, and/or given or promised to give any other consideration of any kind whatsoever to the Debtors or anyone else on his behalf.

f. This Consent Order does not affect the automatic stay and the closure of the bankruptcy case.

g. This Consent Order, as entered by the Court, shall be filed by the Clerk in both the main case and adversary proceeding.

Debtors: Ayyaz Ahmed and Aysha Khan
Chapter 7 Case No. 23-21777 (SLM)
Adv. Pro. No. 25-1120

**Consent Order Waiving Discharge**

## SIGNATURES

The form and entry of this consent order is hereby acknowledged and agreed to:

Aysha Khan
Joint Debtor

By:   */s/Aysha Khan*
      Aysha Khan
      Debtor

Date: August 8, 2025

Ayyaz Ahmed
Joint Debtor

By:   */s/Ayyaz Ahmed*
      Ayyaz Ahmed
      Debtor

Date: August 8, 2025

**Without Objection:**

Andrew R. Vara,
United States Trustee
Regions 3 and 9

By: */s/Rachel Wolf*
      Rachel Wolf
      Trial Attorney

Date: August 7, 2025

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 22, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 7 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com |
| Andrew L. Spivack | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Ann S Lee | on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank  N.A. sdicks@raslg.com, shrdlaw@hotmail.com |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Aug 20, 2025 Form ID: pdf903 Total Noticed: 7

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26