UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 27, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ayyaz Ahmed and Aysha Khan

| | |
|---|---|
| Case No.: | 23-21777-SLM |
| Hearing Date: | 8/26/2025 |
| Judge: | Stacey L. Meisel |
| Chapter: | 7 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☒ | Modified |

### ORDER DENYING MOTION TO WITHDRAW OR
### DISMISS CHAPTER 7 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

In re:      Ayyaz Ahmed and Aysha Khan
Case No.:   23-21777-SLM
Caption:    Order Denying Motion to Withdraw or Dismiss Chapter 7 Case
Page 2

___

A motion having been filed on July 29, 2025 by Aniello D. Cerreto, counsel to the Debtors, for entry of an order as set forth above; and all interested parties having been duly served; and the Court having considered all of the papers submitted, along with any arguments of counsel; and for good cause shown; and for the reasons set forth on the record; it is hereby

**ORDERED** that the aforesaid Motion to Withdraw this Chapter 7 Case is **DENIED**.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.