Order Filed on August 29, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Tel: (201)845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>Debtors. | Case No.: 23-21777 (SLM)<br><br>Chapter 7<br><br>Hon. Stacey L. Meisel |

| Recommended Local Form: | ☒Followed   ☐Modified |
|---|---|

### ORDER AUTHORIZING RETENTION OF
### A.J. WILLNER AUCTIONS, LLC AS AUCTIONEER

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: August 29, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

In re: Ayyaz Ahmed and Aysha Khan, et al.
Case No.: 23-21777 (SLM)
Caption: Order Authorizing Retention of A.J. Willner Auctions, LLC as Auctioneer

Upon Applicant's request for authorization to retain A.J. Willner Auctions, LLC as auctioneer, it is hereby ORDERED:

1. Applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 81 Hamburg Turnpike

    Riverdale, NJ 07457

2. A.J. Willner Auctions, LLC is authorized to charge a 10% commission and retain a 15% buyers' premium from any successful bidder for the Debtors' assets. In addition, A.J. Willner Auctions, LLC shall seek reimbursement of expenses of $325.00 for trucking and retrieval fees.

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

    ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4923-2332-0157, v. 1