UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: AYYAZ AHMED and AYSHA KHAN, | Case No.: | 23-21777 (SLM) |
| Debtors. | Chapter | 7 |
| | Judge: | Hon. Stacey L. Meisel |

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Hon. Stacey L. Meisel on October 14, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3A, 50 Walnut Street, Newark, New Jersey. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> The Trustee proposes to abandon the estate's interest in two Abbot ID Now Molecular Rapid Test Analyzers, two boxes of ID Now Strep and RSV test cartridges, and miscellaneous computers and monitors on the basis that these items are of inconsequential value and burdensome to the estate.

> Liens on property:
> Unknown.

> Amount of equity claimed as exempt:
> None.

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email:cforman@formanlaw.com

F0253045 - 1