Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−21777−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx−xx−1878                                     xxx−xx−1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Public Sale:

Description of Property (if applicable):

Cosmetic Surgery Equipment Consisting of: RenaSculpt FE60, CareStream America Pro−NOX & Winkonlaser HS1000C Cryolipolysis Machine

Dated: September 11, 2025
JAN:

                                                      Jeanne Naughton
                                                      Clerk