Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 23–21777–SLM
                Chapter: 7
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx–xx–1878                                      xxx–xx–1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Auctioneer Compensation:

Description of Property (if applicable):

10% Commission, plus 15% Buyer's Premium

Dated: September 11, 2025
JAN:

                                                          Jeanne Naughton
                                                          Clerk