| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>Ann S. Lee<br>vroldan@mblawfirm.com<br>alee@mblawfirm.com<br><br>*Attorneys for McKesson Specialty Care Distribution LLC* | Case No. 23-21777 (SLM)<br><br>Chapter 7 |
| In re<br><br>AYYAZ AHMED and AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHAR-MACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC. AND DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX<br><br>                      Debtors. | |

**CERTIFICATION CONCERNING PROPOSED CONSENT ORDER**

I, Vincent Roldan, certify that with respect to the proposed consent order submitted to the court in the above-captioned matter, the following is true and correct to the best of my knowledge.

For the matter titled Application of McKesson Specialty Care Distribution LLC for Entry of a Second Consent Order Extending the Time to File a Complaint Objecting to Discharge or Determining the Discharcheability of Debt, filed on September 16, 2025:

1

4911-0883-4920, v. 2

**Consent Order**

An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011, upon electronically submitting it to the Court.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Anielle D. Cerreto, Esq. | Attorney for Debtors |

MANDELBAUM BARRETT PC
By: /s/ *Vincent J. Roldan*
Vincent J. Roldan
Ann S. Lee
3 Becker Farm Road Suite 105
Roseland, NJ 07068
Phone: (973) 396-8378
Email: vroldan@mblawfirm.com
          alee@mblawfirm.com

*Attorneys for McKesson Specialty Care Distribution LLC*

Dated: September 16, 2025

4911-0883-4920, v. 2