

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>Ann S. Lee<br>vroldan@mblawfirm.com<br>alee@mblawfirm.com<br><br>*Attorneys for McKesson Specialty Care Distribution LLC* | Order Filed on September 24, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.  23-21777 (SLM)<br><br>Chapter 7 |
| In re<br><br>AYYAZ AHMED and AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL AND EVENTS, LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHAR-MACY, OAK HILLS MEDICAL BUILDING PHARMACY, INC. a/k/a OAK HILLS PHARMACY, INC. AND DELTONA MEDICAL ARTS PHARMACY, INC. d/b/a APEX HEALTH RX<br><br>Debtors. | |

### SECOND CONSENT ORDER EXTENDING THE TIME FOR MCKESSON SPECIALTY CARE DISTRIBUTION LLC TO FILE A COMPLAINT OBJECTING TO <u>DISCHARGE OR DETERMINING THE DISCHARGEABILITY OF DEBT</u>

The relief set forth on the following pages, numbered one (1) and two (2), is hereby

**ORDERED.**

**DATED: September 24, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

4910-7326-4742, v. 4

**THIS MATTER** having been brought before the Court upon the submission of the proposed consent order under D.N.J. LBR 9019-4, by and between McKesson Specialty Care Distribution LLC ("**McKesson**"), a creditor in the above-captioned chapter 7 case, and the Debtors, seeking a second extension of the time to file a complaint objecting to discharge or determining the dischargeability of debt pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007; and District of New Jersey Local Bankruptcy Rule 9019-(4)(b); and the Court having considered the proposed order; and the parties having consented to the relief set forth herein as evidenced by the signatures of their respective undersigned counsel; and for good cause shown,

**IT IS ORDERED** as follows:

1. The time for McKesson to file a complaint objecting to discharge or determining the dischargeability of debt pursuant to 11 U.S.C. §§ 523 and 727 and Federal Rules of Bankruptcy Procedure 4004 and 4007 is hereby extended through and including December 31, 2025.

2. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or enforcement of this Order.

[*Signature Page follows*]

4910-7326-4742, v. 4

The parties, through their undersigned counsel hereto, hereby consent to the form, substance, and the entry of the foregoing order.

    MANDELBAUM BARRETT PC
By: /s/ *Vincent J. Roldan*
Vincent J. Roldan
Ann S. Lee
3 Becker Farm Road Suite 105
Roseland, NJ 07068
Phone: (973) 396-8378
Email: vroldan@mblawfirm.com
       alee@mblawfirm.com

*Attorneys for McKesson Specialty Care Distribution LLC*

Dated: September 16, 2025

LAW OFFICE OF ANIELLO D. CERRETO, ESQ.

By: /s/ *Aniello D. Cerreto*
Aniello D. Cerreto, Esq.

*Attorney for Debtors*

Dated: September 16, 2025

3

4910-7326-4742, v. 4