UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Telephone: (201) 845- 1000
Facsimile: (201) 665-6650
Charles M. Forman, Chapter 7 Trustee
cforman@formanlaw.com

In Re:

AYYAZ AHMED, AYSHA KHAN, et al.,

                    Debtors.

Chapter 7

Case No.:  23-21777 (SLM)

Hon. Stacey L. Meisel

## TRUSTEE'S REPORT OF COMPLETION OF SALE

Charles M. Forman, chapter 7 trustee (the "Trustee") for the estate of Ayyaz Ahmed, Aysha Khan, Prestige Infusions LLC, Lush Floral & Events LLC, Golden Healthcare LLC d/b/a Golden Healthcare Pharmacy, Oak Hills Medical Building Pharmacy Inc. a/k/a Oak Hills Pharmacy Inc., and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Health Rx (collectively, the "Debtors"), submits this report of completion of sale under Federal Rule of Bankruptcy Procedure 6004(f)(1), and respectfully represents that:

1.      On December 21, 2023, Ayyaz Ahmed and Aysha Khan filed a joint voluntary petition for relief under chapter 13 of the Bankruptcy Code under Case No. 23-21777 (SLM).

2.      On January 25, 2024, Ahmed and Khan's chapter 13 case was converted to a chapter 11 case.

3.      On March 28, 2024, Ahmed and Khan's chapter 11 case was converted to a chapter 7 case.   The same day, the Office of the United States Trustee appointed the Trustee to serve as the chapter 7 trustee for Ahmed and Khan's estate.

F0224281 - 1
4915-9958-1294, v. 1

4.  On December 17, 2024 (the "Extension Date"), this Court entered a *Consent Judgment Extending Proceedings and for Related Relief* (the "Consent Judgment") which (i) extended the chapter 7 case to the business entity debtors, and substantively consolidated all Debtors' assets and liabilities, among other things. [Doc. No. 142; Adv. Pro. No. 24-1633, Doc. No. 15].

5.  On December 20, 2024, the Office of the United States Trustee appointed the Trustee to serve as the chapter 7 trustee for all of the substantively consolidated Debtors and he continues to serve in that capacity.  [Doc. No. 147].

6.  As of the Extension Date, the Debtors owned certain cosmetic surgery machinery and equipment consisting of a RenaSculpt FE 60, Care Stream America Pro-NOX, and Winkonlaser HS 1000 C Cryolipolysis Machine (collectively, the "Cosmetic Surgery Equipment"), which were not disclosed in the Debtors' schedules.  The Trustee's appraiser valued the Cosmetic Surgery Equipment as having a cumulative forced sale liquidation value of $2,750.

7.  On August 29, 2025, this Court authorized me to retain A.J. Willner Auctions LLC to liquidate the Cosmetic Surgery Equipment at public auction. [Doc. No. 233].

8.  On September 11, 2025, this Court entered two Certifications of No Objection authorizing the public sale of the Cosmetic Surgery Equipment and approving the proposed auctioneer's compensation. [Doc. Nos. 239 and 240].

9.  The public auction sale of the Cosmetic Surgery Equipment has been completed. The Cosmetic Surgery Equipment cumulatively sold for $4,350 plus a 15% buyer's premium ($652.50), for a total purchase price of $5,002.50.   A.J. Willner Auctions, LLC retained the buyer's premium of $652.50 and gross sale proceeds of $4,350 were turned over to the estate on September 29, 2025.

F0224281 - 1
4915-9958-1294, v. 1

10.     From the gross sale proceeds, the estate has remitted a 10% commission ($435) plus $325 in expenses to A.J. Willner Auctions LLC pursuant to the Order Authorizing Retention of Auctioneer [Doc. No. 233] and the Notice of Proposed Auctioneer Compensation [Doc. No. 216].

11.     The chapter 7 estate has retained $3,590 in net sale proceeds.

12.     At this time, the public sale of the Cosmetic Surgery Equipment is completed.


                                            */s / Charles M. Forman*
Dated: September 30, 2025                    Charles M. Forman, Trustee

F0224281 - 1
4915-9958-1294, v. 1