**FORMAN HOLT**
**ATTORNEYS AT LAW**

October 1, 2025

<u>Via CM/ECF</u>
Honorable Stacey L. Meisel, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, Courtroom 3A
Newark, NJ 07102

    **Re:**    **Ayyaz Ahmed and Aysha Khan, et al**
           **Case No. 23-21777(SLM)**

           **Hearing Date:  October 14, 2025 at 10:00 a.m.**

Dear Judge Meisel:

Kimberly J. Salomon
Of Counsel
ksalomon@formanlaw.com
201.857-7101

This firm represents Charles M. Forman, the chapter 7 trustee ("Trustee") in the referenced case.  On September 19, 2025, Aysha Khan and Ayyaz Ahmed ("Debtors") filed amended schedules. [Doc. No. 245].  The same day, the Court automatically generated a notice for an Order to Show Cause as to why the case should not be dismissed for the Debtors' failure to pay the $34 court filing fee for the amended schedules and scheduled a hearing on the Order to Show Cause for October 14, 2025 at 10:00 a.m. [Doc. No. 248].

The Trustee objects to the dismissal of this case for the Debtors' failure to pay the filing fee.  There is ample cause not to dismiss this case, which was articulated in detail by the Trustee in his opposition to the Debtors' motion to dismiss and on the record at oral argument at the hearing on August 26, 2025, which are incorporated herein by reference.   [See, Doc. No. 214].   The Court, after reviewing all the evidence and arguments of counsel, agreed that this case should not be dismissed and entered an Order denying the Debtors' motion to dismiss their case. [Doc. No. 232].

The Trustee respectfully requests that this case not be dismissed on the mere technicality of an unpaid filing fee. The Trustee does not intend to appear at the hearing on the Order to Show Cause on October 14th unless an appearance is requested by the Court.

Respectfully,

Kimberly Salomon

    cc:    Charles M. Forman, Trustee (via e-mail)
           Rachel Wolf, Esq. (via e-mail)
           Aniello D. Cerreto, Esq. (via e-mail
           Aysha Khan and Ayyaz Ahmed (via e-mail)

