UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
A.J. Willner Auctions, LLC
81 Hamburg Turnpike
Riverdale, N.J. 07457
Phone: (908) 789-9999

Auctioneers for:  Charles M. Forman, Trustee

| | |
|---|---|
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>Debtor. | Case No.: 23-21777 (SLM)<br><br>Chapter 7<br><br>Judge:  Stacey L. Meisel |

## AUCTIONEER'S REPORT OF SALE

**Auction Date(s):**    September 18th, 2025

**Auction Format:**    Timed Online Auction

**Location(s):**    AJ Willner Auctions, 81 Hamburg Turnpike, Riverdale, NJ

**Assets Sold:**    Cool Sculpting / Cosmetic Surgery Equipment

**Total Sale:**    $ 4,350.00

Auctioneer picked up and transported the debtor's equipment to the AJ Willner Auctions, Riverdale, NJ warehouse for convenience of sale.  Auctioneer inventoried, marketed the equipment and conducted a Timed Online Auction.

The auction was advertised for over four weeks on AJWAuctions.com.  The auction was advertised on auctionzip.com, facebook.com, Instagram.com pages.  The auction listings were featured in (3) monthly email newsletters to over 40,000 registered email recipients. Ultimately, 88 bidders registered in the auction.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Harry Byrnes, A.J. Willner Auctions
(908) 789-9999

**AJ WILLNER**
AUCTIONS

| Lot # | Title | Buyer Name | Price |
|:---:|:---|:---|---:|
| 1 | Winkonlaser MixSlim Cryotherapy Fat Freezing/Slimming Machine | Lewis Douglas | $450.00 |
| 2 | Winkonlaser Renasculpt EMS RF Sculpting Machine | Sandeep Singla | $2,500.00 |
| 3 | Pro-Nox Nitrous Oxide Delivery System | Derek Mccabe | $1,400.00 |
| | **Gross Auction Sale Proceeds** | | **$4,350.00** |

**AJ Willner Auctions, LLC**

81 Hamburg Tpk, Riverdale, NJ  07457

(908) 789-9999  |  www.ajwauctions.com