| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea | |

Order Filed on October 2, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Misc. Pro. No.:  23-21777 (SLM)

Hearing Date:  10/14/2025

Judge:  Stacey L. Meisel

## ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS

The relief set forth on the following pages numbered 2 is hereby **ORDERED**.

**DATED: October 2, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case:              Ayyaz Ahmed and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea
Case No.:          23-21777-SLM
Caption of Order:  Order to Pay Fee Due for Filing Amended List of Creditors

Page 2 of 2

---

The Court having noted that the debtor(s) failed to pay the filing fee due for amending their list of creditors (the "Amendment Fee") at ECF No. 245 on September 19, 2025 as required; and for good cause shown, it is hereby,

**ORDERED** that the Debtors shall pay the court the Amendment Fee of $34 within 14 days of the entry of this Order; and it is further

**ORDERED** that this Court may impose sanctions if the Debtors fail to abide by this Order.