Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21777−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ayyaz Ahmed                                   Aysha Khan
  116 Boonton Ave.                              116 Boonton Ave.
  Butler, NJ 07405                              Butler, NJ 07405

Social Security No.:
  xxx−xx−1878                                   xxx−xx−1152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/14/25 at 10:00 AM

to consider and act upon the following:

*261* – ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS (related document:245 Amended Schedule(s) : A/B,C,D,E/F,G,H,I,J,Ch. 7 Statement of Current Monthly Income(B122A−1),Other Schedules re:Statement of Financial Affairs Receipt Number 00000, Fee Amount $ 34 filed by Ayyaz Ahmed, Aysha Khan. (mlc) filed by Debtor Ayyaz Ahmed, Joint Debtor Aysha Khan). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/2/2025. (ntp)

Dated: 10/2/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court