UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Suspension of Bankruptcy Matters Involving the United States as a Party

# GENERAL ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

Dated: October 1, 2025

*Christine M. Gravelle*
Christine M. Gravelle, Chief Judge
U.S. Bankruptcy Court
District of New Jersey

This matter is before the Court due to the lapse of Congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office for the District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States has represented to the United States District Court for the District of New Jersey ("District Court") that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the U.S. Attorney's Office and other federal agencies, particularly with respect to civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States, debtors or other litigants, with respect to deadlines, motions or adversary proceedings which apply to, or may include the United States as a party, occasioned by the lapse of funding, enters this Order, it is hereby

**ORDERED** that, **effective October 1, 2025**, all litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period set forth by any relevant District Court Standing Order. This Order includes as to the United States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to file proofs of claim, objections to discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period; and it is further

**ORDERED** that this order **does not** affect deadlines or other rights concerning motions, adversary proceedings, or appeals involving parties other than the United States; and it is further

**IT IS FURTHER ORDERED** that any litigant affected by this Order may seek relief from the Court by motion; and

**FINALLY ORDERED** that the Court may, in any particular matter, vary the effect or operation of this Order by separate ruling.

The Court may renew or modify this Order depending on developments during this period and incorporates by reference any relevant Standing Order entered by the District Court. Should any continued lapse in appropriations impact the ability of the judiciary to continue its operations, the Bankruptcy Court

will follow the District Court's guidance and will enter any additional orders required to continue its operations in the most efficient manner.

The Court shall distribute this Order by:

a. Electronic mail to all registered CM/ECF users;

b. Mail to all self-represented debtors in a bankruptcy case;

c. Mail to all self-represented plaintiffs and defendants in adversary proceedings; and

d. Posting the Order and a Notice to the Bar on the Court's website.

The Court shall clarify the status of affected matters and deadlines upon expiration of this period and dependent on the timing of the funding resolution or further order of this Court.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf903 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025              Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf903 | Total Noticed: 7 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andre L. Kydala | on behalf of Creditor Deluxe Services Group kydalalaw@aim.com kydalalaw@aim.com |
| Andrew L. Spivack | on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Aniello D. Cerreto | on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com |
| Aniello D. Cerreto | on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com |
| Ann S Lee | on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com |
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher John Leavell | on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank N.A. sdicks@raslg.com, shrdlaw@hotmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf903 | Total Noticed: 7 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26