UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-21777-SLM |
| AYYAZ AHMED and AYSHA KHAN, et al., | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF PROPOSED AUCTIONEER COMPENSATION

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, __A.J. Willner Auctions, LLC__, auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

Request for compensation in the amount of: $435.00 (10% Commission)

Request for reimbursement of expenses in the amount of: $325.00 (pickup fee)

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

Address of the Clerk:
US Bankruptcy Clerk
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, N.J. 08608

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | A.J. Willner Auctions, LLC |
| Address: | 81 Hamburg Turnpike, Riverdale NJ 07457 |
| Telephone No.: | (908) 789-9999 |
| Signature: | Harry Byrnes |
| Date: | 10/03/2025 |

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 03, 2025 | Form ID: pdf902 | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |
| aty | | Fred Kantrow, 32 Smithtown Bypass, Suite 101, Smithtown, NY 11787 |
| auc | + | A.J. Willner Auctions, LLC, 81 Hamburg Turnpike, Riverdale, NJ 07457-1167 |
| r | + | Joyce Klein Realtors, 4416 Ramsgate, Suite 102, San Antonio, TX 78230-1670 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| cr | + | Value Drug Company, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| 520814828 | + | Aetna Life Insurance vs., Aysha Khan, 151 Farmington Ave., Hartford, CT 06156-0001 |
| 520814829 | + | Amerisource Bergen v., Prestige Infusions and, Golden Health Care, 1 W 1st Ave., Conshohocken, PA 19428-1800 |
| 520814830 | + | Anda Drugs vs. Ayyaz Ahmed, 2915 Weston Rd., Weston, Fl 33331-3627 |
| 520117890 | | BMW Financial ervices, Po Box 3608, Dublin, OH 43016-0306 |
| 520117891 | | Borough of Butler, 1 Ace Rd, Butler, NJ 07405-1348 |
| 520117892 | | Capital Bank, Opensky Cbnk, 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 520117894 | + | Champion Estates Res. Owners Assoc, Inc., Allen, Stein & Durbin, P.C. 6243 W Ih 10, San Antonio, TX 78201-2086 |
| 520117898 | | Fleischer, Fleischer & Suglia, Four Greentree Centre 601 Route 73 N Ste, Marlton, NJ 08053-3475 |
| 520117899 | | Fox Rothschild LLP, 49 Market St, Morristown, NJ 07960-5122 |
| 520235440 | + | GCM CAPITAL LLC, The Kantrow Law Group PLLC, 732 Smithtown Bypass Ste 101, Smithtown, NY 11787-5020 |
| 520117900 | + | GCM Capital, 360 Hamilton Ave Ste 615, White Plains, NY 10601-1845 |
| 520814850 | + | Leonite Capital LLC, Pashman Stein Walder Hayden, 21 Main St. 200, Hackensack, NJ 07601-7054 |
| 520454691 | + | Leonite Capital LLC, Hinman, Howard & Kattell, LLP, 80 Exchange St PO Box 5250, Binghamton, NY 13902-5250 |
| 520117903 | | Leonite Capital LLC Pashman Stein Walder Hayden 21, Hackensack, NJ 07601-7054 |
| 520117906 | | Marine Midland Mortgage, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520814851 | + | McKesson Specialty Care, Distribution LLC, 6535 State Highway 161, Irving, TX 75039-2536 |
| 520814852 | + | Morris County Court, Records vs Khans, 56 Washington St., Morristown, NJ 07960-6812 |
| 520117907 | | Morris County Sheriffs Office, 56 Washington St, Morristown, NJ 07960-6812 |
| 520117911 | | Smith Drug Co., a div of J M Smith Corp, 9098 Fairforest Rd, Spartanburg, SC 29301-1134 |
| 520128533 | + | Smith Drug Company, A division of JM Smith Corp., c/o Zeichner Ellman & Krause LLP, Attn. Bruce S. Goodman, Esq., 730 Third Avenue, New York, New York 10017-3206 |
| 520117915 | | Thurman & Phillips P.C, 4093 De Zavala Rd, Shavano Park, TX 78249-2066 |
| 520139786 | + | Truist Bank, Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 520139787 | + | Truist Bank, successor by, merger to SunTrust Bank, 1001 Semmes Avenue, Richmond, Virginia 23224-2245 |
| 520214192 | + | Value Drug Company, c/o Michael R. Herz, Esq., 49 Market Street, Morristown, NJ 07960-5122 |
| 520117918 | | Value Drug Company, 195 Theater Dr, Duncansville, PA 16635-7144 |
| 520404160 | + | the United States Trustee, ATTN: Robert J. Schneider, Jr., Esq., Office of the United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 03, 2025 | Form ID: pdf902 | Total Noticed: 82 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Oct 03 2025 20:39:15 | Forman Holt, 365 West Passaic Street Suite 400, Rochelle Park, NJ 07662-3005 |
| aty | ^ MEBN | Oct 03 2025 20:39:12 | Forman Holt, Formnlaw LLC d/b/a Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + Email/Text: atkinsappraisal@aol.com | Oct 03 2025 20:41:00 | A. Atkins Appraisal Corporation, 122 Clinton Road, Suite 2 A, Fairfield, NJ 07004-2900 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:56:08 | BMW Financial Services, AIS Portfolio Services LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | ^ MEBN | Oct 03 2025 20:38:00 | De Lage Landen Financial Services, Inc. c/o Nicola, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520195288 | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 20:45:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520117887 | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 20:56:10 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 520117888 | Email/Text: bankruptcies@andanet.com | Oct 03 2025 20:41:00 | Anda Inc., 2915 Weston Rd, Weston, FL 33331-3627 |
| 520172998 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 20:45:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117889 | Email/Text: customer.service@atlantichealth.org | Oct 03 2025 20:41:00 | Atlantic Health System, Po Box 21385, New York, NY 10087-1385 |
