

Order Filed on October 6, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea | Case No.:  23-21777<br><br>Chapter:  7<br><br>Hearing Date:  n/a<br><br>Judge:  Stacey L. Meisel |

## ORDER VACATING

## ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS

was entered in this case prematurely and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated 10/02/2025, be and the same is hereby vacated.

*revised 2/25/14*