Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–21777–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx–xx–1878                                                                 xxx–xx–1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

　　　I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

The Trustee proposes to abandon the estates interest in two Abbot ID Now Molecular Rapid Test Analyzers, two boxes of ID Now Strep and RSV test cartridges, and miscellaneous computers and monitors on the basis that these items are of inconsequential value and burdensome to the estate

Dated: October 8, 2025
JAN:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk