

Order Filed on October 6, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Ayyaz Ahmed and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea | Case No.: 23-21777<br>Chapter: 7<br>Hearing Date: n/a<br>Judge: Stacey L. Meisel |

## ORDER VACATING

### ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

<u>ORDER TO PAY FEE DUE FOR FILING AMENDED LIST OF CREDITORS</u>

was entered in this case prematurely and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____10/02/2025_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Deltona Medical Arts Pharmacy, Inc. d/b/ | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf903 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayyaz Ahmed, 116 Boonton Ave., Butler, NJ 07405-2910 |
| db | + | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| db | + | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| db | #+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| db | #+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| db | #+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| jdb | + | Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea, 1200 Deltona Blvd., Suite 50, Deltona, FL 32725-6386 |
| cr | *+ | Golden Healthcare LLC d/b/a Golden Healthcare Phar, 242 Palisade Avenue, Suite A, Garfield, NJ 07026-2967 |
| cr | *+ | Lush Floral and Events, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |
| cr | *+ | Oak Hills Medical Building Pharmacy a/k/a Oak Hill, 7711 Louis Pasteur Drive, San Antonio, TX 78229-3411 |
| cr | *+ | Prestige Infusions, LLC, 116 Boonton Avenue, Kinnelon, NJ 07405-2910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf903 | Total Noticed: 7 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Andre L. Kydala
     on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Andrew L. Spivack
     on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Aniello D. Cerreto
     on behalf of Debtor Ayyaz Ahmed adclawoffice@gmail.com

Aniello D. Cerreto
     on behalf of Joint Debtor Aysha Khan adclawoffice@gmail.com

Ann S Lee
     on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com

Bruce Seth Goodman
     on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman
     cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
     on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Christopher John Leavell
     on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com

Cory Francis Woerner
     on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert K. Ryder
     on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

Jeffrey Mark Rosenthal
     on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com jventola@choate.com;smonahan@choate.com;akramer@otterbourg.com

Jordan B. DeFlora
     on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com

Kimberly J. Salomon
     on behalf of Plaintiff Charles Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
     on behalf of Attorney Forman Holt ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
     on behalf of Trustee Charles M. Forman ksalomon@formanlaw.com  jkisla@formanlaw.com

Kimberly J. Salomon
     on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@formanlaw.com, jkisla@formanlaw.com

Michael A. Artis
     on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. Herz
     on behalf of Creditor Value Drug Company mherz@foxrothschild.com  cbrown@foxrothschild.com

Nicola G. Suglia
     on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

Rachel Wolf
     on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Rachel Wolf
     on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov

Robert J. Schneider
     on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov

Sherri R. Dicks
     on behalf of Creditor JPMorgan Chase Bank  N.A. sdicks@raslg.com, shrdlaw@hotmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf903 | Total Noticed: 7 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26