In Re:  
Aysha Khan and Ayyaz Ahmed, Debtors

Chapter 7  
Case No. 23-21777 (SLM)  
Hon. Stacey L. Meisel  
Date: October 16, 2025

## NOTICE OF NON-ESTATE PROPERTY AND INTENTION TO PROCEED WITH LOSS MITIGATION

COMES NOW the Debtors, and respectfully submit this Notice to inform the Court and the Chapter 7 Trustee as follows:

1. The real property located at 116 Boonton Avenue, Kinnelon, NJ 07405 was formally abandoned by the Chapter 7 Trustee pursuant to 11 U.S.C. § 554 and is therefore no longer property of the bankruptcy estate.

2. The Debtors are currently participating in a Loss Mitigation Plan with the mortgage servicer on the above-referenced property.

3. The mortgage servicer has requested confirmation that Court approval is unnecessary before proceeding with plan execution.

4. Because the property has been abandoned and is outside the estate, the Debtors believe no further approval of the Bankruptcy Court is required under 11 U.S.C. § 554(c) and (d).

5. Nevertheless, this Notice is filed out of an abundance of caution to notify the Court and the Trustee of the Debtors' intention to proceed with the Loss Mitigation Plan unless an objection is filed within fourteen (14) days of service of this Notice.

6. The Debtors remain in full compliance with the servicer's payment requirements and intend to complete the plan in good faith.

WHEREFORE, the Debtors respectfully request that the Court acknowledge that the subject property has been abandoned from the estate and that no further order or approval is required for the Debtors to proceed with their Loss Mitigation Plan.

Signed on 10/20/25