Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 23−21777−SLM
    Chapter: 7
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx−xx−1878                                                xxx−xx−1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Auctioneer Compensation:

Description of Property (if applicable):

$435.00 (10% Commission)

$325.00 (pickup fee)

Dated: October 27, 2025
JAN:

                                                                      Jeanne Naughton
                                                                       Clerk