UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: AYYAZ AHMED and AYSHA KHAN,          Case No.:      23-21777 (SLM)

            Debtors.                        Chapter      7

                                            Judge:      Hon. Stacey L. Meisel

---

### NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, chapter 7 trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court, District of New Jersey
                        P.O. Box 1352
                        Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Hon. Stacey L. Meisel on December 2, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 3A, 50 Walnut Street, Newark, New Jersey.  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

The Trustee proposes to abandon the estate's interest, if any, in the following on the basis that they are of inconsequential value and burdensome to the estate:

1. 2020 Mercedes-Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY3LT022591;
2. 2020 Mercedes-Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY0LT020555; and
3. 2020 Mercedes-Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY2LT022503.

Liens on property:

Gulf Coast Bank & Trust Co., assignee of Santander Bank, N.A. Cumulative lien on all three vehicles is $65,356.44.

Amount of equity claimed as exempt:

None.

Objections must be served on, and requests for additional information directed to:

*/s/Charles M. Forman*
Charles M. Forman, Trustee
Forman Holt, 365 W. Passaic Street, Suite 400, Rochelle Park, New Jersey 07662
Tel: 201.845.1000
Email: cforman@formanlaw.com