UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of
Aniello D. Cerreto, Esq.

Gordon's Corner Professional Plaza
215 Gordon's Corner Road – Suite 1i
Manalapan, NJ 07726

Phone:   732-664-4739
Email:   Adclawoffice@gmail.com
Website:    www.adcesq.com

In Re:

Ayyaz Ahmed and
Aysha Khan

Order Filed on November 4, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:     23-21777

Chapter:      7

Hearing Date:    10/28/2025

Judge:     SLM

# ORDER
## RE MOTION TO WITHDRAW AS ATTORNEY

The relief set forth on the following pages, numbered two (2) through __2__, is **ORDERED**.

**DATED: November 4, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having come before the Court by Aniello D. Cerreto, Esq. Attorney for the Debtors for the entry of an Order allowing Aniello D. Cerreto, Esq. to withdraw as counsel; it is hereby ORDERED that Aniello D. Cerreto, Esq. shall be authorized to withdraw, and hereby is withdrawn as Debtors' counsel.