| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | Order Filed on November 20, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |

**ORDER AUTHORIZING TRUSTEE TO
FILE AMENDED LIST OF CREDITORS**

The relief set forth herein, on the following page, numbered two (2), be and hereby is

**ORDERED**.

**DATED: November 20, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

{F0248138 - 1}

Page (2)
Debtor:     Ayyaz Ahmed and Aysha Khan, et al.
Case No.:   23-21777 (SLM)
Caption:    Order Authorizing Trustee to File Amended List of Creditors

**THIS MATTER**, having been brought before the Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee (the "Trustee") for Ayyaz Ahmed and Aysha Khan, et al. (the "Debtors"), through his attorneys, Forman Holt, for the entry of an order authorizing him to file an amended list of creditors pursuant to 11 U.S.C. §105 and Fed. R. Bankr. P. 1007 and 1009; and the Court finding that notice of this motion having been given to all appropriate parties; and the Court having reviewed the pleadings filed, the arguments presented and all objections, if any; and for good cause shown, it is hereby

**ORDERED** that the Trustee be and hereby is authorized to file an amended list of creditors (Creditor's Matrix) to list the creditors identified in Exhibit A to the Motion; and it is further

**ORDERED** that the Trustee is authorized to file additional amendments to the list of creditors, as needed and as circumstances warrant, in the exercise of the Trustee's business judgment; and it is further

**ORDERED** that nothing in this Order shall impact, affect, or negate the Debtors' duties to comply with prior orders of this Court and to file accurate schedules of assets and liabilities in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

{F0248138 - 1}
4915-6820-2345, v. 1