Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23–21777–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ayyaz Ahmed | Aysha Khan |
| 116 Boonton Ave. | 116 Boonton Ave. |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
xxx–xx–1878                                                                 xxx–xx–1152

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

The Trustee proposes to abandon the estates interest, if any, in the following on the basis that they are of inconsequential value and burdensome to the estate:
1. 2020 Mercedes–Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY3LT022591;
2. 2020 Mercedes–Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY0LT020555; and
3. 2020 Mercedes–Benz Sprinter Van, registered to Prestige Infusions, LLC, VIN# W1Z4EGHY2LT022503.


Dated: November 26, 2025
JAN:

Jeanne Naughton
Clerk