**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL & EVENTS LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY INC. a/k/a OAK HILLS PHARMACY INC, and DELTONA MEDICAL ARTS PHARMACY, INC., d/b/a APEX HEALTH, RX,<br><br>Debtors. | Case No. 23-21777 (SLM)<br><br>Chapter 7 |

**VERIFICATION OF CREDITOR MATRIX**

I, the chapter 7 trustee for the Debtors' estate in this case, hereby verify that the attached amended list of creditors is true and correct to the best of my knowledge, information and belief, based on information provided by the Debtors and my investigation into the Debtors' financial affairs. I reserve the right to file amendments to the list of creditors, as needed, and as circumstances warrant, in the exercise of my business judgment, pursuant to the *Order Authorizing Trustee to File Amended List of Creditors* [Doc. No. 284].

Dated: December 3, 2025

*/s/ Charles M. Forman*
Charles M. Forman, Trustee

4930-4616-7676, v. 1

Aetna
PO Box 14079
Lexington, KY 40512-4079

Aetna Better Health of New Jersey
Attn: Finance
PO Box 842669
Dallas, TX 75284

Aetna Life Insurance vs.
Aysha Khan
151 Farmington Ave.
Hartford, CT 06156

Allianz
c/o Keysource Acquisition LLC
800 Red Brook Blvd, Suite 400C
Owings Mills, MD 21117

Alpine Health
PO Box 829636
Philadelphia, PA 19182-9636

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amerisource Bergen v.
Prestige Infusions and
Golden Health Care
1 W 1st Ave.
Conshohocken, PA 19428

Amex
Po Box 981540
El Paso, TX 79998-1540

AmTrust Financial
800 Superior Avenue E
Cleveland, OH 44114

Anda Inc.
2915 Weston Rd
Weston, FL 33331-3627

Anda Inc.
c/o Shraiberg Page PA
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431

Anthem Blue Cross/ NY Medicare
c/o Lamont, Hanley & Associates, Inc.
186 Granite Street
Manchester, NH 03105

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Asset Protection Unit, LLC
PO Box 32802
Amarillo, TX 79120

Atlantic Health System
Po Box 21385
New York, NY 10087-1385

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

BMW Financial Services
Po Box 3608
Dublin, OH 43016-0306

BMW Financial Services NA, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Borough of Butler
1 Ace Rd
Butler, NJ 07405-1348

Capital Bank, Opensky Cbnk
2275 Research Blvd Ste 600
Rockville, MD 20850-6238

Capital One
Po Box 30285
Salt Lake Cty, UT 84130-0285

4930-4616-7676, v. 1

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cardinal Health 108, LLC
7000 Cardinal Place
Dublin, OH 43017

Cardinal Health 108, LLC
dba Metro Medical Supply, Inc.
305 Tech Park Drive, Suite 113
La Vergne, TN 37086

Cardinal Health 110, LLC
7000 Cardinal Place
Dublin, OH 43017

Cardinal Health 110, LLC
c/o Kurzman Eisenberg Corbin & Lever LLP
One North Broadway, 12th Floor
White Plains, NY 10601

Champion Estates Res. Owners Assoc, Inc.
Allen, Stein & Durbin, P.C. 6243 W Ih 10
San Antonio, TX 78201-2092

CHILTON MEDICAL CTR
C/O CERTIFIED-SOLUTIONS
PO BOX 1750
WHITEHOUSE STATION, NJ 08889

Clerk of the Court for Miami-Dade County
c/o Linebarger Goggan Blair & Sampson, LLP
PO Box 01-1861
Miami, FL 33101-1861

Coastal/prosp
221 Main St Ste 400
San Francisco, CA 94105-1913

ConEdison
PO Box 1702
New York, NY 10116-1702

Corporate Filings LLC
30 N Gould Street, Suite 7001
Sheridan, WY 82801

Credit One Bank Na
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

De Lage Landen Financial Services Inc.
1111 Old Eagle School Rd Ste 1
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
c/o Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia, P.C.
601 Route 73 North, Suite 305
Marlton, NJ 08053

