| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 W. Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN, PRESTIGE INFUSIONS, LLC, LUSH FLORAL & EVENTS LLC, GOLDEN HEALTHCARE LLC d/b/a GOLDEN HEALTHCARE PHARMACY, OAK HILLS MEDICAL BUILDING PHARMACY INC. a/k/a OAK HILLS PHARMACY INC, and DELTONA MEDICAL ARTS PHARMACY, INC., d/b/a APEX HEALTH, RX,<br><br>                              Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |
| CHARLES M. FORMAN, as Chapter 7 Trustee for Ayyaz Ahmed, et al.,<br><br>                        Plaintiff,<br><br>v.<br><br>AMERIHEALTH, INC.,<br><br>                        Defendant. | Adv. Pro. No. 25-2502 (SLM) |

**CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE**

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed the Complaint in the above-captioned matter without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

4. I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Charles M. Forman*                                      Charles M. Forman
Trustee (Signature)                                         Typed Name of Trustee

Dated:  December 4, 2025