UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
rmcdowell@slgcollect.com
Counsel for Gulf Coast Bank & Trust Co., assignee of Santander Bank, N.A.

In Re:

Ayyaz Ahmed, Aysha Khan et. al.,

                Debtors.

Case No.:   23-21777-SLM
(Substantively Consolidated)

Chapter:   7

Hrg Date:   November 25, 2025 at 10AM

Judge:   Hon. Stacey L. Meisel

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, **Rebecca K. McDowell, Esq.**:

    X represent **Gulf Coast Bank & Trust Co.** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **December 5, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Gulf Coast Bank & Trust Co.'s Motion to Allow Late Claim**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **December 5, 2025**

/s/ Rebecca K. McDowell
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **BMW Financial Services**<br>AIS Portfolio Services LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |