| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kimberly J. Salomon, Esq.<br>ksalomon@formanlaw.com | |
| In Re:<br><br>AYYAZ AHMED and AYSHA KHAN, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Jennifer Kisla,

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Kimberly J. Salomon, Esq. who represents Charles M. Forman, the chapter 7 Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Letter to creditors advising of deadline to file proof of claim and object to Debtors' exemptions;

    b. Notice of Chapter 11 Bankruptcy Case;

    c. Notice of Appointment for the Trustee; and

    d. Order Respecting Amendment to Schedule D, E/F, G, H or List of Creditors, which was signed by Judge Meisel on December 5, 2025.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 10, 2025

/s/ *Jennifer Kisla*
Jennifer Kisla

4924-2206-8864, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aetna<br>PO Box 14079<br>Lexington, KY 40512-4079 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alpine Health<br>PO Box 829636<br>Philadelphia, PA 19182-9636 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Asset Protection Unit, LLC<br>PO Box 32802<br>Amarillo, TX 79120 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aetna Better Health of New Jersey<br>Attn: Finance<br>PO Box 842669<br>Dallas, TX 75284 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmTrust Financial<br>800 Superior Avenue E<br>Cleveland, OH 44114 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allianz<br>c/o Keysource Acquisition LLC<br>800 Red Brook Blvd, Suite 400C<br>Owings Mills, MD 21117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anda Inc.<br>c/o Shraiberg Page PA<br>2385 NW Executive Center Dr Ste 300<br>Boca Raton, FL 33431 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthem Blue Cross/ NY Medicare<br>c/o Lamont, Hanley & Associates<br>186 Granite Street<br>Manchester, NH 03105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Corporate Filings LLC<br>30 N Gould Street, Suite 7001<br>Sheridan, WY 82801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cardinal Health 108, LLC<br>dba Metro Medical Supply, Inc.<br>305 Tech Park Drive, Suite 113<br>La Vergne, TN 37086 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cardinal Health 110, LLC<br>c/o Kurzman Eisenberg Corbin & Lever LLP<br>One North Broadway, 12th Floor<br>White Plains, NY 10601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Clerk of the Court for Miami-Dade County<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>PO Box 01-1861<br>Miami, FL 33101-1861 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ConEdison<br>PO Box 1702<br>New York, NY 10116-1702 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Department of Financial Services, Division of Workers' Compensation<br>612 Larson Building<br>200 East Gaines Street<br>Tallahassee, FL 32399-0390 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Devang Jariwala<br>c/o Mansell Law LLC<br>85 8th Avenue, 6M<br>New York, NY 10011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Drug Package LLC<br>901 Drug Package Lane<br>O'Fallon, MO 63366 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FDOT<br>PO Box 31241<br>Tampa, FL 33631-3241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Federal Express<br>US Collections Department<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gulf Coast Bank & Trust Co<br>c/o Saldutti Law Group<br>1040 North Kings Hwy, Ste 100<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Henry Schein<br>Corporate Office<br>135 Duryea Road<br>Melville, NY 11747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JamsRx<br>4811 Lyons Technology Pkwy<br>Unit 23-25<br>Coconut Creek, FL 33073 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jersey City Municipal Court<br>365 Summit Avenue<br>Jersey City, NJ 07306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kapitus Servicing Inc<br>c/o Nguyen Ballato PLC<br>2201 Libbie Avenue<br>Richmond, VA 23230 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Key Source<br>7820 Palace Drive<br>Cincinnati, OH 45249 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kinum<br>770 Lynnhaven Parkway, Suite 160<br>Virginia Beach, VA 23452 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leader Drugstores, Inc. d/b/a LeaderNET<br>7000 Cardinal Place<br>Dublin, OH 43017 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Massachusetts Department of Transportation<br>c/o Professional Account Management<br>PO Box 500<br>Horseheads, NY 14845-0500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Merchant One<br>1600 Terrell Mill Road SE, Ste 400<br>Marietta, GA | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| National Association of Letter Carriers Health Benefit Plan<br>20547 Waverly Court<br>Ashburn, VA 20149 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ E-ZPass<br>c/o CCS<br>725 Canton Street<br>Norwood, MA 02062 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NYS Department of Labor<br>PO Box 15012<br>Albany, NY 12212-5012 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NYS Department of Taxation and Finance<br>c/o NYS Assessment Receivables<br>PO Box 4127<br>Binghamton, NY 13902-4127 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NYS Department of Taxation and Finance<br>W A Harriman Campus<br>Albany, NY 12227-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Payment Resolution Services<br>Attn: MSC 410837<br>PO Box 415000<br>Nashville, TN 37241-0837 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pediatrics Urgent Care<br>1 Hollow Lane, Suite 301<br>Lake Success, NY 11042 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pennsylvania National Mutual Casualty<br>c/o Brown & Joseph LLC<br>One Pierce Place, Suite 700W<br>Itasca, IL 60143 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quill LLC<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riker Danzing LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Saagar Properties LLC<br>c/o Srinivas Kavuri<br>5 Millers Lane<br>New Hyde Park, NY 11040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shore Office Systems<br>60 Enter Lane<br>Islandia, NY 11749 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Smith Drug Company<br>c/o Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| South Pointe Wholesale<br>c/o Martini Hughes & Grossman<br>955 NW 17th Ave, Bldg A<br>Delray Beach, FL 33445 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spectrum Business<br>Charter Communications<br>PO Box 7186<br>Pasadena, CA 91109-7186 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spectrum Business<br>Time Warner Cable<br>PO Box 7186<br>Pasadena, CA 91109-7186 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of NJ Division of Taxation<br>Compliance and Enforcement - Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A.<br>c/o Associated Creditor Services<br>PO Box 1201<br>Tewksbury, MA 01876-0901 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Hartford Financial Services Group Inc.<br>c/o Leviton Law Firm, Ltd.<br>One Pierce Place, Suite 725W<br>Itasca, IL 60143 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Bank Equipment Finance<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258-4002 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Small Business Administration<br>National Disaster Loan Resolution Ctr<br>200 W. Santa Ana Boulevard, Ste 740<br>Santa Ana, CA 92701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Utica National Insurance Group<br>PO Box 6532<br>Utica, NY 13504-6532 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wellpoint/NJ Medicare<br>PO Box 933657<br>Atlanta, GA 31193-3657 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Welltower QP LLC<br>c/o Sunrise Credit Services Inc.<br>PO Box 9004<br>Melville, NY 11747-9004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |