Order Filed on December 30, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>Ayyaz Ahmed, Aysha Khan, et al.<br><br>Debtor. | Case No.:    23-21777<br><br>Chapter:    7<br><br>Hearing Date:    11/25/25<br><br>Judge:    Stacey L. Meisel |

**ORDER DENYING NOTICE OF GULF COAST BANK & TRUST CO'S MOTION TO ALLOW LATE CLAIM PURSUANT TO FED. R. BANKR. P. 3002(C)(6)**

The relief set forth on the following pages, numbered two (2) through (3) is **ORDERED**.

**DATED: December 30, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Ayyaz Ahmed, Aysha Khan, et al. |
| Case No.: | 23-21777 |
| Caption of Order: | Order Denying Notice of Gulf Coast Bank & Trust Co's Motion to Allow Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6) |
| Page: | 2 of 3 |

**THIS MATTER** having been brought before the Court on a ("**Notice of Gulf Coast Bank & Trust Co's Motion to Allow Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6)**") by Gulf Coast Bank & Trust Co.; this Court finds:

**WHEREAS** the Notice of Gulf Coast Bank & Trust Co's Motion to Allow Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6) is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

  ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

  ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

  ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

  ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Movant failed to serve all parties who filed a notice of appearance. Additionally, Movant must seek relief pursuant to Fed. R. Bankr. P. 3002(7).

| | |
|---|---|
| Debtor: | Ayyaz Ahmed, Aysha Khan, et al. |
| Case No.: | 23-21777 |
| Caption of Order: | Order Denying Notice of Gulf Coast Bank & Trust Co's Motion to Allow Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6) |
| Page: | 3 of 3 |

It is hereby

**ORDERED** that the Notice of Gulf Coast Bank & Trust Co's Motion to Allow Late Claim Pursuant to Fed. R. Bankr. P. 3002(c)(6) is denied without prejudice.