| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**DORSEY & WHITNEY LLP**<br>Eric Lopez Schnabel<br>Alessandra Glorioso<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7171<br>Email: schnabel.eric@dorsey.com<br>    glorioso.alessandra@dorsey.com<br><br>*Counsel for Change Healthcare Operations, LLC* |

| | |
|---|---|
| In re:<br><br>AYYAZ AHMED, AYSHA KHAN,<br>PRESTIGE INFUSIONS, LLC,<br>LUSH FLORAL AND EVENTS, LLC,<br>GOLDEN HEALTHCARE LLC d/b/a<br>GOLDEN HEALTHCARE PHARMACY,<br>OAK HILLS MEDICAL BUILDING<br>PHARMACY, INC. a/k/a OAK HILLS<br>PHARMACY, INC., and DELTONA<br>MEDICAL ARTS PHARMACY, INC. d/b/a<br>APEX HEALTH RX,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>(Substantively Consolidated)<br><br>Hon. Stacey L. Meisel |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Change Healthcare Operations, LLC, on behalf of itself and its parents, affiliates, successors, and assigns (collectively, "Change Healthcare") hereby appears in the above-captioned chapter 7 case by and through its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers

1

served or required to be served in this chapter 11 case be given and served at the offices, addresses, and emails as follows:

Eric Lopez Schnabel
Alessandra Glorioso
DORSEY & WHITNEY LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
Email: schnabel.eric@dorsey.com
        glorioso.alessandra@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise which affect or seek to affect in anyway any rights or interests of Change Healthcare.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of the rights of Change Healthcare: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims,

2

actions, defenses, setoffs, or recoupments to which Change Healthcare may be entitled, in law

or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Date: February 27, 2026

*/s/ Eric Lopez Schnabel*
**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone:  (302) 425-7171
Email: schnabel.eric@dorsey.com
      glorioso.alessandra@dorsey.com

*Counsel for Change Healthcare Operations, LLC*