**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**DORSEY & WHITNEY LLP**<br>Eric Lopez Schnabel<br>Alessandra Glorioso<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7171<br>Email: schnabel.eric@dorsey.com<br>　　　glorioso.alessandra@dorsey.com<br>-and-<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein<br>Jaime A. Welsh<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5218<br>Email: egoldstein@goodwin.com<br>Email: jwelsh@goodwin.com<br><br>*Counsel for Change Healthcare Operations, LLC* |

Order Filed on April 1, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>AYYAZ AHMED, AYSHA KHAN,<br>PRESTIGE INFUSIONS, LLC,<br>LUSH FLORAL AND EVENTS, LLC,<br>GOLDEN HEALTHCARE LLC d/b/a<br>GOLDEN HEALTHCARE PHARMACY,<br><br>OAK HILLS MEDICAL BUILDING PHARMACY,<br>INC. a/k/a OAK HILLS  PHARMACY, INC., and<br>DELTONA  MEDICAL ARTS PHARMACY, INC.<br>d/b/a APEX HEALTH RX,<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-21777 (SLM)<br><br>Hon. Stacey L. Meisel |

## ORDER GRANTING MOTION OF CHANGE HEALTHCARE
## OPERATIONS, LLC TO DEEM TIMELY ITS LATE-FILED PROOF OF CLAIM

The relief set forth on the following page numbered two (2), is **ORDERED**.

**DATED: April 1, 2026**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtors:         AYYAZ AHMED, et al.

Case No.         23-21777 (SLM)

Caption of Order:    Order Granting Motion of Change Healthcare Operations LLC to Deem
Timely Its Late-Filed Proof of Claim

Upon consideration of the *Motion of Change Healthcare Operations, LLC to Deem Timely Its Late-Filed Proof of Claim* (the "Motion"), seeking entry of an order pursuant to Rule 3002(c)(7) of the Federal Rules of Bankruptcy Procedure deeming timely its late-filed proof of claim; having found that proper and adequate notice of the Motion and hearing thereon has been provided and that no other or further notice need be given; having considered the Motion and the relief requested and any responses thereto; having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.     The Motion is GRANTED as set forth herein and any objections to the Motion are overruled.

2.     Change Healthcare Operations, LLC's claim (Claim No. 39-1) is deemed timely filed.

3.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

2