**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
Email: schnabel.eric@dorsey.com
        glorioso.alessandra@dorsey.com
-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein
Jaime A. Welsh
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
Email: jwelsh@goodwin.com

*Counsel for Change Healthcare Operations, LLC*

Order Filed on April 1, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

AYYAZ AHMED, AYSHA KHAN,
PRESTIGE INFUSIONS, LLC,
LUSH FLORAL AND EVENTS, LLC,
GOLDEN HEALTHCARE LLC d/b/a
GOLDEN HEALTHCARE PHARMACY,

OAK HILLS MEDICAL BUILDING PHARMACY,
INC. a/k/a OAK HILLS  PHARMACY, INC., and
DELTONA  MEDICAL ARTS PHARMACY, INC.
d/b/a APEX HEALTH RX,

                                    Debtors.

Chapter 7

Case No. 23-21777 (SLM)

Hon. Stacey L. Meisel

**ORDER GRANTING MOTION OF CHANGE HEALTHCARE
OPERATIONS, LLC TO DEEM TIMELY ITS LATE-FILED PROOF OF CLAIM**

The relief set forth on the following page numbered two (2), is **ORDERED**.

**DATED: April 1, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtors:             AYYAZ AHMED, et al.

Case No.             23-21777 (SLM)

Caption of Order:    Order Granting Motion of Change Healthcare Operations LLC to Deem
                     Timely Its Late-Filed Proof of Claim

Upon consideration of the *Motion of Change Healthcare Operations, LLC to Deem Timely Its Late-Filed Proof of Claim* (the "Motion"), seeking entry of an order pursuant to Rule 3002(c)(7) of the Federal Rules of Bankruptcy Procedure deeming timely its late-filed proof of claim; having found that proper and adequate notice of the Motion and hearing thereon has been provided and that no other or further notice need be given; having considered the Motion and the relief requested and any responses thereto; having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.      The Motion is GRANTED as set forth herein and any objections to the Motion are overruled.

2.      Change Healthcare Operations, LLC's claim (Claim No. 39-1) is deemed timely filed.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 23-21777-SLM

Ayyaz Ahmed                                                                                          Chapter 7

Aysha Khan

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID             Recipient Name and Address**
db/jdb          +  Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name                Email Address**

Andre L. Kydala
      on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Andrew L. Spivack
      on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Ann S Lee
      on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com

Anne B. Sekel
      on behalf of Defendant KPMG LLP asekel@foley.com  jnicholson@foley.com;jlee@foley.com

Bruce Seth Goodman
      on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman

District/off: 0312-2                                                 User: admin                                                 Page 2 of 2

Date Rcvd: Apr 06, 2026                                          Form ID: pdf903                                        Total Noticed: 1

|  |  |
|---|---|
| | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher J. Leavell | on behalf of Creditor ASD Specialty Healthcare LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank N.A. cwoerner@raslg.com |
| Eric Lopez Schnabel | on behalf of Creditor Change Healthcare Operations LLC schnabel.eric@dorsey.com |
| Erin Kennedy | on behalf of Plaintiff Charles M. Forman as Chapter 7 Trustee for Ayyaz Ahmed, et al. ekennedy@formanlaw.com, jkisla@formanlaw.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman as Chapter 7 Trustee for Ayyaz Ahmed, et al. ksalomon@askllp.com, jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@askllp.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@askllp.com jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman Chapter 7 Trustee ksalomon@askllp.com, jkisla@formanlaw.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@askllp.com jkisla@formanlaw.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com aedwards@foxrothschild.com |
| Nicola G. Suglia | on behalf of Creditor De Lage Landen Financial Services Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, nsuglia@fleischerlaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Gulf Coast Bank & Trust Co. assignee of Santander Bank, N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 29