UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
E-mail: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| _____ | : | Case No. 23-21777 (SLM) |
| In re: | : | Chapter 7 |
|  | : |  |
| Ayyaz Ahmed and Aysha Khan, | : |  |
|  | : | The Honorable Stacey L. Meisel |
| Debtors. | : |  |
| _____ | : |  |

**NOTICE OF RESIGNATION OF CHAPTER 7 TRUSTEE**

On this 25th day of June, 2026, notice is hereby entered of the resignation of Charles M.

Forman, Esq., as chapter 7 trustee in the above-referenced case.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


By: /s/ *Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee