UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
E-mail: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | Case No. 23-21777 (SLM) |
| In re: | : | Chapter 7 |
| | : | |
| Ayyaz Ahmed and Aysha Khan, | : | |
| | : | The Honorable Stacey L. Meisel |
| Debtors. | : | |
| | : | |

**APPOINTMENT OF SUCCESSOR TRUSTEE**

Jeffrey A. Lester, Esq., is hereby appointed, pursuant to 11 U.S.C. § 701(a), as the successor trustee of the above-referenced estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

Dated: June 25, 2026                    By: /s/ *Lauren Bielskie*
                                                    Lauren Bielskie
                                                    Acting Assistant United States Trustee