| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| FORMAN HOLT<br>Two University Plaza Drive, Suite 308<br>Hackensack, New Jersey 07601<br>Telephone:  (201) 845-1000<br>Proposed Attorneys for Jeffrey Lester,<br>Chapter 7 Trustee<br>Charles M. Forman, Esq.<br>cforman@formanlaw.com |
| In Re:<br><br>AYSHA KHAN & AHMED AYYAZ,<br><br>                Debtors. |

Order Filed on July 14, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter:    7

Case No.:   23-21777 (SLM)

Judge:    Hon. Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF
## FORMAN HOLT AS ATTORNEYS FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 14, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0253919 - 1

Page 2
Debtor:      AYSHA KHAN & AHMED AYYAZ
Case No.     23-21777 (SLM)
Caption:     Order Authorizing Retention of Forman Holt as Attorneys for Trustee

---

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1.     Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  Two University Plaza Drive, Suite 308

Hackensack, New Jersey 07601

1.     Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

3.     The effective date of the retention is the date the application was filed with the Court.

F0253919 - 1

4901-7030-7515, v. 1