| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>Two University Plaza Drive, Suite 308<br>Hackensack, New Jersey 07601<br>Telephone: (201) 845-1000<br>Proposed Attorneys for Jeffrey Lester,<br>Chapter 7 Trustee<br>Charles M. Forman, Esq.<br>cforman@formanlaw.com | Order Filed on July 14, 2026<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AYSHA KHAN & AHMED AYYAZ,<br><br>                 Debtors. | Chapter: 7<br><br>Case No.: 23-21777 (SLM)<br><br>Judge: Hon. Stacey L. Meisel |

## ORDER AUTHORIZING RETENTION OF
## FORMAN HOLT AS ATTORNEYS FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 14, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

F0253919 - 1

Page 2
Debtor:        AYSHA KHAN & AHMED AYYAZ
Case No.       23-21777 (SLM)
Caption:       Order Authorizing Retention of Forman Holt as Attorneys for Trustee

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt

("Forman Holt") as attorneys for Trustee, it is hereby ORDERED:

1.     Applicant be and hereby is authorized to retain Forman Holt in the professional

capacity noted.  The professional's address is:  Two University Plaza Drive, Suite 308

Hackensack, New Jersey 07601

1.     Compensation shall be paid in such amounts as may be allowed by the Court upon

proper application(s) therefor.

2.     If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a

chapter 13 case.  Payment to the professional may only be made after satisfactory

completion of services.

3.     The effective date of the retention is the date the application was filed with the Court.

F0253919 - 1

4901-7030-7515, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21777-SLM |
| Ayyaz Ahmed | Chapter 7 |
| Aysha Khan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Ayyaz Ahmed, Aysha Khan, 116 Boonton Ave., Butler, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name                              Email Address**

Andre L. Kydala
                    on behalf of Creditor Deluxe Services Group kydalalaw@aim.com  kydalalaw@aim.com

Andrew L. Spivack
                    on behalf of Creditor Truist Bank andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Ann S Lee
                    on behalf of Creditor McKesson Specialty Care Distribution LLC alee@mblawfirm.com

Anne B. Sekel
                    on behalf of Defendant KPMG LLP asekel@foley.com  jnicholson@foley.com;jlee@foley.com

Bruce Seth Goodman
                    on behalf of Creditor Smith Drug Company  a division of J M Smith Corporation bgoodman@zeklaw.com, 8630711420@filings.docketbird.com

Charles M. Forman

District/off: 0312-2                          User: admin                                          Page 2 of 2
Date Rcvd: Jul 15, 2026                       Form ID: pdf903                                  Total Noticed: 1

|  | on behalf of Trustee Jeffrey Lester cforman@formanlaw.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Christopher J. Leavell | on behalf of Creditor ASD Specialty Healthcare  LLC d/b/a Besse Medical cleavell@klehr.com, lclark@klehr.com |
| Cory Francis Woerner | on behalf of Creditor JPMorgan Chase Bank  N.A. cwoerner@raslg.com |
| Eric Lopez Schnabel | on behalf of Creditor Change Healthcare Operations  LLC schnabel.eric@dorsey.com |
| Erin Kennedy | on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee for Ayyaz Ahmed, et al. ekennedy@formanlaw.com, jkisla@formanlaw.com |
| Herbert K. Ryder | on behalf of Creditor Greenwich Capital Management Limited Partnership hryder@hkryderlaw.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| Jeffrey Mark Rosenthal | on behalf of Creditor McKesson Specialty Care Distribution LLC JRosenthal@mblawfirm.com |
| Jordan B. DeFlora | on behalf of Trustee Charles M. Forman jdeflora@formanlaw.com  kanema@formanlaw.com |
| Kimberly J. Salomon | on behalf of Attorney Forman Holt ksalomon@askllp.com  vweber@askllp.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  Chapter 7 Trustee ksalomon@askllp.com, vweber@askllp.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles Forman ksalomon@askllp.com  vweber@askllp.com |
| Kimberly J. Salomon | on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee for Ayyaz Ahmed, et al. ksalomon@askllp.com, vweber@askllp.com |
| Kimberly J. Salomon | on behalf of Trustee Charles M. Forman ksalomon@askllp.com  vweber@askllp.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. Herz | on behalf of Creditor Value Drug Company mherz@foxrothschild.com  aedwards@foxrothschild.com |
| Nicola G Suglia | on behalf of Creditor De Lage Landen Financial Services  Inc. c/o Nicola Suglia fleischercases@fleischerlaw.com, nsuglia@fleischerlaw.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Rachel Wolf | on behalf of Plaintiff Andrew R. Vara rachel.wolf@usdoj.gov |
| Rebecca K. McDowell | on behalf of Creditor Gulf Coast Bank & Trust Co.  assignee of Santander Bank, N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Robert J. Schneider | on behalf of U.S. Trustee U.S. Trustee robert.j.schneider@usdoj.gov |
| Sherri R. Dicks | on behalf of Creditor JPMorgan Chase Bank  N.A. shrdlaw@outlook.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 30