UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
2 University Plaza Drive, Suite 308
Hackensack, NJ 07601
(201) 845-1000
Attorneys for Jeffrey A. Lester, Chapter 7 Trustee
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com

Order Filed on August 27, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

AYSHA KHAN & AHMED AYYAZ,

Debtors.

Case No.: 23-21777 (SLM)

Chapter 7

Judge: Hon. Stacey L. Meisel

**ORDER AUTHORIZING RETENTION OF**
**SEAN RAQUET CPA, LLC AS ACCOUNTANTS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 27, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant' s request for authorization to retain Sean Raquet CPA, LLC as accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 108 High Street, Suite A
   Hackettstown, New Jersey 07840

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the court.