| 520121755 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:45:04 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520176092 | + Email/Text: bankruptcy@certified-solutions.com | Oct 03 2025 20:41:00 | CHILTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117893 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 20:45:07 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 520126993 | + Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 20:45:23 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520184278 | + Email/Text: erin.gapinski@cardinalhealth.com | Oct 03 2025 20:41:00 | Cardinal Health 108, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520184280 | + Email/Text: erin.gapinski@cardinalhealth.com | Oct 03 2025 20:41:00 | Cardinal Health 110, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 520117895 | ^ MEBN | Oct 03 2025 20:37:18 | Coastal/prosp, 221 Main St Ste 400, San Francisco, CA 94105-1913 |
| 520117896 | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2025 20:45:12 | Credit One Bank Na, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520117897 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Oct 03 2025 20:41:00 | De Lage Landen Financial Services Inc., 1111 Old Eagle School Rd Ste 1, Wayne, PA 19087 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520164350 | ^ | MEBN | Oct 03 2025 20:37:59 | De Lage Landen Financial Services, Inc., c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., 601 Route 73 North, Suite 305, Marlton, NJ 08053-3475 |
| 520171617 | | Email/Text: BNCnotices@dcmservices.com | Oct 03 2025 20:41:00 | Emergency Physician Associates of North Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520172188 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520117901 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 20:45:20 | JPMCB Auto, Po Box 901076, Fort Worth, TX 76101-2076 |
| 520117902 | ^ | MEBN | Oct 03 2025 20:37:43 | KML Law Group P.C., JEK, Esq., RPA, Esq., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520192714 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 20:45:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520117904 | | Email/Text: wdtn_mwzm@mwzmlaw.com | Oct 03 2025 20:41:00 | Mackie Wolf Zientz & Mann, PC, 14160 Dallas Pkwy Ste 900, Dallas, TX 75254-4314 |
| 520684785 | | Email/Text: BkNotice@McKesson.com | Oct 03 2025 20:41:00 | McKesson Specialty Care Distribution LLC, 401 Mason Road, La Vergne, TN 37086 |
| 520176093 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 03 2025 20:41:00 | MONTCLAIR RADIOLOGY, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520117905 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2025 20:45:40 | Macys, Po Box 71359, Philadelphia, PA 19176-1359 |
| 520153475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 03 2025 20:45:02 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520552533 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Oct 03 2025 20:41:00 | NEW YORK STATE DEPARTMENT OF LABOR, 1220 WASHINGTON AVE, BLDG 12 RM 256, ALBANY, NY 12226-1799 |
| 520117908 | ^ | MEBN | Oct 03 2025 20:39:05 | NYC Dept. of Finance, Po Box 3615, New York, NY 10008-3615 |
| 520557122 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 03 2025 20:42:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 520117909 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 20:45:42 | PORTFOLIO RECOV ASSOC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520212244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 20:45:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520117910 | ^ | MEBN | Oct 03 2025 20:38:50 | PSE&G, Po Box 709, Newark, NJ 07101-0709 |
| 520117913 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 03 2025 20:41:00 | Tenaglia and Hunt Pa, Your client Citibank N.A., Att: Jason Sikoryak Esq., 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 520139555 | + | Email/Text: bankruptcy@bbandt.com | Oct 03 2025 20:41:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 520117916 | | Email/Text: bankruptcy@bbandt.com | Oct 03 2025 20:41:00 | Truist Mortgage, Po Box 849, Wilson, NC 27894-0849 |
| 520120625 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 03 2025 20:45:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520117917 | | Email/Text: bankruptcy@uscbcorporation.com | Oct 03 2025 20:41:00 | USCB Corp, Po Box 75, Archbald, PA 18403-0075 |
| 520290247 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2025 20:42:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 03, 2025 | Form ID: pdf902 | Total Noticed: 82 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117914 | | The Law Office of Aniello D. Cerreto, Esq., 215 Gordons Corner Road Suite 1i English |
| 520814853 | | Thomas Conzo |
| 520117919 | | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas New York, NY |
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| 520117912 | ##+ | Stone Oaks Property Owners Assoc. Inc., 19210 Huebner Rd Ste 100, San Antonio, TX 78258-3103 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

**Name**         **Email Address**

Andre L. Kydala
on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Andrew L. Spivack
on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Aniello D. Cerreto
on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Aniello D. Cerreto
on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Ann S Lee
on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com

Bruce Seth Goodman
on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Cory Francis Woerner

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 03, 2025 | Form ID: pdf902 | Total Noticed: 82 |

| | |
|---|---|
| | on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com  jkisla@formanlaw.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank  N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 26