Department of Financial Services
 Division of Workers' Compensation
612 Larson Building
200 East Gaines Street
Tallahassee, FL 32399-0390

Devang Jariwala
c/o Mansell Law LLC
85 8th Avenue, 6M
New York, NY 10011

Drug Package LLC
901 Drug Package Lane
O'Fallon, MO 63366

Emergency Physician Associates of North Jersey PC
PO Box 1123
Minneapolis, MN 55440-1123

Fox Rothschild LLP
49 Market St
Morristown, NJ 07960-5122

FDOT
PO Box 31241
Tampa, FL 33631-3241

Federal Express
US Collections Department
PO Box 371461
Pittsburgh, PA 15250-7461

GCM Capital
360 Hamilton Ave Ste 615
White Plains, NY 10601

GCM CAPITAL LLC
The Kantrow Law Group PLLC
732 Smithtown Bypass Ste 101
Smithtown, NY 11787

Gulf Coast Bank & Trust Co
c/o Saldutti Law Group
1040 North Kings Highway, Suite 100
Cherry Hill, NJ 08034

Henry Schein
Corporate Office
135 Duryea Road
Melville, NY 11747

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JamsRx
4811 Lyons Technology Pkwy, Unit 23-25
Coconut Creek, FL 33073

Jersey City Municipal Court
365 Summit Avenue
Jersey City, NJ 07306

JPMCB Auto
Po Box 901076
Fort Worth, TX 76101-2076

KML Law Group P.C.
JEK, Esq.
RPA, Esq.
701 Market St Ste 5000
Philadelphia, PA 19106-1541

Kapitus Servicing Inc
c/o Nguyen Ballato PLC
2201 Libbie Avenue
Richmond, VA 23230

Key Source
7820 Palace Drive
Cincinnati, OH 45249

Kinum
770 Lynnhaven Parkway, Suite 160
Virginia Beach, VA 23452

Leader Drugstores, Inc. d/b/a LeaderNET
7000 Cardinal Place
Dublin, OH 43017

Leonite Capital LLC
Pashman Stein Walder Hayden
21 Main St. 200
Hackensack, NJ 07601

Leonite Capital LLC
Hinman, Howard & Kattell, LLP
80 Exchange St PO Box 5250
Binghamton, NY 13902

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mackie Wolf Zientz & Mann, PC
14160 Dallas Pkwy Ste 900
Dallas, TX 75254-4314

Macys
Po Box 71359
Philadelphia, PA 19176-1359

Marine Midland Mortgage
Po Box 26648
Oklahoma City, OK 73126-0648

Massachusetts Department of Transportation
c/o Professional Account Management LLC
PO Box 500
Horseheads, NY 14845-0500

McKesson Specialty Care
Distribution LLC
6535 State Highway 161
Irving, TX 75039

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086

Merchant One
1600 Terrell Mill Road SE, Suite 400
Marietta, GA

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

MONTCLAIR RADIOLOGY
C/O CERTIFIED-SOLUTIONS
PO BOX 1750
WHITEHOUSE STATION, NJ 08889

Morris County Court
Records vs Khans
56 Washington St.
Morristown, NJ 07960

Morris County Sheriff's Office
56 Washington St
Morristown, NJ 07960-6812

National Association of Letter Carriers Health Benefit Plan
20547 Waverly Court
Ashburn, VA 20149

NEW YORK STATE DEPARTMENT OF LABOR
1220 WASHINGTON AVE, BLDG 12 RM 256
ALBANY, NY 12226

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

Document      Page 9 of 13

NJ E-ZPass
c/o CCS
725 Canton Street
Norwood, MA 02062

NYC Dept of Finance
Church Street Station
PO Box 3615
New York, NY 10008-3615

NYS Department of Labor
PO Box 15012
Albany, NY 12212-5012

NYS Department of Taxation and Finance
c/o NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

NYS Department of Taxation and Finance
W A Harriman Campus
Albany, NY 12227-0001

Payment Resolution Services
Attn: MSC 410837
PO Box 415000
Nashville, TN 37241-0837

Pediatrics Urgent Care
1 Hollow Lane, Suite 301
Lake Success, NY 11042

Pennsylvania National Mutual Casualty
c/o Brown & Joseph LLC
One Pierce Place, Suite 700W
Itasca, IL 60143

PORTFOLIO RECOV ASSOC
120 Corporate Blvd
Norfolk, VA 23502-4952

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

PSE&G
Po Box 709
Newark, NJ 07101-0709

Quill LLC
PO Box 37600
Philadelphia, PA 19101-0600

Riker Danzing LLP
One Speedwell Avenue
Morristown, NJ 07962-1981

Saagar Properties LLC
c/o Srinivas Kavuri
5 Millers Lane
New Hyde Park, NY 11040

Shore Office Systems
60 Enter Lane
Islandia, NY 11749

Smith Drug Co., a div of J M Smith Corp
9098 Fairforest Rd
Spartanburg, SC 29301-1134

Smith Drug Company, A division of JM Smith Corp.
c/o Zeichner Ellman & Krause LLP
Attn. Bruce S. Goodman, Esq.
730 Third Avenue
New York, New York 10017

South Pointe Wholesale
c/o Martini Hughes & Grossman
955 NW 17th Ave, Bldg A
Delray Beach, FL 33445

Spectrum Business
Charter Communications
PO Box 7186
Pasadena, CA 91109-7186

Spectrum Business
Time Warner Cable
PO Box 7186
Pasadena, CA 91109-7186

State of NJ Division of Taxation
Compliance and Enforcement - Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

Stone Oaks Property Owners Assoc. Inc.
19210 Huebner Rd Ste 100
San Antonio, TX 78258

TD Bank, N.A.
c/o Associated Creditor Services Inc.
PO Box 1201
Tewksbury, MA 01876-0901

Tenaglia and Hunt Pa
Your client Citibank N.A.
Att: Jason Sikoryak Esq.
395 W Passaic St Ste 205
Rochelle Park, NJ 07662

The Hartford Financial Services Group Inc.
c/o Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143

The United States Trustee
ATTN: Robert J. Schneider, Jr., Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Thurman & Phillips P.C
4093 De Zavala Rd
Shavano Park, TX 78249-2066

Truist Bank
Bankruptcy Department 306-40-04-95
P.O. Box 27767
Richmond, VA 23261

Truist Bank
Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103

Truist Bank, successor by
merger to SunTrust Bank
1001 Semmes Avenue
Richmond, Virginia 23224

Truist Mortgage
Po Box 849
Wilson, NC 27894-0849

US Bank Equipment Finance
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

U.S. Department of Housing and Urban Development
26 Federal Plaza, Suite 3541
New York, NY 10278

US Small Business Administration
PO Box 3918
Portland, OR 97208-3918

US Small Business Administration
National Disaster Loan Resolution Center
200 W. Santa Ana Boulevard, Suite 740
Santa Ana, CA 92701

USCB Corp
Po Box 75
Archbald, PA 18403-0075

Utica National Insurance Group
PO Box 6532
Utica, NY 13504-6532

Value Drug Company
c/o Michael R. Herz, Esq.
49 Market Street
Morristown, NJ 07960

Value Drug Company
195 Theater Dr
Duncansville, PA 16635-7144

Wellpoint/NJ Medicare
PO Box 933657
Atlanta, GA 31193-3657

Welltower QP LLC
c/o Sunrise Credit Services Inc.
PO Box 9004
Melville, NY 11747-9004

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036

4930-4616-7676, v. 1